# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO MARTINEZ, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 2:19-cv-05606-MSG |
| | : | |
| THERESA DELBALSO, et al., | : | |
| Respondents | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of the Respondents in the above-captioned matter.

/s/Thomas Gaeta
THOMAS GAETA
Assistant District Attorney
Conviction Integrity Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
215-686-9948
thomas.gaeta@phila.gov

Date: December 13, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via the Court's electronic case filing system on:

Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING,
 FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

*/s/Thomas Gaeta*
THOMAS GAETA
Assistant District Attorney
Conviction Integrity Unit