IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO MARTINEZ**<br>Prisoner No. BG9424<br>SCI-Mahanoy<br>301 Morea Rd<br>Frackville, PA 17932**,**<br><br>        **Petitioner,**<br><br>                v.<br><br>**THERESA DELBALSO,**<br>**et al.,**<br><br>        **Respondents.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br><br><br>No. 19-5606 |

# **ORDER**

**AND NOW**, this 24th day of April, 2020, upon consideration of the Philadelphia District Attorney's Office's communication dated April 24, 2020, it is hereby **ORDERED** that my April 22, 2020 Memorandum (ECF No. 21) and Order (ECF No. 22) granting Petitioner's Motion for Bail Pending Resolution of Habeas Corpus Petition are both **VACATED**.

                                BY THE COURT:


                                 _/s/ Mitchell S. Goldberg_
                                **MITCHELL S. GOLDBERG, J.**