IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTONIO MARTINEZ                        :    CIVIL ACTION NUMBER
PETITIONER                              :
                                        :
     VERSUS                             :
                                        :
THERESA DELBALSO                        :
        AND                             :
DISTRICT ATTORNEY OF THE COUNTY         :
OF PHILADELPHIA                         :
        AND                             :
THE ATTORNEY GENERAL OF THE             :
UNITED STATES                           :    19-5606
                                        :
RESPONDENTS                             :
_____
                         JAMES A. BYRNE U.S. COURTHOUSE
                         CONDUCTED VIA TELEPHONE CONFERENCE
                         APRIL 14, 2020
                         COMMENCING AT 3:00 P.M.

_____
     BEFORE THE HONORABLE MITCHELL GOLDBERG, J.

_____


APPEARANCES:

JONATHAN H. FEINBERG, ESQUIRE
KAIRYS RUDOVSKY MESSING FEINBERG & LIN, LLP
THE CAST IRON BLDG, STE 501 SOUTH
718 ARCH STREET
PHILADELPHIA, PA 19106

JFEINBERG@KRLAWPHILA.COM

REPRESENTING THE PETITIONER

              SUZANNE R. WHITE, RPR, FCRR, CM
                 OFFICIAL COURT REPORTER
                  2609 U. S. COURTHOUSE
                   601 MARKET STREET
                 PHILADELPHIA, PA 19106
                   (215)299-7252

PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

**CONTINUED APPEARANCES:**

**PATRICIA CUMMINGS, ESQUIRE**
**THOMAS GAETA, ESQUIRE**
**PHILADELPHIA DISTRICT ATTORNEY'S OFFICE**
**3 SOUTH PENN SQUARE**
**PHILADELPHIA, PA 19107**

**COUNSEL FOR THE RESPONDENTS**

**PATRICIA.CUMMINGS@PHILA.GOV**
**THOMAS.GAETA@PHILA.GOV**

(TELECONFERENCE HEARING BEGINS.)

THE COURT:  MS. CUMMINGS AND MR. GAETA, IS THAT HOW YOU PRONOUNCE IT?

MR. GAETA:  YES.

THE COURT:  WE HAVE THOMAS GAETA AND MS. CUMMINGS FROM THE D.A.'S OFFICE AND MR. FEINBERG FOR THE DEFENSE.  WE HAVE A COURT REPORTER.  WE HAVE MR. SONNIE, MY COURTROOM DEPUTY, AND WE HAVE MS. ROCCHINO, MY LAW CLERK.

SO I HAVE A WHOLE BUNCH OF QUESTIONS IF EVERYONE WOULD JUST BEAR WITH ME AND I NEED TO ALSO -- IF EVERYONE CAN SORT OF GET THE APPENDIX IN FRONT OF THEM BECAUSE I WANT TO SEE IF I CAN GET SOME DIRECT CITES TO THE APPENDIX.  NOW, I NEED TO FIND THEM SO HOLD ON FOR A SECOND.

DOES EVERYONE HAVE THE APPENDIX IN FRONT OF THEM?

MS. CUMMINGS:  I DO NOT JUDGE, BUT I AM WORKING ON IT.  THIS IS PATRICIA CUMMINGS.  SORRY IF I SPOKE OVER SOMEBODY.

THE COURT:  OKAY.

LET ME ASK MY QUESTIONS AND THEN IF WE NEED TO SLOW DOWN WE WILL ALL SLOW DOWN FOR EACH OTHER BECAUSE THIS IS DIFFICULT NOT TO BE IN THE SAME ROOM.

MY FIRST QUESTION AND THERE IS NO LOGICAL

ORDER TO THEM IS, ARE ALL OF THE DOCUMENTS IN THE APPENDIX DOCUMENTS THAT BOTH THE D.A.'S OFFICE AND DEFENSE AGREE WERE NOT TURNED OVER AND AS I'M ASKING THAT QUESTION, IT'S NOT A LOGICAL QUESTION BECAUSE PART OF THE APPENDIX ARE THE OPINIONS OF JUDGE MCKEE IN THE SUPERIOR COURT.  BUT ASIDE FROM THOSE DOCUMENTS, ARE ALL OF THE DOCUMENTS IN THE APPENDIX, DOCUMENTS THAT THE LAWYERS ALLEGE WERE NOT TURNED OVER?

MR. FEINBERG:  JUDGE, THIS IS JONATHAN FEINBERG.  I THINK I CAN ADDRESS THAT.

THE ANSWER IS NO.  AS YOUR HONOR POINTS OUT, THERE ARE SOME DOCUMENTS WHICH ARE OBVIOUSLY COURT DOCUMENTS.

THERE ARE OTHER DOCUMENTS THAT WERE PRODUCED BY MR. MARTINEZ OR OF PRIOR COUNSEL FOR MR. MARTINEZ IN A POST CONVICTION INVESTIGATION.  I THINK THE BEST GUIDE, TO MY UNDERSTANDING AND MR. GAETA AND MS. CUMMINGS MIGHT CORRECT THIS BUT THE BEST GUIDE IS TO THE DOCUMENTS THAT WERE NOT PRODUCED IS OUTLINED AT PAGES 18 -- 19 TO 20 OF OUR MEMORANDUM OF LAW.  THERE IS A BULLET POINT LIST WHICH HIGHLIGHTS WITH CITES THE DOCUMENTS THAT WERE NOT DISCLOSED OR TO OUR UNDERSTANDING WERE NOT DISCLOSED.

THE COURT:  WHAT ARE THE PAGES AGAIN?

MR. FEINBERG:  PAGES 19.  PARDON ME, I

SAID 18 BEFORE.  LET ME CORRECT THAT.  PAGES 19 TO 20 OF OUR MEMORANDUM OF LAW AND I THINK MR. GAETA IS PROBABLY IN THE BEST POSITION TO SPEAK ABOUT THIS BUT THERE WAS A SUPPLEMENTAL APPENDIX PROVIDED WITH THE DISTRICT ATTORNEY'S SUBMISSION WHICH MAY HAVE INCLUDED A SMALL NUMBER OF ADDITIONAL DOCUMENTS THAT WERE NOT DISCLOSED TO THE DEFENSE AT ANY TIME PRIOR TO 2018.

MR. GAETA:  YES, I THINK THAT IS CORRECT.

LET ME JUST BRING UP THE SUPPLEMENTAL APPENDIX AS WELL.  SO I THINK THE SUPPLEMENTAL APPENDIX WAS NOT TURNED OVER.  THAT IS IN THE STATEMENT OF MICHAEL MASSA AT SUPPLEMENTAL APPENDIX ONE.

THE STATEMENT OF ADAM RODRIGUEZ AT SUPPLEMENTAL APPENDIX PAGE NUMBER 7.

THE COURT:  CAN YOU GO BACK AND START OVER.

MR. GAETA:  OH, I APOLOGIZE.

THE STATEMENT OF MICHAEL MASSA AT PAGE NUMBER ONE OF THE SUPPLEMENTAL APPENDIX.

THE STATEMENT OF ADAM RODRIGUEZ AT SUPPLEMENTAL APPENDIX PAGE NUMBER 7.

I THINK EVERYTHING EXCEPT FOR THE STATEMENT OF ANGEL FUENTES AT PAGE NUMBER --

COURT REPORTER:  I'M SORRY.  I CAN'T UNDERSTAND WHAT YOU ARE SAYING.

MR. GAETA:  THE STATEMENT OF ANGEL FUENTES.

THE COURT:  SO SAM, THE ONLY THING I HAVE IS, I HAVE A TABLE OF CONTENTS FOR AN APPENDIX AND I HEAR MR. GAETA TALKING ABOUT A SUPPLEMENTAL APPENDIX.

DOES THE TABLE OF CONTENTS THAT I HAVE INCLUDE THE SUPPLEMENTAL APPENDIX?

MS. ROCCHINO:  NO, JUDGE, THAT IS THE APPENDIX THAT WAS SUBMITTED BY THE PETITIONER.

THE SUPPLEMENTAL APPENDIX WAS A SEPARATE DOCUMENT THAT WAS ATTACHED.

THE COURT:  OKAY.

IS THERE A DOCUMENT I CAN GET MY ARMS AROUND TO HAVE A COMPREHENSIVE LIST OF ITEMS THAT BOTH SIDES AGREE WERE NOT TURNED OVER PRIOR TO 2018?

MS. CUMMINGS:  IF I MAY SPEAK, JUDGE. THIS IS PATRICIA CUMMINGS.

I DON'T THINK WE HAVE ONE DOCUMENT THAT LISTS BOTH MR. FEINBERG'S APPENDICES AND THE COMMONWEALTHS BUT WE CAN PROBABLY PUT THAT TOGETHER VERY QUICKLY AND SEND IT OVER TO THE COURT TODAY IF THAT WOULD BE HELPFUL.

THE COURT:  YES, THAT WOULD BE SUPER HELPFUL.

SO AGAIN, IN NO PARTICULAR ORDER I HAVE

QUESTIONS AND I JUST WANT TO CONFIRM WHAT I READ. IT'S VERY DIFFICULT BECAUSE NO ONE KNOWS ANYONE'S REAL NAME. EVERYONE HAS NICKNAMES OR GOES BY POPPA OR SOMETHING ELSE OR THIS OR THAT SO IT'S VERY DIFFICULT FOR ME, IN THE FIRST GO-ROUND TO PIECE TOGETHER, BUT LET ME JUST CONFIRM A COUPLE OF THINGS THAT I HAVE SOME QUESTIONS ABOUT.

SO THERE IS CERTAINLY A GRAND JURY THAT IS CONVENED. THERE ARE DOCUMENTS THAT REFLECT THAT CERTAIN STATEMENTS WERE PUT IN FRONT OF THE GRAND JURY.

IS THERE A TRANSCRIPT OF THE GRAND JURY?

MS. CUMMINGS: JUDGE, IF I MAY SPEAK TO THAT. THERE IS NOT. IN FACT, I WAS GOING TO LET THE COURT KNOW, DEE BUCHANAN IN OUR OFFICE HAS WORKED AND HAS BEEN IN CHARGE OF THE GRAND JURY FOR DECADES NOW AND SHE HELPED US DO AN EXHAUSTIVE SEARCH TO SEE IF, IN FACT, THERE WAS ANY EVIDENCE EVER PUT IN IN FRONT OF THE GRAND JURY, AND ANY TRANSCRIPTION OF THAT EVIDENCE. AND SHE HAS ASSURED US BASED ON HER SEARCHES THAT THERE WAS NONE.

THE COURT: SO MY READING OF THIS, TRYING TO PIECE IT TOGETHER WAS THAT THERE ARE DOCUMENTS THAT TALK ABOUT A GRAND JURY AND I GUESS STATEMENTS WERE INTRODUCED VIS-A-VIS DETECTIVES.

IS THERE ANY DOCUMENTATION AS TO WHAT

CAME TO THIS GRAND JURY?

MS. CUMMINGS: JUDGE, IF I MAY, I BELIEVE THAT THAT IS ACTUALLY NOT ACCURATE.

MY UNDERSTANDING FROM WHAT DOCUMENTS WE WERE ABLE TO COME UP WITH AND ULTIMATELY PRODUCE IS THAT THE HOMICIDE DETECTIVES ACTUALLY DOCUMENTED THE FACT THAT THEY HAD REQUESTED THAT AN INVESTIGATING GRAND JURY BE CONVENED AND THAT, IN FACT, HAD BEEN APPROVED BY THE DISTRICT ATTORNEY'S OFFICE. THEN SUBSEQUENTLY THAT WAS FOLLOWED BY A SUBMISSION WHICH THE WAY THAT IT WORKS IN THE D.A.'S OFFICE IS YOU ACTUALLY HAVE TO SUBMIT SOMETHING TO THE GRAND JURY THAT IS ACTUALLY IN SESSION AT THE TIME AND SO THAT WAS DONE AND IT WAS RECORDED IN THE GRAND JURY BOOKS THAT THAT WAS DONE, AND IT ALSO AS MANDATED BY LAW SAYS, WHAT IS THE PURPOSE OF CONVENING A GRAND JURY TO DO THIS INVESTIGATION. AND ESSENTIALLY THAT DOCUMENT SAID IT WAS TWOFOLD. IT WAS TO INVESTIGATE WILSON SANTIAGO AND I BELIEVE IT IS HIS WIFE ELSA AND THE HOMICIDE OF THE TWO CAMACHO BROTHERS ALONG WITH THE DRUG ACTIVITY OF THE SANTIAGO FAMILY.

BEYOND THAT OTHER THAN THE --

THE COURT: I'M SORRY. LET ME INTERRUPT YOU FOR A SECOND.

COULD YOU GIVE ME A PAGE NUMBER IN EITHER APPENDIX WHERE IT SAYS THAT?

MS. CUMMINGS:  AND JUDGE, I'M GOING TO ASK MR. GAETA TO DO THAT.  I DON'T HAVE THAT IN FRONT OF ME SO IF HE COULD HELP ME WITH THAT, THAT WOULD BE MUCH APPRECIATED.

MR. GAETA:  JUST ONE MOMENT, YOUR HONOR.

THE COURT:  IF YOU FOLKS NEED TO SEND ME AN E-MAIL ON THESE QUESTIONS DON'T FEEL LIKE YOU HAVE TO PULL THESE NUMBERS OUT OF YOUR HEAD RIGHT AWAY.

MR. FEINBERG:  THIS IS JONATHAN FEINBERG AND I MIGHT BE ABLE TO HELP.

THERE IS NOTICE OF SUBMISSION OF INVESTIGATION AND MAYBE WHAT MR. GAETA WAS LOOKING FOR, THAT IS AT PAGE 552 OF THE APPENDIX.  THAT IS THE PAGE OF THE APPENDIX THAT I SUBMITTED.

THE COURT:  THANK YOU.

MR. FEINBERG:  THAT DOCUMENT DOES NOT REFERENCE WILSON SANTIAGO.

THERE WAS ANOTHER DOCUMENT WHICH I WILL HAVE TO FIND THE CITE TO WHICH INDICATES THAT THE PURPOSE OF THE GRAND JURY INVESTIGATION IS TO INVESTIGATE WILSON SANTIAGO AND HIS WIFE ELSA.  AND MR. MARTINEZ'S APPENDIX AT PAGE 55.  THAT IS THE OUTLINE OF THE PRESENTATION.

THE COURT:  OKAY.  SO LET'S CALL IT EITHER THE MAIN APPENDIX OR THE SUPPLEMENTAL.  WAS THERE

A SUPPLEMENTAL APPENDIX?

MR. FEINBERG:  THAT'S CORRECT.

THE COURT:  SO BOTH ARE IN THE MAIN APPENDIX.  THE NOTICE OF SUBMISSION REGARDING SANTIAGO, WHICH IS OBVIOUSLY IMPORTANT, IS THAT ORIGINAL APPENDIX 55 AND THEN THERE IS ANOTHER GRAND JURY DOCUMENT I SHOULD LOOK AT IT, 552, RIGHT?

MR. FEINBERG:  THERE IS ALSO THE HANDWRITTEN NOTES REGARDING THE GRAND JURY INVESTIGATION AT PAGE 80 OF THE ORIGINAL APPENDIX.

THE COURT:  YES, I SAW THOSE.

ALL RIGHT.  AND WHEN YOU GET TO THE LAST STATEMENT -- AGAIN I'M GOING TO BE ALL OVER THE PLACE, SO FORGIVE ME.

THE LAST STATEMENT I READ OR ONE OF THE LAST WAS VICTOR HERNANDEZ, MARCH 23, '89 AND HE I.D'ED WILSON AND EVERY ONE AGREES WILSON IS WILLIAM SANTIAGO, RIGHT?

HE SAYS WILSON BECAUSE I UNDERSTOOD SANTIAGO'S NAME WAS WILLIAM BUT HE GOES BY WILSON.  HE I.D'ED WILSON.  HE SAYS -- THIS IS MR. HERNANDEZ, HE HAS INFORMATION THAT SANTIAGO, WILSON TOLD HIM, I'M GOING TO KILL THESE GUYS, IN REFERENCE TO THE CAMACHO BROTHERS WHICH IS OBVIOUSLY IMPORTANT INFORMATION AND THAT STATEMENT WAS TAKEN ON MARCH 23 OF '89 AND THEN ON THE

SAME DAY AN ARREST WARRANT IS ISSUED FOR MR. MARTINEZ. SO IS THERE ANY EXPLANATION FOR THAT ANYWHERE IN THE FILE THAT I MISSED?

MR. FEINBERG:  FIRST, YOUR HONOR, YOU MENTIONED THE NAME HERNANDEZ.  I THINK YOU MIGHT BE REFERRING TO THE STATEMENT OF CARLOS DIAZ.

THE COURT:  NO, I'M REFERRING TO THE STATEMENT OF VICTOR HERNANDEZ UNLESS I WROTE IT DOWN WRONG.  MY NOTE SAYS HE IS AWARE OF THE SHOOTING, INSIDE THE SANTIAGO BAR.

MR. FEINBERG:  VICTOR HERNANDEZ IS IDENTIFIED AS THE NAME OF A CLOSE RELATIVE OF OR HE MAY BE THE NAME OF THE -- IF YOU LOOK AT THE TOP OF THAT FORM, IT REFERENCES CARLOS DIAZ.  I THINK WE ARE TALKING ABOUT THE SAME DOCUMENT THOUGH.  THE MAIN APPENDIX, PAGES 94 THROUGH --

THE COURT:  BUT IN ANY EVENT, LET'S JUST SAY A WITNESS SAYS, I HEARD SANTIAGO SAY, I'M GOING TO KILL THE VICTIM AND ON THE SAME DAY AN ARREST WARRANT IS ISSUED FOR MARTINEZ.  IS THERE ANYTHING IN THE DOCUMENTS THAT I HAVE THAT EXPLAIN THAT?

MR. FEINBERG:  YOUR HONOR, I BELIEVE THAT THE DATE OF THE CARLOS DIAZ INVESTIGATION WAS MARCH 15TH AND THAT ON THE 22ND THERE WAS AN INTERVIEW WITH JOSE DEJESUS WHO SAID IT WAS ANTONIO MARTINEZ WAS RESPONSIBLE

FOR THE SHOOTING.  AND THEN THE FOLLOWING DAY ON THE 23RD, THERE WAS AN ARREST WARRANT APPROVED.  I THINK THAT IS THE TIMELINE, I THINK.  CORRECT ME IF I'M INCORRECT?

THE COURT:  THE POINT IS WHEN YOU LOOK AT THE DEJESUS INTERVIEW, THAT COULD BE THE EXPLANATION FOR THE ARREST WARRANT FOR MARTINEZ BECAUSE HE SAYS TONY PULLED A GUN AND TONY IS ANTONIO, RIGHT?

MS. CUMMINGS:  I THINK THAT'S CORRECT, YES.

THE COURT:  NEXT QUESTION.

DID THE LAWYERS -- SO FAR, I HEAR ON THE EXACT SAME CASE BUT IF YOU ARE NOT, YOU NEED TO TELL ME.

DO THE LAWYERS AGREE THAT THERE ARE MULTIPLE PIECES OF INFORMATION IN THE APPENDIX THAT POINT TO, ONE, THAT SANTIAGO BROTHERS WERE NOT PRESENT AT THE SHOOTING, AND TWO, THAT THE DEFENDANT WHO WAS CONVICTED, PULLED THE TRIGGER?  AGREED OR DISAGREE?

MS. CUMMINGS:  JUST PARDON ME, I HAD A HARD TIME FOLLOWING YOUR QUESTION, AND I CERTAINLY DON'T WANT TO ANSWER IT INCORRECTLY.

THE COURT:  I WILL SAY IT ANOTHER WAY.

I SAW MULTIPLE STATEMENTS -- AND I'M NOT SAYING A LOT BUT I SAW EVIDENCE IN THE APPENDIX YOU ASKED ME TO REVIEW, AND I ONLY REVIEWED THE FIRST

APPENDIX, THAT INDICATED THAT THE SANTIAGO BROTHERS WERE NOT PRESENT AT THE SCENE OF THE SHOOTING AND, IN FACT, MR. HERNANDEZ, THE CONVICTED DEFENDANT, WAS IN FACT THERE.  I'M SORRY -- MR. MARTINEZ WAS IN FACT THERE -- AND DID PULL THE TRIGGER.

DOES EVERYONE AGREE WITH THAT?

MR. FEINBERG:  I'M HAPPY TO GO FIRST.

I WOULD AGREE THAT THERE WERE AT LEAST TWO WITNESSES.  THE WITNESSES WE KNOW WHO TESTIFIED AT TRIAL WHO SAY THAT.

A THIRD, JOSE DEJESUS WHO DID NOT TESTIFY AT TRIAL AND OTHER THAN THAT, I CANNOT THINK OF ANY OTHERS THAT POINTED TO MR. MARTINEZ.

THE COURT:  SATURNINO RAMOS A/K/A SAMBO, MY NOTES SAY HE COULD NOT IDENTIFY ANYONE THERE.  HE WAS OUT OR ABOUT AROUND THERE.  AND THEY SHOWED HIM A PICTURE OF SANTIAGO AND HE SAID, SANTIAGO WAS NOT PRESENT.

MR. FEINBERG:  I APOLOGIZE, JUDGE, I WAS ANSWERING THE SECOND PART OF YOUR QUESTION, AS TO EVIDENCE POINTING TO MR. SANTIAGO.  SO YES, I WOULD AGREE THAT MR. RAMOS IN HIS FIRST STATEMENT WHICH HE DID NOT SIGN, DID STATE THAT MR. SANTIAGO WAS NOT THERE.

THERE ARE SEVERAL STATEMENTS THAT FOLLOW INCLUDING FROM BRUNILDA CAMACHO AND I BELIEVE FROM MARIE

RAMOS WHICH INDICATED THAT MR. RAMOS PROVIDED INCONSISTENT INFORMATION ON EXACTLY THAT POINT.

THE COURT:  SO IT'S CLEAR.  THE FOCUS IS NOT ON PROVING WHO DID THIS?  MY EYE IS ON THE BALL, I THINK, WHICH IS, WAS THERE EXCULPATORY INFORMATION THAT WAS NOT DISCLOSED.  SO BUT I JUST WANT TO MAKE SURE I HAVE ALL THIS RIGHT BECAUSE IT'S A LOT TO DIGEST.  I'M TRYING TO BALANCE BETWEEN THE FACT THAT IT SEEMS LIKE AN EMERGENCY PETITION AND I WANT TO GET A HANDLE ON IT SO I WANT TO JUST MAKE SURE I HAVE A HANDLE ON IT.

WHO IS FREDDY?  RAMIREZ REFERS TO FREDDY BUT I CAN'T PIECE TOGETHER -- IS FREDDY PART OF -- CAN SOMEBODY TELL ME WHO FREDDY IS?

MS. CUMMINGS:  FREDDY IS EVIDENTLY A BROTHER-IN-LAW OF WILSON SANTIAGO AND AS PART OF THE COMMONWEALTH'S INFORMATION AND TOM CAN CORRECT ME IF I'M WRONG, WE TRIED TO FIGURE OUT WHETHER OR NOT WILSON SANTIAGO HAD MULTIPLE BROTHER-IN-LAWS AND WE DID GET INFORMATION THAT HE DOES INDEED HAVE ANOTHER BROTHER-IN-LAW.  IS THAT RIGHT, TOM?

MR. GAETA:  YES.

MS. CUMMINGS:  BEYOND THAT, I DON'T THINK WE CAN DEFINITIVELY SAY THAT THE FREDDY REFERENCED BY RAMIREZ IS IN FACT THE OTHER BROTHER-IN-LAW OF SANTIAGO, EVEN THOUGH ONE MIGHT DEDUCE THAT IS THE CASE

CIRCUMSTANTIALLY.

THE COURT:  DOES EVERYONE AGREE THAT FREDDY IS NOT EITHER OF THE SANTIAGOS WHICH IS ANOTHER PERSON.  HE IS ANOTHER PERSON?

MR. FEINBERG:  I BELIEVE YOU SAID MR. RAMIREZ'S STATEMENT HE INDICATED THAT WILSON SANTIAGO WAS PRESENT ALONG WITH FREDDY, ANOTHER INDIVIDUAL, SO WILSON SANTIAGO IS DEFINITELY NOT FREDDY. I DON'T SEE ANY REASON TO THINK THAT FREDDY COULD BE CONFUSED WITH WILSON SANTIAGO'S BROTHER.  HIS NAME IS EITHER MANUEL OR MIGEL DEPENDING ON THE STATEMENT THAT YOU READ BUT THAT IS A POSSIBILITY.  IT'S UNCLEAR, I THINK.

THE COURT:  HERIBERTO RAMIERZ'S STATEMENT DOES SAY FREDDY.  NOW, WE HAVE A THIRD PERSON WHO COULD BE THE SHOOTER.  HE SAYS FREDDY SHOT CAMACHO AND THEN HIS BROTHER AND HE SAID FREDDY WAS WITH WILSON, WHO I UNDERSTAND TO BE WILSON SANTIAGO, BUT TO MY PREVIOUS POINT, RAMIERZ SAYS:  WILSON DID NOT HAVE A GUN SO THAT IS ALSO CONFLICTING.

AND THEN I MEAN SOMETHING THAT REALLY JUMPED OUT AT ME WAS, THERE IS AN ACTIVITY SHEET OF THE DETECTIVES.  THEY HAVE A CONFERENCE WITH THE CHIEF OF HOMICIDE, ARNOLD GORDON, AND THEY DEFINITIVELY SAY TO THE CHIEF OF HOMICIDE, THE SUSPECT IS WILSON SANTIAGO.

AND THEN MARIA TORRES IS LOOKING OUT HER WINDOW.  SHE SEES SANTIAGO DRAG A BODY OUT AND THEN SANTIAGO'S BROTHER SHOOTS CAMACHO'S BROTHER WHICH I THINK YOU FOLKS POINTED OUT WAS COMPELLING INFORMATION THAT SOMEONE ELSE WAS THE SHOOTER, VICTOR HERNANDEZ.

MR. FEINBERG:  I THINK THAT IS CARLOS DIAZ.

THE COURT:  YES, CARLOS DIAZ.  WE HAVE BEEN THROUGH THAT.

SO AT LEAST, IF, UNDERSCORE IF, I WANTED TO FIND THAT THE EXCULPATORY EVIDENCE WAS THE IDENTIFICATION OF SOMEONE ELSE AS THE SHOOTER.

WOULD THAT BE DIAZ -- VICTOR HERNANDEZ WHO SAYS -- HE I.D.'S WILSON AS WILSON SANTIAGO -- I'M SORRY, THAT WOULD BE MARIA TORRES.

IS THAT THE STRONGEST PIECE OF EXCULPATORY EVIDENCE, MR. FEINBERG?

MR. FEINBERG:  FROM MY PERSPECTIVE, YES, YOUR HONOR, IT'S A CONTEMPORARY -- WELL, IT'S AN EYEWITNESS ACCOUNT SPECIFICALLY IDENTIFYING TWO PEOPLE.  THAT IS ABSOLUTELY EXCULPATORY EVIDENCE.

THE COURT:  NEITHER OF WHICH ARE YOUR CLIENT, RIGHT?

MR. FEINBERG:  CORRECT.

THE COURT:  SO THAT WAS JUST MY QUICK

REVIEW AND NOW I WROTE DOWN A BUNCH OF OTHER QUESTIONS I WANTED TO GET STRAIGHT HERE SO HOLD ON A MINUTE.

THIS IS A QUESTION FOR MR. FEINBERG.

HOW ARE YOU GOING TO PROVE THAT THESE DOCUMENTS -- LET'S JUST USE THE TORRES DOCUMENT, AS AN EXAMPLE.

HOW ARE YOU GOING TO PROVE THEY WERE NEVER TURNED OVER TO DEFENSE COUNSEL?

MR. FEINBERG:  WELL, YOUR HONOR, I WILL ACKNOWLEDGE THAT IT IS DIFFICULT IN LIGHT OF THE FACT THAT TRIAL COUNSEL IS DECEASED.

THE FIRST PIECE OF EVIDENCE WE HAVE IS THE INVESTIGATION CONDUCTED BY THE PROSECUTION REVIEWING THE ENTIRE FILE AND LOOKING AT THE DISCOVERY TRANSMITTAL LETTERS WHICH ARE FILED AS A MATTER OF COURSE IN EVERY PROSECUTOR'S OFFICE IN THE COUNTRY IDENTIFYING WHAT MATERIALS WERE DISCLOSED AND OBVIOUSLY THIS INFORMATION IS NOT LISTED ON THOSE DOCUMENTS.

THE COURT:  HOLD THAT, MR. FEINBERG, HOLD THAT THOUGHT FOR A SECOND.

I HAVE A SPECIFIC QUESTION ABOUT THAT.

SO THAT DOCUMENT -- COULD SOMEONE TELL ME THE TRANSMITTAL LETTER ON THE DISCOVERY, CAN SOMEONE -- I THOUGHT I HAD WRITTEN IT DOWN BUT I CAN'T -- APPENDIX PAGE 32.  IF EVERYONE CAN GO THERE.

MR. FEINBERG:  I'M THERE.

THE COURT:  ALL RIGHT.  I'M NOT SO...

I'M SORRY, BEAR WITH ME.

SO THE TRANSMITTAL LETTER WE ARE ALL LOOKING AT, IT SAYS MAY 30TH, 1989, AND STEPHEN GALLAGHER IS CROSSED OFF AND IN HANDWRITING IS JOHN SCOTT, IS THAT WHAT WE ARE LOOKING AT?

MR. FEINBERG:  YES, YOUR HONOR.

MR. GAETA:  YES, JUDGE.

THE COURT:  MINE GOES TO APPENDIX 32 AND THEN THERE IS NO SECOND PAGE.  THERE IS NO SIGNATURE. IT APPEARS TO ME THAT THE TRANSMITTAL LETTER IS CUT OFF.

DO YOU HAVE THE SAME PAPER, MR. FEINBERG?

MR. FEINBERG:  I DO.

SO YOUR HONOR THEY ARE THE ONLY DOCUMENTS THAT I RECEIVED AND I DEFER TO MR. GAETA OR MS. CUMMINGS TO EXPLAIN THE REVIEW THEY CONDUCTED OF THEIR FILES.

MS. CUMMINGS:  ALL I'VE GOT IN FRONT OF ME IS THE TABLE OF CONTENTS SO I DO NOT HAVE THE ACTUAL EXHIBITS.

TOM, DO YOU HAVE IT IN FRONT OF YOU?

MR. GAETA:  I DO.

SO, YOUR HONOR, I DIRECT YOUR ATTENTION TO THE -- I AGREE WITH YOU THAT THERE IS NO SIGNATURE BLOCK ON THIS DOCUMENT.  THIS IS THE ONLY DOCUMENT THAT

WE FOUND IN THE FILE.  WE DID A CONFERENCE REVIEW OF THE DISTRICT ATTORNEY'S OFFICE FILE.  AND, IN FACT, `DIGITIZED IT AND PROVIDED IT TO MR. FEINBERG AS WELL.

THE COURT:  WE ARE HANGING -- MR. FEINBERG SAID, I CONCEDE IT'S GOING TO BE DIFFICULT TO PROVE THAT THIS EXCULPATORY INFORMATION IS NOT TURNED OVER BECAUSE THE DEFENSE ATTORNEY SAID THAT.  AND THEN MR. FEINBERG SAID, WELL, LET'S LOOK AT WHAT WAS TRANSMITTED.  AND NOW, WE ARE LOOKING AT WHAT TRANSMITTED.  IT IS CLEARLY NOT COMPLETE BECAUSE THERE IS NO SIGNATURE PAGE.

MR. FEINBERG:  JUDGE, IF I MAY.

THE COURT:  IT LOOKS LIKE THERE IS A LOT MORE TO IT.

MR. FEINBERG:  JUDGE, CAN I SUPPLEMENT WHAT I WAS SAYING BEFORE?

THE COURT:  YEAH, YEAH.

MR. FEINBERG:  SO IT'S DIFFICULT, I REALIZE.  MY POINT IS, IT'S DIFFICULT IN MANY OTHER CASES WHERE YOU CAN CONTACT -- MURDER CASES WHERE YOU CAN CONTACT TRIAL COUNSEL.  IT'S MORE DIFFICULT.

THREE POINTS THAT I CAN PROVIDE TO THE COURT.  ONE IS THIS LETTER WHICH, WHEN YOU LOOK AT THE CONTEXT, THE ONLY REFERENCE TO WITNESS STATEMENTS IS IN PARAGRAPHS ONE THROUGH EIGHT AND THEN THE -- OR ITEMS

ONE THROUGH EIGHT AND THEN YOU GO TO -- I'M SORRY.  I STAND CORRECTED.  LOOK AT ITEM A SAYS:  STATEMENT OF, AND THEN THERE ARE EIGHT STATEMENTS THAT ARE IDENTIFIED.

IF STATEMENTS OF THE OTHER WITNESSES WHO WE HAVE ALREADY MENTIONED TO YOUR HONOR WERE PROVIDED THEN THEY WOULD HAVE BEEN LISTED ON THAT FIRST PAGE.  THAT IS THE FIRST POINT.

THE SECOND POINT IS AS WE DISCUSSED PREVIOUSLY, THIS EVIDENCE CONCERNING MARIA TORRES AND AN EYEWITNESS STATEMENT, CARLOS DIAZ'S STATEMENT CONCERNING A MOTIVE FROM WILSON SANTIAGO.  IT IS THE MOST FUNDAMENTALLY EXCULPATORY EVIDENCE THAT I HAVE EVER SEEN IN AN OLD CRIMINAL CASE.

IF THAT WAS DISCLOSED TO DEFENSE COUNSEL ONE WOULD EXPECT THAT IT WOULD BE THE CENTER OF THE DEFENSE PRESENTATION.  THERE IS NO MENTION OF THAT IN THE TRIAL TRANSCRIPTS.  THERE IS NO MENTION OF IT IN JUDGE MCKEE'S OPINION.  THERE IS NO MENTION OF IT IN THE SUPERIOR COURT OPINION.  THERE IS NO MENTION OF IT IN ANY OF THE POST-TRIAL LITIGATION WHICH WAS QUITE EXTENSIVE.  SO THAT IS THE SECOND POINT I CAN MAKE, EXCEPT THAT THERE IS AN ABSENCE OF DISCUSSION OF THIS EXCULPATORY INFORMATION AT ANY OTHER TIME THROUGHOUT THE HISTORY OF THE CASE UP TO 2018.

THE THIRD POINT THAT I CAN ADD AND THIS

IS SOMETHING I WOULD BE HAPPY TO SUPPLEMENT THE RECORD ON, IF NECESSARY, IS THAT POST-TRIAL COUNSEL WAS ALAN YATVIN.  MR. YATVIN, THE COURT MAY BE FAMILIAR WITH, IS A CRIMINAL DEFENSE AND CIVIL RIGHTS ATTORNEY PRACTICING IN THE CITY.

AFTER I FILED THIS BRIEF, I HAD A BRIEF CONVERSATION WITH MR. YATVIN.  HE TOLD ME THAT IN ALL HONESTY HIS MEMORY OF THE CASE WAS PRETTY SLIM BUT WHEN HE REVIEWED ALL OF THESE RECORDS, HE SAID TO ME, AND I WOULD BE HAPPY TO PUT THIS IN A DECLARATION IF YOU THINK IT WOULD BE HELPFUL.

HE SAID TO ME THAT, MY NORMAL PRACTICE WHEN I TAKE OVER A CASE AS POST-TRIAL COUNSEL IS I ASK TRIAL COUNSEL TO PROVIDE ME WITH THEIR ENTIRE FILE AND IF THE MATERIAL THAT YOU DESCRIBED IN THE BRIEF WERE INCLUDED IN THAT FILE, I CAN GUARANTEE WITH 100 PERCENT CERTAINTY THAT I WOULD HAVE MADE THOSE MATERIALS THE SUBJECT OF A POST-TRIAL MOTION, AND WOULD HAVE ALLEGED TRIAL COUNSEL'S INEFFECTIVENESS, FAILURE TO RAISE ANY OF THIS INFORMATION IN DEFENSE OF MR. MARTINEZ.

THE COURT:  DID YATVIN HAVE TRIAL COUNSEL -- DID EITHER YOU OR YATVIN HAVE MR. SCOTT'S FILE?

MR. FEINBERG:  NO, I DID NOT.

THE COURT:  I MEAN THEY ARE FAIR

COMPELLING POINTS MR. FEINBERG BUT, THE MOST -- NOT THE MOST BUT ONE OF THE MOST CRUCIAL PIECES OF INFORMATION IS INCOMPLETE.  IT IS WEIRD THAT YOU HAVE THE LETTER BUT YOU DON'T HAVE PAGE TWO OF THE LETTER OR THREE OR FOUR OR FIVE.  I MEAN, WE DON'T KNOW WHETHER IT SAYS EXCULPATORY INFORMATION IS A CATEGORY, IS CATEGORY D. WE JUST DON'T KNOW SO I REALIZE IT'S HARD TO RESURRECT A FILE FROM 1985 BUT I WAS LIKE, WHAT, WHERE IS THE REST OF THE LETTER?  SO GO AHEAD.  THAT TROUBLES ME.

MS. CUMMINGS:  JUDGE, MAY I SPEAK TO THAT ISSUE?

THE COURT:  YES, YES.

MS. CUMMINGS:  AND CERTAINLY, I UNDERSTAND YOUR QUESTIONS AND THEY ARE QUESTIONS THAT WE THOUGHT LONG AND HARD ABOUT AND AS THE COMMONWEALTH, NOT ONLY HAD WE TALKED EXTENSIVELY TO MR. FEINBERG ABOUT WHAT HE JUST OUTLINED TO YOU BUT WE ALSO LOOKED VERY CLOSELY AT OUR FILE IN THE RECORD.

ONE OTHER ASPECT THAT MR. FEINBERG HAS NOT MENTIONED THAT I DID THINK INCREDIBLY COMPELLING IN TERMS OF OUR CONFIDENCE LEVEL THAT THIS EVIDENCE WAS SUPPRESSED IS FIRST, I THINK WE WOULD ALL CONCEDE THAT ANYTHING ABOUT THE GRAND JURY WAS NOT TURNED OVER.  IN FACT, WE HAD TO ACTUALLY GET PERMISSION FROM THE GRAND JURY JUDGE TO TURN THAT OVER BECAUSE IT HAD NEVER BEEN

UNSEALED.  THAT IS NUMBER ONE.  NUMBER TWO --

THE COURT:  WELL, IT IS BLURRY IN MY HEAD WHETHER TORRES WAS JUST A WITNESS THAT WAS INTERVIEWED OR THAT HE WAS INTERVIEWED AND IT IS GRAND JURY.

MS. CUMMINGS:  JUDGE, THAT IS WHERE I'M HEADED WITH MISS TORRES, BECAUSE I THINK THE GRAND JURY ASPECT IS IMPORTANT BUT WE ALL AGREE TORRES IS PROBABLY THE MOST, I WOULD SAY, EXCULPATORY INFORMATION.  WHAT YOU CAN TELL TO ANSWER YOUR QUESTION BEFORE I GIVE MY EXPLANATION, WE DON'T HAVE ANYTHING TO INDICATE MARIA TORRES WAS ANY PART OF THE GRAND JURY INVESTIGATION.  SO I'M NOT TRYING TO CONFLATE THE ISSUES BUT IN REGARD TO MARIE TORRES, WHAT I THINK IS VERY, VERY TELLING IS WHAT WE HAVE IS, WE HAVE ACTIVITY SHEET INFORMATION AND I THINK IT IS A 75-48 THAT WAS NOT COMPLETELY FILLED OUT.

WHEN HOMICIDE DETECTIVES SPOKE TO HER, THE IDEA WAS TO GET A FORMAL WRITTEN STATEMENT FROM HER AND THAT PROCESS WAS STARTED.  THAT, FOR REASONS THAT WE DON'T KNOW THE ANSWER TO, IT WAS NEVER COMPLETED.  SO WE DO NOT HAVE ANY REASON TO BELIEVE THAT THERE IS A WITNESS STATEMENT THAT WAS EVER PRODUCED BY TORRES.  THAT IS IMPORTANT WHEN YOU LOOK AT THE HISTORICAL PRACTICES OF THE PHILADELPHIA DISTRICT ATTORNEY'S OFFICE.

MY UNDERSTANDING FROM TALKING TO MULTIPLE

PEOPLE WITHIN THE OFFICE AND PROSECUTORS WHO ARE NO LONGER IN THE OFFICE BUT WHEN WE WERE TALKING BACK AS FAR AS THE 1980S AND THE LATE 1980S IN THIS PARTICULAR CASE, THERE WAS A COMMON PRACTICE OF NEVER DISCLOSING ACTIVITY SHEETS.  CERTAINLY, I THINK THE ISSUE, WITNESS STATEMENTS, WERE A LOT CLOSER IN TERMS OF A PROSECUTOR'S OBLIGATION TO TURN IT OVER UNDER THE RULES OF DISCOVERY BUT THE ACTIVITY SHEETS DID NOT REALLY BECOME AN ISSUE UNTIL THE EARLY 1990S, AND MY UNDERSTANDING OF WHAT HAPPENED IS THE DEFENDERS' OFFICE STARTED PUTTING UP A FUSS AND ARGUING FOR DISCOVERY OF THE ACTIVITY SHEETS.

I HAD BEEN TOLD THAT THE PRACTICE WAS, EVEN WHEN THAT HAPPENED, THE HOMICIDE UNIT WAS NOT TURNING THEM OVER AND THEN WHAT HAPPENED, THE FIGHT CONTINUED SO THEY EVENTUALLY GOT TO THE POINT WHERE THEY HAD JUDGE CAROLYN TEMIN WHO AGREED TO LOOK AT -- AND WE ARE TALKING IN THE '90S AT THIS POINT.  CAROLYN TEMIN WHO WOULD AGREE TO LOOK AT CERTAIN ACTIVITY SHEETS IN CAMERA.

THE COURT:  MS. CUMMINGS, I'M SORRY TO INTERRUPT BECAUSE I'M LOSING THE THREAD HERE.

WHAT DOES THIS HAVE TO DO WITH MY OBSERVATION THAT EVERYONE IS HANGING -- PUTTING A LOT OF WEIGHT ON THE DISCOVERY TRANSMITTAL LETTER AND YET THE DISCOVERY TRANSMITTAL LETTER IS NOT COMPLETE?  I'M

MISSING THE THREAD.

MS. CUMMINGS:  TWO THINGS, JUDGE.

ONE IS, AND I THINK DISCOVERY TRANSMITTAL LETTERS, AT LEAST AS FAR AS THEY WERE DONE BACK THEN WOULD TALK ABOUT WHAT WITNESS STATEMENTS OR ANYTHING THAT WAS OBVIOUSLY REQUIRED TO BE TURNED OVER PURSUANT TO THE RULES OF DISCOVERY; HOWEVER, WHAT I'M TRYING TO SAY IN REGARD TO MARIA TORRES, AS FAR AS WE KNOW IT WAS NEVER MEMORIALIZED -- HER STATEMENT WAS NEVER MEMORIALIZED IN A FORMAL WITNESS STATEMENT.  I THINK THE EVIDENCE OF WHAT SHE SAID IN ITS EXCULPATORY NATURE IS MEMORIALIZED IN ACTIVITY SHEETS.  AND SO WHAT I'M SAYING IS, TO ADD TO OUR INVESTIGATION AND OUR COMFORT LEVEL, IN SAYING THAT THE EVIDENCE WAS SUPPRESSED, I UNDERSTAND THAT ACTIVITY SHEETS WERE ROUTINELY NOT TURNED OVER BACK THEN.

MR. GAETA:  IF I MAY JUDGE, THERE ARE TWO OTHER POINTS THAT I THINK ARE CRITICAL WITH RESPECT TO MARIA TORRES.

ONE IS, WE DO HAVE A COMPREHENSIVE LIST FROM THE HOMICIDE BINDER OF WHAT THE HOMICIDE DETECTIVES SHARED WITH THE PROSECUTORS AND THAT LIST IS REPRODUCED ON PAGE 14 OF THE COMMONWEALTH'S ANSWER AND MARIA TORRES IS NOT INCLUDED ON THAT LIST.

AND THE OTHER ISSUE IS, DURING THE REVIEW

OF THE DISTRICT ATTORNEY'S OFFICE FILE, THAT ACTIVITY SHEET WAS NOT PRESENT IN THE DISTRICT ATTORNEY'S OFFICE'S FILE.

THE COURT:  OKAY.

QUESTION:  DID ANYONE APPROACH A.D.A. -- FORMER A.D.A. SAX AND ASK HIM TO BE INTERVIEWED?

MS. CUMMINGS:  JUDGE, WE HAVE ACTUALLY TALKED ABOUT THAT QUITE A BIT.

AND WE MADE A DECISION IN OUR OFFICE TO NOT APPROACH MR. SAX ABOUT THAT QUESTION.

JUST TO GO BACK, JUST A LITTLE BIT AND I NEGLECTED TO DO THIS.  I THINK WHAT I WAS TRYING TO SAY ABOUT THE ACTIVITY SHEETS IS, WE ARE NOT JUST RELYING ON THE DISCOVERY TRANSMITTALS THAT THE COURT IS ASKING ABOUT.  WE WERE LOOKING AT THE TOTALITY OF THE CIRCUMSTANCES.

THE COURT:  YES, I GET THAT BUT THAT IS SUCH A KEY PIECE.  IT'S FRUSTRATING THAT THAT KEY PIECE OF INFORMATION IS INCOMPLETE.

AND MAY I ASK, WHY YOU DECIDED NOT TO ASK THE A.D.A. WHO TRIED THE CASE FOR AN EXPLANATION?

MS. CUMMINGS:  YES, YOUR HONOR.

WE ACTUALLY -- AND BEAR WITH ME BECAUSE I FEEL LIKE I CAN'T JUST GIVE YOU A SHORT ANSWER, I HAVE TO KIND OF TELL YOU ABOUT THE EVOLUTION OF THE DECISION

TO NOT TALK TO HIM.

AS THE COURT IS AWARE, WE ACTUALLY DID A FOOTNOTE IN OUR ANSWER WHERE WE TALKED ABOUT THE A.D.A. IN THIS PARTICULAR CASE AND MY PERSONAL EXPERIENCE SINCE I HAVE BEEN WORKING IN THE CONVICTION AND INTEGRITY UNIT IS THAT WE HAVE LOOKED AT OTHER CASES WHERE THERE HAS BEEN AN ALLEGATION THAT MR. SAX HAS WITHHELD EXCULPATORY INFORMATION.

AND IN PARTICULAR I HAVE IDENTIFIED FOR THE COURT THE CASE OF DONTIA PATTERSON AND DONTIA PATTERSON'S CASE WAS VACATED AS A RESULT OF A PCRA IN 2018 AND IN 2018 A DECISION WAS MADE COLLECTIVELY AMONG THE HOMICIDE UNIT AND MY UNIT AND ULTIMATELY THE D.A. TO NOLLE PROS THAT CASE.

WHAT I THINK IS PRETTY SIGNIFICANT IS, AS THAT INVESTIGATION CONTINUED INTO DETERMINE WHETHER OR NOT TO PROSECUTE MR. PATTERSON.  WE WERE FINDING MORE AND MORE EXCULPATORY INFORMATION THAT HAD NOT BEEN DISCLOSED.  THAT INFORMATION LARGELY INVOLVED A PERPETRATOR.  ULTIMATELY, AS I SAID, THE CASE WAS NOLLE PROS AND AROUND THAT TIME THE RELATIONSHIP BETWEEN VARIOUS PEOPLE IN THE OFFICE AND I CAN'T SAY MYSELF BECAUSE I HAD NOT MET MR. SAX PERSONALLY BUT THE RELATIONSHIP WITH MR. SAX AND VARIOUS PEOPLE IN THE OFFICE HAD REACHED, YOU KNOW, A REAL LOW TO WHERE

MR. SAX HAD BEEN IN THE OFFICE AND THERE WAS DISCOURSE TO WHERE HE GOT ESCORTED OUT OF THE OFFICE. HE THEN WAS SPEAKING VERY PUBLICLY ABOUT THE DONTIA PATTERSON CASE AND SAID A COUPLE OF DIFFERENT THINGS. I WAS ACTUALLY SPENDING SOME TIME TRYING TO COLLECT ALL OF THAT IN CASE THE COURT INQUIRED.

ONE WAS, HE ADMITTED THAT HE HAD NOT TURNED OVER THE ALTERNATE PERPETRATOR INFORMATION AND QUESTIONED WHETHER OR NOT IT WAS EXCULPATORY.

I DID NOT GET MY FINGERS ON THAT, JUDGE BUT I SAY THAT CAREFULLY, I WANT TO FIND THAT, AND THE OTHER QUOTE AND I HAVE TO BE CAREFUL -- IT WAS A QUOTE THAT RICHARD SAX SAID TO THE PRESS WHICH WAS THAT HE SAID THAT ALL OF THIS WAS NONSENSE AND THAT IT WAS JUST A PERSONAL ATTACK AGAINST HIM FROM THE NEW D.A.

ALL OF THAT TO SAY, THAT THERE IS REAL SERIOUS CONCERNS THAT I CONSIDER ARE TWOFOLD.

ONE IS JUST THE DETERIORATED, IF THERE EVER EVEN WAS A RELATIONSHIP BETWEEN MR. SAX AND OUR OFFICE, AND THE OTHER IS JUST CREDIBILITY ISSUES. AND SO HAVING CONSIDERED ALL OF THAT IN THE CONTEXT OF THE ENTIRE RECORD, WE MADE THE DECISION THAT WE FELT LIKE, WE WERE IN A STRONG POSITION TO CONCLUDE THAT WE BELIEVED THAT THE EVIDENCE HAD BEEN SUPPRESSED.

THE COURT: SO BECAUSE AND I'M NOT TRYING

TO PUT WORDS IN YOUR MOUTH SO PUSH BACK.

SO BECAUSE OF A DETERIORATED RELATIONSHIP BETWEEN THE TRIAL LAWYER FOR THE COMMONWEALTH AND THE PRESENT CONFIGURATION OF THE DISTRICT ATTORNEY'S OFFICE, YOU DECIDED IT'S NOT WORTH YOUR WHILE TO GO TO THAT FORMER EMPLOYEE OF YOUR LAW FIRM AND ASK FOR AN EXPLANATION?

MS. CUMMINGS:  AND JUDGE, I WILL PUSH BACK BECAUSE THAT IS ABSOLUTELY NOT WHAT I'M SAYING. AND I APOLOGIZE IF IT'S COMING ACROSS THAT WAY.  THAT WAS NOT MY INTENT.

WHAT I WAS TRYING TO DO WAS GIVE YOU KIND OF A MYRIAD OF FACTORS THAT WE CONSIDERED IN MAKING THE DECISION.

IF I NEED TO SUMMARIZE IT THE WAY THAT I BELIEVE YOU JUST TRIED, I THINK THE MORE ACCURATE SUMMARY IS:  EVEN IF WE SAT DOWN AND SPOKE TO MR. SAX AND MR. SAX SAID TO ME, MS. CUMMINGS, MY MEMORY IS I TURNED THAT OVER.  I DO NOT BELIEVE THAT THAT STATEMENT WOULD BE CREDIBLE BASED ON ALL OF THE EVIDENCE THAT WE HAVE.

THE COURT:  HOW DO YOU KNOW THAT?

YOU HAVE MADE A CREDIBILITY DETERMINATION OF MR. SAX BASED UPON A PRIOR CASE AND ADAMANT THAT AROSE BETWEEN YOUR OFFICE AND MR. SAX AND YOU HAVE

DETERMINED THAT; THEREFORE, ANY EXPLANATION HE COULD GIVE IN THIS CASE WOULD BE INCREDIBLE.  AND YOU HAVE NOT EVEN HEARD HIS EXPLANATION.

MS. CUMMINGS:  JUDGE, I'M SAYING, IF I WAS JUST SITTING WITH HIM AND HE TOLD ME THAT WAS MY MEMORY AND THAT WAS ALL HE WAS ABLE TO DO IS SAY, YEAH, I BELIEVE I DID IT, I WOULD NOT FIND THAT CREDIBLE.  AND I'M NOT SAYING THAT AND I MAKE THAT DECISION LIGHTLY NOR AM I SAYING THAT I AM BASING THAT DECISION --

THE COURT:  MS. CUMMINGS, WHAT WOULD YOU SAY ABOUT A JUDGE WHO SAID:  OH, YOU KNOW WHAT, IN THAT PRIOR CASE WITH THAT LAWYER, THAT LAWYER WAS NOT SQUARE WITH ME SO IN THIS CASE, I'M NOT GOING TO LISTEN TO ANY EXPLANATION THE LAWYER HAS EVEN THOUGH IT IS COMPLETELY DIFFERENT FACTS BECAUSE IN THE PRIOR CASE THE LAWYER WAS NOT STRAIGHT WITH ME?  I MEAN NO MATTER WHAT EXPLANATION HE GIVES, YOU ARE NOT GOING TO ACCEPT IT.  THAT IS WHAT YOU BASICALLY SAID.  THAT IS WHAT I'M HEARING.

MS. CUMMINGS:  THAT IS NOT WHAT I'M SAYING.  I'M SAYING IF HE SAID TO ME THAT HE WAS JUST BASING HIS ANSWER SOLELY ON HIS MEMORY WITH NOTHING ELSE I WOULD FIND IT VERY DIFFICULT TO ACCEPT THAT EXPLANATION AND THEN DISCOUNT ALL OF THE INFORMATION THAT WE HAVE GATHERED FROM OUR INVESTIGATION IN OUR REVIEW OF THE FILE.

THE COURT:  AND RESPECTING YOUR -- FROM WHAT I HAVE SEEN AS A VERY, VERY DILIGENT, CAREFUL, THOUGHTFUL PRESENTATION, ISN'T IT MY JOB TO ASSESS AND

ONE:  WANT TO HEAR AN EXPLANATION FROM THE TRIAL ATTORNEY FROM THE D.A.'S OFFICE?  AND ISN'T IT MY JOB TO MAKE AN INDEPENDENT DETERMINATION AS TO WHETHER THAT EXPLANATION, WHATEVER IT MAY BE, IS CREDIBLE?

MS. CUMMINGS:  JUDGE, I DON'T THINK I CAN ANSWER THAT IF THE ANSWER IS THE SAME IN ALL SCENARIOS. I THINK IT DEPENDS.  I THINK IT DEPENDS ON THE INDIVIDUAL FACTS OF THE CASE.

THE COURT:  GREAT.

MR. GAETA:  YOUR HONOR, IF I MAY.  I THINK THAT PART OF THE REASON WHY A STATEMENT FROM MR. SAX THAT ALL OF THIS HAD BEEN TURNED OVER WOULD NOT BE CREDITED BECAUSE IT WAS APPARENT FROM OUR FILE REVIEW THAT THE DISTRICT ATTORNEY'S OFFICE LIKELY NEVER HAD THE TORRES INFORMATION TO BEGIN WITH YOU.

THE COURT:  YES, BUT HE IS A CRUCIAL WITNESS SO YOU KNOW -- WHAT ABOUT -- I'M JUST SORT OF SPITBALLING HERE BUT I HAVE OTHER QUESTIONS AS TO HOW WE ARE GOING TO GO FORWARD WITH THIS, BUT WHAT IF I WERE -- BECAUSE OF THIS PANDEMIC, YOU HAVE TO SUMMON EVERYONE IN A COURTROOM AND FIGURE IT OUT, BUT WHAT IF WE ISSUE A SUBPOENA TO MR. SAX AND I SAID, THIS IS WHAT THESE FOLKS

ARE TELLING ME, MR. SAX.  WHAT IS YOUR EXPLANATION?  WHY SHOULDN'T I DO THAT?

MS. CUMMINGS:  JUDGE, MAY I, AND I WOULD LIKE TO TAKE THAT ONE BUT I WOULD LIKE TO PREFACE IT WITH A COUPLE OF THINGS THAT I HAVE NOT SHARED WITH YOU YET WHICH IS, I ABSOLUTELY UNDERSTAND THAT HEARING FROM THE PROSECUTOR, MAY BE IN CERTAIN CIRCUMSTANCES IMPORTANT, AND MAY, IN CERTAIN CIRCUMSTANCES BE NECESSARY.  IN FACT, THERE HAVE BEEN SEVERAL CASES THAT WE HAVE INVESTIGATED SINCE I HAVE BEEN IN PHILADELPHIA WHERE I HAVE FELT COMPELLED TO TALK TO THE TRIAL PROSECUTOR AND AN EXAMPLE OF THAT IS, I SPENT ABOUT FOUR HOURS MEETING WITH MARK GILSON IN REGARD TO THE WILLIE VEASY CASE AND PART OF WHAT I LEARNED FROM MARK GILSON WAS JUST AN AFFIRMATION OF WHAT I HAD MAYBE NOT BEEN VERY ELOQUENT IN TELLING YOU TODAY, WHICH IS, THE HISTORICAL PRACTICE OF THE DISTRICT ATTORNEY'S OFFICE IN TERMS OF PRODUCING ACTIVITY SHEETS.  AND SO THAT WEIGHED VERY HEAVY ON MY DECISION-MAKING IN TERMS OF THIS PARTICULAR CASE BECAUSE MR. GILSON AND I DON'T HAVE -- IF YOU EVER MET HIM, HE'S GOT A PRETTY GOOD HISTORICAL MEMORY AND HE HAS TRIED OVER 200 HOMICIDE CASES WHILE HE WORKED IN THE D.A.'S OFFICE, AND HE WAS THE ONE THAT WAS ABLE, PROBABLY MORE SO THAN EVEN PEOPLE IN THE OFFICE RIGHT NOW, TO TELL ME ABOUT THE PROCESS OF, OFTENTIMES

THE PROSECUTORS DID NOT HAVE THE ACTIVITY SHEETS.  THEN THE PROSECUTORS WENT THROUGH A PHASE WHERE THEY WOULD AT LEAST COMMUNICATE WITH THE HOMICIDE DETECTIVE ABOUT IT, THEN THEY WENT THROUGH THE PHASE WHERE THE DEFENDER STARTED REQUESTING IT.  THEY GOT CAROLYN TEMIN INVOLVED. SO HE WENT THROUGH ALL OF THAT WITH ME AND CERTAINLY I SAID THAT ALL OF THAT WAS A FACTOR IN TERMS OF DECIDING WHETHER OR NOT WE WANTED TO GET RICHARD SAX IN AS A WITNESS AND TO USE THAT AS A REFERENCE TO TRYING TO GET BACK TO YOUR QUESTION, IF I UNDERSTOOD YOUR QUESTION.

YOU ARE SAYING, WHAT IF YOU SUBPOENAED HIM?  AND YOU INDICATED THAT YOU WERE GOING TO DO THAT, HONESTLY, I DON'T THINK I WOULD HAVE ANY PROBLEM WITH YOU DOING THAT.  AT THE SAME TIME I CERTAINLY DO NOT THINK THAT GIVEN THE TOTALITY OF WHAT WE KNOW IN THIS CASE, THAT IT IS NECESSARY, BUT I CERTAINLY UNDERSTAND WHERE THE COURT IS COMING FROM.  AND I LOST MY TRAIN OF THOUGHT FOR A MINUTE SO I KNOW I'M LEAVING SOMETHING OUT AND SHOULD IT COME BACK IN MY HEAD, I HOPE I WILL HAVE THE OPPORTUNITY TO BRING IT BACK TO YOU, JUDGE.

THE COURT:  I NEED YOU TO REMEMBER WHICH I'M SURE YOU DO, THAT THIS IS AN EXTRAORDINARY REQUEST. YOU ARE ASKING ME TO RELEASE SOMEONE WHO WAS CONVICTED OF FIRST DEGREE MURDER, WHOSE CONVICTION WAS AFFIRMED AND YOU ARE ASKING ME TO DO THAT WITHOUT EVEN HEARING

THE EXPLANATION, THAT YOUR BASIS IS AN EGREGIOUS BRADY VIOLATION, AND YOU ARE ASKING ME TO DO THAT WITHOUT EVEN HEARING THE EXPLANATION OF THIS TRIAL ATTORNEY FROM YOUR OFFICE AND GIVING ME A CHANCE TO -- YOU ARE SAYING WELL, WE DON'T THINK HE IS CREDIBLE SO WE WANT YOU TO TAKE OUR WORD FOR IT, AND I MEAN THAT IS MY JOB.

YOU ARE ENTITLED TO YOUR OPINION AND I RESPECT YOUR OPINION BUT I MEAN, HOW IS THAT GOING TO LOOK IF I SAY:  WELL, I DIDN'T GET THE EXPLANATION FROM THE TRIAL ATTORNEY BECAUSE THE D.A. TOLD ME THAT THEIR PRIOR DEALINGS WITH HIM WERE UNFAVORABLE.  I'M NOT COMFORTABLE.  I'M NOT DOING THAT.

MS. CUMMINGS:  THAT IS NOT WHAT I'M SAYING.  I DON'T KNOW HOW -- MAYBE IF YOU ALLOW US TO WRITE SOMETHING I MIGHT BE ABLE TO COMMUNICATE IT BETTER, BUT IT IS NOT THAT SIMPLE.

CERTAINLY SOMEONE LOOKING AT IT FROM OUTSIDE IN, MIGHT TRY TO, YOU KNOW, FIT IT INTO THAT HOLE BUT I DON'T THINK THAT IS IT.  THE FACT THAT RICHARD SAX IS NOT CREDIBLE IS NOT AT ALL THE SOLE REASON WHY WE ARE BEFORE YOU RIGHT NOW ASKING --

THE COURT:  I DID NOT SAY THAT, AND I DON'T THINK THAT IS THE SOLE REASON WHY YOU ARE IN FRONT OF ME.  I'M DISAGREEING WITH YOU -- AS TO BOTH LAWYERS, NOT JUST THE D.A., AS TO YOUR DECISION NOT TO GET AN

EXPLANATION FROM THE TRIAL ATTORNEY.

SO LET ME MOVE ONTO MY NEXT --

MR. FEINBERG:  JUDGE, MAY I ADD ONE BRIEF POINT.

SO I HAVE BEEN WORKING ON THE CASE FOR A YEAR.  I'M FULLY CONVINCED THAT THE INFORMATION WAS NOT DISCLOSED BASED ON EVERYTHING I HAVE SEEN; HOWEVER, I HEARD YOUR HONOR'S QUESTIONING AND I THINK THE IMMEDIATE RESPONSE THAT I OUGHT TO MAKE IS THIS:  THERE IS A SECOND CLAIM THAT IS IN OUR HABEAS PETITION, AND THAT IS THAT, IF -- AND THIS IS IN THE ALTERNATIVE, THAT IF THE FACTS WERE TO SHOW THAT THE EVIDENCE WAS DISCLOSED TO THE DEFENSE, THEN THIS WOULD BE A PRIMA FACIE CASE OF INEFFECTIVE ASSISTANCE OF COUNSEL.

AND LET'S ASSUME THAT -- WE CAN CREATE ANY HYPOTHETICAL THAT YOU CREATED OF MR. SAX CAME IN AND HE WERE TO TESTIFY TO YOUR HONOR, HERE IS THE TRANSMITTAL LETTER WHICH SOMEHOW WAS NOT IN THE FILE, IT HAS BEEN IN MY POCKET ALL THESE YEARS, AND TO SHOW THAT IT WAS ALL TRANSMITTED.  IT DOES NOT MATTER.  RELIEF IS STILL DUE.  THE EVIDENCE WHICH WOULD HAVE BEEN ABSOLUTELY CRITICAL EVIDENCE ON THE FACTS OF THIS CASE WHERE JUDGE MCKEE LATER FOUND THAT HE WOULD HAVE ACQUITTED MR. MARTINEZ IF HE HAD ADDITIONAL INFORMATION. IF THIS EVIDENCE WAS DISCLOSED, YOU HAVE A CLEAR CASE OF

INEFFECTIVE ASSISTANCE WHICH GETS US TO THE SAME PLACE AND THAT IS THE HABEAS CORPUS.

THE COURT:  THAT IS A VERY COMPELLING ARGUMENT.  I'M JUST TRYING TO BE THOROUGH HERE.

LET ME ASK THE REST OF MY QUESTIONS.

MR. GAETA:  IF I CAN HAVE ONE VERY BRIEF POINT.

I APOLOGIZE IF YOUR HONOR WANTS TO MOVE ON.  BUT AS FAR AS THE INFORMATION, EVEN IF WE WERE TO ASSUME THAT MR. SAX HAD IN FACT DISCLOSED ALL OF THE INFORMATION IN HIS POSSESSION, BECAUSE HE DID NOT HAVE THAT TORRES STATEMENT OR ACTIVITY SHEET, I THINK THAT THERE IS STILL A FREE-STANDING VIOLATION OF MR. MARTINEZ'S DUE PROCESS RIGHTS SO THAT IS PART OF THE REASON WHY I THINK THAT IT'S NOT NECESSARILY -- I THINK, I DON'T KNOW THAT IF YOUR HONOR WOULD EVEN NEED TO RESOLVE THE QUESTION OF HOW MUCH MR. SAX DISCLOSED OF SOME -- WHAT WAS IN THE DISTRICT ATTORNEY'S OFFICE POSSESSION AT THE TIME BECAUSE THE D.A.'S OFFICE WAS NOT IN POSSESSION OF THAT CRITICAL PIECE OF INFORMATION WHICH IS, AS YOUR HONOR HAS NOTED, IS ESSENTIALLY THE MOST IMPORTANT PIECE OF INFORMATION INDICATING THAT SOMEONE OTHER THAN MR. MARTINEZ WAS RESPONSIBLE FOR THE SHOOTING.

COURT REPORTER:  EXCUSE ME.  WAS THAT MR.

FEINBERG?

THE COURT:  THE PREVIOUS ARGUMENT ABOUT THE SECOND INEFFECTIVE ASSISTANCE OF COUNSEL'S ARGUMENT WAS MR. FEINBERG.

MR. FEINBERG:  SORRY FOR THE CONFUSION, YOUR HONOR.

THE COURT:  LET ME LOOK AT MY NOTES HERE.

IS THERE ANYTHING IN THE MATERIALS THAT I HAVE THAT SHOWS THAT ANY OF THE WITNESSES WERE SHOWN A PHOTO I.D. OF EITHER SANTIAGO BROTHERS AS BEING THE SHOOTERS?  DID I MISS THAT OR IS THAT NOT THERE?

MR. FEINBERG:  IN THE ONLY PART OF THE INVESTIGATION THERE WAS A PHOTO OF MR. SANTIAGO SHOWN TO SATURNINO RAMOS, AND MR. RAMOS DID IDENTIFY MR. SANTIAGO, BUT AS YOUR HONOR POINTED OUT HE SAID HE WAS NOT THERE.

THE COURT:  I'M ASKING, ARE THERE ANY WITNESSES THAT SAY, YEAH, THE SANTIAGO BROTHERS WERE THERE AROUND THE TIME OF THE SHOOTING OR THEY DID THE SHOOTING AND THEN A PHOTO I.D. WAS SHOWN TO THAT WITNESS LIKE A TORRES?  I DID NOT SEE IT.  I JUST WANT TO CONFIRM THAT I DID NOT MISS IT.

MR. FEINBERG:  I DON'T BELIEVE THERE IS A PHOTO ARRAY SHOWING TORRES OR DIAZ WHO ARE THE TWO KEY WITNESSES, ONE EYEWITNESS AND THE OTHER ON MOTIVE.

THE COURT:  ALL RIGHT.  THANK YOU.

CAN WE AGREE ON WHO THE MAIN DETECTIVES WERE ASSIGNED TO THIS CASE?  AND CAN YOU TELL ME THEIR NAMES?  I HAVE THEM BUT I WANT TO MAKE SURE I HAVE THEM.

MR. FEINBERG:  INITIALLY THE ASSIGNED WAS CHARLES BROWN, AND THEN THE KEY DETECTIVE LATER IN THE INVESTIGATION BECOMES DETECTIVE DEYNE, MIGUEL, M-I-G-U-E-L, LAST NAME DEYNE, D-E-Y-N-E.

IN JUDGE MCKEE'S OPINION DETECTIVE DEYNE WHO IS THE ONE WHO HAD THE PREEXISTING RELATIONSHIP WITH FUENTES.

THE COURT:  FUENTES, RIGHT.

RECENTLY AND I'M NOT ASKING THIS CRITICALLY, I JUST WANT TO KNOW, IT PROBABLY IS A SILLY QUESTION.

BY THE WAY, CHARLES, WHAT WAS IT?

MR. FEINBERG:  BROWN.

THE COURT:  WERE EITHER OF THESE TWO DETECTIVES APPROACHED AND ASKED FOR AN EXPLANATION AS TO WHAT WE ARE TALKING ABOUT?

MS. CUMMINGS:  NOT WITH THE COMMONWEALTH, JUDGE.

THE COURT:  WHY NOT?  LET ME GO BACK TO THE D.A.'S OFFICE.

WHY DIDN'T YOU ASK THEM FOR AN

EXPLANATION?

MS. CUMMINGS:  JUDGE, I THINK FROM OUR ANALYSIS, JUST FROM A BRADY STANDPOINT, THE QUESTION WE WERE LOOKING AT IN THE WORDS FROM THE DETECTIVES WAS, WAS THIS INFORMATION TURNED OVER?  AND CERTAINLY I THINK EVERYBODY WOULD AGREE THAT THE DETECTIVES WERE NOT IN THE BUSINESS OF TURNING OVER INFORMATION.  I THINK TALKING TO THEM SUBSEQUENTLY ABOUT WHY DIDN'T YOU CONTINUE TO GO AFTER SANTIAGO AND INSTEAD GO FOR MARTINEZ?  I THINK THAT WE SEE THAT MORE AS AN INNOCENCE QUESTION, AND A QUESTION OF, CAN THE CASE BE RETRIED? AND I THINK WE TRIED TO DO A FAIRLY GOOD EXPLANATION OF THAT IN OUR ANSWER.  HE, YOU KNOW, IDEALLY WHEN WE INVESTIGATE ONE OF THESE CASES WE LIKE TO DO ALL OF THAT ON THE FRONT END AND SO THAT WE DON'T FIND OURSELVES IN A SITUATION WITH A CONVICTION VACATED AND VERY LITTLE TIME TO FIGURE OUT ABOUT WHAT IS THE NEXT STEP.

HOWEVER, IN THIS CASE, I THINK WE WERE CONFRONTED WITH TWO REALITIES.

ONE WAS, WE FELT THAT THE BRADY VIOLATION WAS SO STRONG, THAT ON ITS OWN, IT WARRANTED RELEASE, AND THE OTHER WAS THAT IF WE WOULD HAVE TAKEN MORE TIME AND NOT FILED THE ANSWER, AND WE DID THAT IN THE MIDDLE OF COVID-19.  WE DID FEEL THAT WE WERE UNNECESSARILY PUTTING MR. MARTINEZ AT RISK, AND THAT WAS REALLY PART

AND PARCEL OF, I THINK TOM AND I CONCLUDED, THAT WE DID NOT SEE OURSELVES EVER GETTING TO A POINT WHERE WE WERE GOING TO FILE AN ANSWER IN FEDERAL COURT SAYING THAT WE BELIEVED THAT MR. FEINBERG, ON BEHALF OF HIS CLIENT, HAD ESTABLISHED HIS RIGHT TO RELIEF ON A FREE-STANDING CLAIM OF INNOCENCE.  SO WE FELT COMFORTABLE KIND OF DIVIDING UP OUR INVESTIGATION IN THIS PARTICULAR CASE, GIVEN THE FACTS AS I JUST LAID THEM OUT TO YOU.

THE COURT:  WELL, MR. FEINBERG'S POINT OR WHOEVER MADE IT, THIS INFORMATION USING TORRES AS AN EXAMPLE WAS TURNED OVER.  WE ALL KNOW ABOUT IT.  EITHER IT WAS ON THE SECOND PAGE OF THE TRANSMITTAL LETTER WHICH SEEMS UNLIKELY BUT POSSIBLE OR IT WAS TURNED OVER BELATEDLY.  I MEAN, I CAN THINK OF HALF THE TRIALS I HAVE BEEN INVOLVED IN AS A TRIAL LAWYER BOTH CIVIL AND CRIMINAL, DISCOVERY GETS TURNED OVER IN THE COURTROOM A COUPLE OF DAYS BEFOREHAND.  NOW, THERE IS NOTHING ON THE RECORD ABOUT THIS SO THAT SORT OF QUASHES THAT IDEA BUT IT CERTAINLY WOULD GIVE ME A LITTLE MORE OF A COMFORT LEVEL IF WE HAD SOMEONE ASK THESE TWO DETECTIVES:  HEY, YOU KNOW, THIS DEFENDANT HAS BEEN IN JAIL FOR ALL OF THIS TIME, AND I WANT TO SHOW YOU THIS STATEMENT OR NOTES THAT YOU PUT TOGETHER.  THIS HAS NOTHING TO DO WITH MR. MARTINEZ.

DO YOU HAVE ANY MEMORY OF WHETHER THIS

WAS TURNED OVER OR WHAT IS THIS ABOUT OR I DON'T KNOW. IT'S EASY TO PLAY ARMCHAIR QUARTERBACK AS A JUDGE BUT I MEAN YOU HAVE NOW THE ASSISTANT D.A. AND THE TWO ASSIGNED DETECTIVES, AND YOU HAVE NOT ASKED THEM FOR AN EXPLANATION.  IT FEELS LIKE YOU ARE NOT GIVING THEM THE BENEFIT OF THE DOUBT AND I'M NOT -- I DON'T KNOW ANY OF THESE PEOPLE.  I DON'T KNOW RICHARD SAX AT ALL.  I MEAN I REMEMBER HIM FROM THE OFFICE BUT IT SEEMS LIKE THEY AT LEAST SHOULD BE QUESTIONED.

BUT LET ME MOVE ON TO MY NEXT...

MR. FEINBERG:  JUDGE, IF I CAN JUST -- WHEN I FIRST STARTED WORKING ON THE CASE I COULD TELL THAT OFFICER DEYNE WAS THE KEY OFFICER.  HE IS THE OFFICER WHO INTERVIEWS TORRES IN 1986 AND THEN HE ALSO IS THE OFFICER WHO BRINGS FOCUS INTO THE PICTURE IN 1989.

BASED ON WHAT I HAVE SEEN, THERE WAS A MIGUEL DEYNE WHO DIED IN PHILADELPHIA IN 2015.  SO I BELIEVE THAT THAT IS THE OFFICER SO ANY INVESTIGATION THERE WAS PUT OFF.

THE COURT:  YES, I KNOW, AND IT'S NOT SO EASY TO FIND ALL THESE PEOPLE.  I GET IT.

DOES ANYONE HAVE ANY IDEA WHY -- JUST A SORT OF A THINKING-OUT-LOUD QUESTION.

SO YOU HAVE A COUPLE OF WITNESSES.  YOU

HAVE A WITNESS GIVES A MOTIVE FOR SANTIAGO AND THEN YOU HAVE A WITNESS THAT PUTS SANTIAGO AND/OR HIS BROTHER ON THE SCENE AS THE SHOOTER.  AND THEN YOU HAVE A SWITCH TO MR. MARTINEZ.

DOES ANYONE HAVE ANY INKLING AS TO WHY THAT HAPPENED?  BECAUSE THE MARTINEZ CASE WAS NOT THAT STRONG.  I MEAN I'M NOT A DETECTIVE BUT WAIT, I HAVE A WITNESS NOW, SANTIAGO, AND NOW I'M GOING TO ISSUE AN ARREST WARRANT TO A COMPLETELY DIFFERENT PERSON.  IT JUST DOES NOT ADD UP.

DOES ANYONE HAVE ANY THOUGHTS THEY WANT TO SHARE WITH ME ABOUT THAT?

MS. CUMMINGS:  JUDGE, I HAVE TWO.

ONE IS, OVER THE COURSE, WE TALKED A LOT ABOUT THAT AND TRIED TO UNDERSTAND IT AND AT THE END OF THE DAY, WHAT WE SAW, WHAT WE KEPT COMING BACK TO IS WE HAVE TWO IMPORTANT FACTS.

ONE IS, WHEN WE ULTIMATELY GET MARTINEZ AS THE SUSPECT AND ULTIMATELY THE DEFENDANT.  IT IS BASED ON TWO PEOPLE THAT TESTIFIED AT TRIAL THAT ARE LOOKING TO GET SOMETHING FOR THEMSELVES.  AND I'M NOT GOING TO MAKE ANY KIND OF GLOBAL STATEMENT ABOUT, YOU CAN NEVER TRUST THAT BUT CLEARLY, YOU HAVE TO LOOK AT THAT THROUGH A DIFFERENT LENS.  AND SO THAT WAS SOMETHING THAT WE KEPT COMING BACK TO, AND THEN, I AM

STILL TOTALLY KIND OF TAKEN BY THE GRAND JURY INVESTIGATION AND HOW I CAN'T COME UP WITH A BETTER EXPLANATION FOR WHY DID THEY QUIT GOING DOWN THAT RODE WITH SANTIAGO OTHER THAN WHAT WE SAW IN THE ACTIVITY SHEETS WHICH IS LAW ENFORCEMENT WENT TO GO FIND THEM TO TRY TO GIVE THEM A SUBPOENA TO TESTIFY IN FRONT OF THE GRAND JURY BUT THEY WERE ALL GONE.  SO I SEE ON THE ONE HAND LAW ENFORCEMENT BASICALLY GIVING UP AGAINST THEIR PRIME TARGET, AND THEN ON THE OTHER, I SEE THE DEFENDANTS THEMSELVES THAT ARE INTERESTED IN TRYING TO GET A BETTER DEAL.  SO THOSE THINGS ARE JUST CONSIDERATIONS THAT I CAN'T GET OUT OF MY HEAD AND THEN YOU COUPLE IT WITH, I MENTIONED TO YOU WHEN WE SPOKE THE OTHER DAY, THAT PART OF OUR INVESTIGATION WAS TALKING -- OH, WELL FIRST TRYING TO FIND THE CAMACHO FAMILY AND IF THERE WERE ANY LIVING SIBLINGS.  AND I SPOKE AT GREAT LENGTH WITH ONE OF THE SISTERS AND THE CONVERSATION I HAD WITH HER WAS VERY ENLIGHTENING BECAUSE AND I TOLD YOU, JUDGE AND, I WILL SAY IT AGAIN.  I'M GOING TO BE VERY CAREFUL.  SHE WAS NOT AN EYEWITNESS BUT SHE HAD KNOWN SO MUCH ABOUT WILSON SANTIAGO, THE DRUG DEALING OF THE SANTIAGO FAMILY AND THAT RELATIONSHIP WITH THE CAMACHO'S THAT SHE AND HER FAMILY AT LEAST TALKED ABOUT FOR YEARS THAT THEY ALL BELIEVED THAT THE MURDERS WERE DONE AT THE HANDS OF WILSON SANTIAGO AND ONE OF HIS

BROTHERS.

SO YOU KNOW, THAT HAS STUCK IN MY HEAD TOO AND AT THE END OF THE DAY, YOU KNOW, IT'S LIKE IT MAKES YOU CRAZY BECAUSE YOU THINK HOW COULD WE HAVE LEFT SOMETHING LIKE THAT HAPPEN BUT I THINK UNFORTUNATELY WE KNOW THINGS LIKE THAT DO HAPPEN AND I THINK IT HAPPENED IN THIS CASE.

THE COURT:  SO THE FOCUS AWAY FROM SANTIAGO ONTO MARTINEZ IS BECAUSE MARTINEZ NEEDS SOMETHING AND DEYNE AND OTHERS WANT TO HELP HIM; THEREFORE, WE HAVE AN EYEWITNESS ON SANTIAGO BUT WE ARE GOING TO ARREST SOMEONE ELSE BECAUSE THE SOMEONE ELSE ALSO CLAIMS TO BE AN EYEWITNESS BUT THEN SOMEONE ELSE WANTS SOMETHING.  YOU HAVE A PROBLEM WITH JUDGE TEMIN.

MS. CUMMINGS:  I THINK THAT THE WITNESSES THAT ULTIMATELY TESTIFIED WANTED SOMETHING IN THEIR CASES, AND I THINK THAT WAS CLEAR AT THE TIME OF TRIAL. I THINK JUDGE MCKEE COMMENTED ON THAT.  BUT I ALSO THINK THAT AND THIS IS SOMETHING THAT HAS CAUSED US PAUSE IN TERMS OF, IS THERE ANY POSSIBILITY MARTINEZ MIGHT HAVE HAD ANY CONNECTION AT ALL AND CERTAINLY I THINK MR. MARTINEZ DOES HAVE SOME CONNECTION AND SO I THINK IT IS VERY POSSIBLY THAT MAYBE MARTINEZ WAS AN EASY TARGET AS FAR AS WHATEVER HIS CONNECTION WAS WITH THE SANTIAGOS SO HE IS THE ONE THAT TAKES THE FALL BUT THE REAL

SHOOTERS DON'T EVER GET PROSECUTED.  I SAY THAT BUT I'M SPECULATING BASED ON OUR REVIEW AND OUR INVESTIGATION AND YOU ASKED IF WE WONDER IT AND YES, THEY ARE ALL QUESTIONS WE WONDERED AND WE TALKED ABOUT.  I WISH I CAN TELL YOU THAT WE HAVE THE ABSOLUTE ANSWER TO IT BUT WE DON'T.

THE COURT:  YOU FOLKS WERE GOING TO GET ME ONE OTHER PIECE OF INFORMATION AND IT WAS --

MR. FEINBERG:  A LIST.  A LIST OF ITEMS --

THE COURT:  -- A LIST OF DOCUMENTS THAT YOU BELIEVE -- CAN YOU DO TWO THINGS.  I'M SORRY TO KEEP TASKING YOU TO DO STUFF, BUT A LIST OF DOCUMENTS THAT YOU BELIEVE WERE NOT TURNED OVER.  JUST TELL ME WHAT THEY ARE FROM THE TWO APPENDIXES AND THEN SUMMARIZE FOR ME, A JOINT STATEMENT, HOW YOU THINK I CAN RELY ON, WITHOUT THE TRANSMITTAL LETTER IN MY OPINION, THAT MAYBE IS THE MOST IMPORTANT PIECE OF EVIDENCE SHOWING WHAT WAS TURNED OVER AND WHAT WASN'T BEING COMPLETE.  WHAT OTHER INFORMATION I CAN RELY ON AND YOU CAN MAKE IT QUICK BECAUSE IT RESONATED TO ME, IT WAS NEVER MENTIONED BY JUDGE MCKEE, NEVER MENTIONED BY DEFENSE COUNSEL, AND IT CERTAINLY IS NOT IN THE D.A.'S FILE -- IF THERE IS ANYTHING MORE YOU WANT TO SUPPLEMENT WITH THAT.

I WANT TO LOOK AT THAT.  I WANT TO SLEEP

ON THIS, AND I'M GOING TO MAKE A DECISION SOON BUT I WANT -- I MEAN, IF I'M COMFORTABLE THAT THE TORRES'S INFORMATION WAS NOT TURNED OVER OR THERE IS A HIGH LIKELIHOOD OF THAT, THEN I'M PRETTY FAR ALONG, RESERVING MY RIGHT TO CHANGE MY MIND TO DECIDING THAT PRETTY EGREGIOUS BRADY VIOLATIONS OCCURRED BUT I WANT THE LAWYERS TO KNOW THAT I'M COMPARTMENTALIZING THIS INTO TWO THINGS.

AND ONE IS:  SHOULD MR. MARTINEZ BE RELEASED ON BAIL PENDING THE OUTCOME OF HIS HABEAS PETITION AND I WANT TO BE AS TRANSPARENT AS I CAN BE AND SAY THAT WHILE IT CERTAINLY DOES NOT LOOK LIKE THERE IS A LOT OF CONFIDENCE I COULD PUT IN THE CONVICTION, I AM NOT SIGNING AN ORDER WITHOUT FURTHER INQUIRY GRANTING RELIEF FOR A NEW TRIAL.  IT'S TWO SEPARATE THINGS IN MY MIND AND I KNOW THE D.A.'S OFFICE DISAGREES WITH MY VIEW ON THIS BUT I'M GOING TO DO AN INDEPENDENT -- FURTHER INDEPENDENT REVIEW BUT I'M SEPARATING THAT QUESTION OUT FROM:  SHOULD THE GENTLEMAN GET BAIL AND ALSO SHOULD HE GET BAIL IN CONJUNCTION WITH HIS AGE, THE BRADY VIOLATION AND THIS CRAZINESS THAT WE ARE ALL IN TOGETHER.

SO YOU WILL GET ME THAT INFORMATION BY E-MAIL.  I'M GOING TO DOCKET ALL THIS AND I WILL GIVE YOU A DECISION ON BAIL BY THE END OF THE WEEK; HOPEFULLY

SOONER, OKAY.  I MAY HAVE OTHER QUESTIONS BUT JUST STAY TUNED.  THAT WAS VERY, VERY HELPFUL AND ANYTHING ELSE YOU WANT TO CHAT ABOUT BEFORE WE HANG UP.

MS. CUMMINGS?

MS. CUMMINGS:  JUDGE, I MIGHT JUST SAY WITH THE COURT'S INDULGENCE THAT IT MAYBE TOMORROW MORNING BEFORE WE GET THIS TO YOU.  WOULD THAT BE OKAY WITH THE COURT?

THE COURT:  OF COURSE.  I GOT SOMETHING FROM YOU LIKE 10:30, LATE LAST NIGHT AND YOU DON'T HAVE TO BURN THE MIDNIGHT OIL ON THIS.  SO YEAH, TOMORROW. WHAT TIME IS IT?  TOMORROW MORNING, BEFORE NOON, WHENEVER, NO RUSH, I'M NOT TELLING YOU TO DO IT RIGHT NOW, IT'S NO PROBLEM.

MS. CUMMINGS:  THANK YOU, JUDGE, WE APPRECIATE THAT.

THE COURT:  MR. GAETA, ANYTHING ELSE YOU WANT TO SAY?

MR. GAETA:  NO, JUDGE.  THANK YOU VERY MUCH.

THE COURT:  OTHER THAN I KEEP MISPRONOUNCING YOUR NAME.

MR. GAETA:  MY GRANDMOTHER WOULD SAY THAT I MISPRONOUNCE IT TOO.  SO IT'S NOT A PROBLEM.

THE COURT:  MR. FEINBERG, ANYTHING ELSE?

MR. FEINBERG:  NO NOTHING, YOUR HONOR.

THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH FOR YOUR TIME, TAKE CARE.

MS. CUMMINGS:  THANK YOU VERY MUCH.  HAVE A GOOD EVENING.

(HEARING CONCLUDED.)

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Suzanne White*

4-30-20
DATE                           SUZANNE R. WHITE

OFFICIAL COURT REPORTER

**'**

**'89** [2] - 10:16, 10:25
**'90S** [1] - 24:17

**1**

**100** [1] - 21:16
**10:30** [1] - 47:10
**14** [2] - 1:10, 25:23
**15TH** [1] - 11:23
**18** [2] - 4:20, 5:1
**19** [3] - 4:20, 4:25, 5:1
**19-5606** [1] - 1:8
**19106** [3] - 1:11, 1:18, 1:23
**19107** [1] - 2:4
**1980S** [2] - 24:3
**1985** [1] - 22:8
**1986** [1] - 41:14
**1989** [2] - 18:5, 41:16
**1990S** [1] - 24:9

**2**

**20** [2] - 4:20, 5:1
**200** [1] - 32:22
**2015** [1] - 41:18
**2018** [5] - 5:7, 6:15, 20:24, 27:12
**2020** [1] - 1:10
**215)299-7252** [1] - 1:23
**22ND** [1] - 11:24
**23** [2] - 10:16, 10:25
**23RD** [1] - 12:2
**2609** [1] - 1:22

**3**

**30TH** [1] - 18:5
**32** [2] - 17:25, 18:10

**5**

**501** [1] - 1:17
**55** [2] - 9:22, 10:6
**552** [2] - 9:13, 10:7

**6**

**601** [1] - 1:22

**7**

**7** [2] - 5:14, 5:21
**718** [1] - 1:17
**75-48** [1] - 23:15

**8**

**80** [1] - 10:10

**9**

**94** [1] - 11:16

**A**

**A.D.A** [4] - 26:5, 26:6, 26:21, 27:3
**A/K/A** [1] - 13:14
**ABLE** [5] - 8:5, 9:10, 30:6, 32:24, 34:15
**ABOUT** [37] - 5:3, 6:5, 7:7, 7:23, 11:15, 13:16, 17:21, 22:15, 22:16, 22:23, 25:5, 26:8, 26:10, 26:13, 26:15, 26:25, 27:3, 28:3, 30:11, 31:20, 32:12, 32:25, 33:3, 37:2, 38:20, 39:8, 39:17, 40:11, 40:18, 41:1, 42:12, 42:15, 42:22, 43:21, 43:23, 45:4, 47:3
**ABOVE** [1] - 48:12
**ABOVE-ENTITLED** [1] - 48:12
**ABSENCE** [1] - 20:22
**ABSOLUTE** [1] - 45:5
**ABSOLUTELY** [4] - 16:21, 29:9, 32:6, 35:22
**ACCEPT** [2] - 30:17, 30:22
**ACCOUNT** [1] - 16:20
**ACCURATE** [2] - 8:3, 29:16
**ACKNOWLEDGE** [1] - 17:10
**ACQUITTED** [1] - 35:24
**ACROSS** [1] - 29:10
**ACTION** [1] - 1:3
**ACTIVITY** [15] - 8:20, 15:22, 23:14, 24:5, 24:8, 24:11, 24:18, 25:12, 25:15, 26:1, 26:13, 32:18, 33:1, 36:12, 43:4
**ACTUAL** [1] - 18:19
**ACTUALLY** [9] - 8:3, 8:6, 8:11, 8:12, 22:24, 26:7, 26:23, 27:2, 28:4
**ADAM** [2] - 5:13, 5:20
**ADAMANT** [1] - 29:24

**ADD** [4] - 20:25, 25:13, 35:3, 42:10
**ADDITIONAL** [2] - 5:6, 35:24
**ADDRESS** [1] - 4:10
**ADMITTED** [1] - 28:7
**AFFIRMATION** [1] - 32:15
**AFFIRMED** [1] - 33:24
**AFTER** [2] - 21:6, 39:9
**AGAIN** [4] - 4:24, 6:25, 10:13, 43:19
**AGAINST** [2] - 28:15, 43:8
**AGE** [1] - 46:20
**AGREE** [12] - 4:3, 6:15, 12:14, 13:6, 13:8, 13:22, 15:2, 18:24, 23:7, 24:18, 38:2, 39:6
**AGREED** [2] - 12:18, 24:16
**AGREES** [1] - 10:17
**AHEAD** [1] - 22:9
**AIDED** [1] - 1:25
**ALAN** [1] - 21:2
**ALL** [41] - 3:23, 4:1, 4:6, 10:12, 10:13, 14:7, 18:2, 18:4, 18:18, 21:7, 21:9, 22:22, 23:7, 28:5, 28:14, 28:16, 28:21, 29:20, 30:6, 30:23, 31:9, 31:15, 33:6, 33:7, 34:20, 35:19, 35:20, 36:10, 38:1, 39:14, 40:11, 40:21, 41:7, 41:22, 43:7, 43:24, 44:21, 45:3, 46:21, 46:24, 48:2
**ALLEGATION** [1] - 27:7
**ALLEGE** [1] - 4:8
**ALLEGED** [1] - 21:18
**ALLOW** [1] - 34:14
**ALONG** [3] - 8:19, 15:7, 46:4
**ALREADY** [1] - 20:5
**ALSO** [9] - 3:11, 8:14, 10:8, 15:20, 22:17, 41:14, 44:13, 44:18, 46:19
**ALTERNATE** [1] - 28:8
**ALTERNATIVE** [1] - 35:11
**AM** [5] - 3:18, 30:9, 42:25, 46:13
**AMONG** [1] - 27:12
**AN** [39] - 6:4, 7:16, 8:7, 9:7, 11:1, 11:19,

11:24, 12:2, 14:8, 15:22, 16:19, 17:5, 20:9, 20:13, 20:22, 24:8, 26:21, 27:7, 29:6, 31:4, 31:6, 32:12, 32:15, 33:22, 34:1, 34:25, 38:19, 38:25, 39:10, 40:3, 40:10, 41:4, 42:8, 43:20, 44:11, 44:13, 44:23, 46:14, 46:17
**ANALYSIS** [1] - 39:3
**AND** [252] - 1:6, 1:7, 3:2, 3:5, 3:6, 3:8, 3:11, 3:22, 3:25, 4:2, 4:3, 4:17, 4:18, 5:2, 5:15, 6:4, 6:19, 6:21, 7:1, 7:14, 7:15, 7:18, 7:23, 8:5, 8:8, 8:13, 8:14, 8:16, 8:18, 8:19, 9:1, 9:10, 9:12, 9:21, 10:6, 10:12, 10:16, 10:17, 10:24, 10:25, 11:19, 11:24, 12:1, 12:8, 12:17, 12:20, 12:23, 12:25, 13:2, 13:5, 13:12, 13:16, 13:17, 13:25, 14:9, 14:15, 14:16, 14:18, 15:16, 15:17, 15:21, 15:24, 16:1, 16:2, 17:1, 17:14, 17:17, 18:5, 18:6, 18:10, 18:16, 19:2, 19:3, 19:7, 19:9, 19:25, 20:1, 20:3, 20:9, 20:25, 21:4, 21:9, 21:14, 21:18, 22:13, 22:14, 22:15, 23:4, 23:14, 23:18, 24:1, 24:3, 24:9, 24:11, 24:14, 24:16, 24:24, 25:3, 25:12, 25:13, 25:22, 25:23, 25:25, 26:6, 26:9, 26:11, 26:20, 26:23, 27:4, 27:5, 27:9, 27:10, 27:12, 27:13, 27:18, 27:21, 27:22, 27:24, 28:1, 28:4, 28:8, 28:11, 28:12, 28:14, 28:19, 28:20, 28:25, 29:3, 29:6, 29:8, 29:10, 29:17, 29:18, 29:24, 29:25, 30:2, 30:5, 30:6, 30:7, 30:8, 30:23, 31:1, 31:3, 31:5, 31:24, 31:25, 32:3, 32:8, 32:12, 32:14, 32:18, 32:20, 32:22,

32:23, 33:6, 33:9, 33:12, 33:17, 33:19, 33:25, 34:2, 34:4, 34:6, 34:7, 34:22, 35:8, 35:10, 35:11, 35:15, 35:16, 35:19, 36:2, 37:14, 37:20, 37:25, 38:3, 38:6, 38:13, 38:19, 39:5, 39:9, 39:11, 39:12, 39:15, 39:16, 39:22, 39:23, 39:25, 40:1, 40:15, 40:22, 41:3, 41:4, 41:6, 41:14, 41:21, 42:1, 42:3, 42:8, 42:15, 42:19, 42:21, 42:24, 42:25, 43:2, 43:9, 43:12, 43:15, 43:16, 43:17, 43:18, 43:19, 43:22, 43:23, 43:25, 44:3, 44:6, 44:10, 44:17, 44:19, 44:21, 44:22, 45:2, 45:3, 45:4, 45:8, 45:15, 45:19, 45:20, 45:22, 46:1, 46:9, 46:11, 46:16, 46:19, 46:21, 46:24, 47:2, 47:10
**AND/OR** [1] - 42:2
**ANGEL** [2] - 5:23, 6:1
**ANOTHER** [7] - 9:18, 10:6, 12:22, 14:19, 15:3, 15:4, 15:7
**ANSWER** [14] - 4:11, 12:21, 23:9, 23:19, 25:23, 26:24, 27:3, 30:21, 31:9, 39:13, 39:23, 40:3, 45:5
**ANSWERING** [1] - 13:20
**ANTONIO** [3] - 1:3, 11:25, 12:8
**ANY** [29] - 5:7, 7:17, 7:18, 7:25, 11:2, 11:17, 13:12, 15:9, 20:20, 20:23, 21:19, 23:11, 23:20, 30:1, 30:13, 33:13, 35:16, 37:9, 37:17, 40:25, 41:6, 41:19, 41:23, 42:5, 42:11, 42:22, 43:16, 44:20, 44:21
**ANYONE** [5] - 13:15, 26:5, 41:23, 42:5, 42:11
**ANYONE'S** [1] - 7:2
**ANYTHING** [9] - 11:20, 22:23, 23:10, 25:5, 37:8, 45:24,

47:2, 47:17, 47:25

**ANYWHERE** [1] - 11:2

**APOLOGIZE** [4] - 5:17, 13:19, 29:10, 36:8

**APPARENT** [1] - 31:16

**APPEARANCES** [2] - 1:15, 2:1

**APPEARS** [1] - 18:12

**APPENDICES** [1] - 6:19

**APPENDIX** [33] - 3:12, 3:14, 3:16, 4:2, 4:5, 4:7, 5:4, 5:10, 5:12, 5:14, 5:19, 5:21, 6:4, 6:5, 6:7, 6:9, 6:10, 8:25, 9:13, 9:14, 9:22, 9:25, 10:1, 10:4, 10:5, 10:10, 11:15, 12:15, 12:24, 13:1, 17:24, 18:10

**APPENDIXES** [1] - 45:15

**APPRECIATE** [1] - 47:16

**APPRECIATED** [1] - 9:4

**APPROACH** [2] - 26:5, 26:10

**APPROACHED** [1] - 38:19

**APPROVED** [2] - 8:8, 12:2

**APRIL** [1] - 1:10

**ARCH** [1] - 1:17

**ARE** [56] - 4:1, 4:5, 4:6, 4:12, 4:14, 4:24, 5:25, 7:9, 7:22, 10:3, 11:14, 12:13, 12:14, 13:24, 16:22, 17:4, 17:7, 17:15, 18:4, 18:7, 18:15, 19:4, 19:9, 20:3, 21:25, 22:14, 24:1, 24:17, 25:17, 25:18, 26:13, 28:17, 30:17, 31:22, 32:1, 33:11, 33:23, 33:25, 34:2, 34:4, 34:7, 34:21, 34:23, 37:17, 37:24, 38:20, 41:5, 42:20, 43:10, 43:11, 44:11, 45:3, 45:15, 46:21

**ARGUING** [1] - 24:11

**ARGUMENT** [3] - 36:4, 37:2, 37:3

**ARMCHAIR** [1] - 41:2

**ARMS** [1] - 6:13

**ARNOLD** [1] - 15:24

**AROSE** [1] - 29:25

**AROUND** [4] - 6:14, 13:16, 27:21, 37:19

**ARRAY** [1] - 37:24

**ARREST** [6] - 11:1, 11:19, 12:2, 12:7, 42:9, 44:12

**AS** [51] - 4:3, 4:11, 5:10, 7:25, 8:14, 11:12, 13:20, 14:15, 16:12, 16:14, 17:5, 17:15, 19:3, 20:8, 21:13, 22:15, 24:2, 24:3, 25:4, 25:8, 27:2, 27:11, 27:15, 27:20, 31:2, 31:6, 31:21, 33:8, 33:9, 34:24, 34:25, 36:9, 36:21, 37:10, 37:15, 38:19, 39:10, 40:8, 40:10, 40:15, 41:2, 42:3, 42:5, 42:19, 44:24, 46:11

**ASIDE** [1] - 4:6

**ASK** [10] - 3:22, 9:2, 21:13, 26:6, 26:20, 29:6, 36:5, 38:25, 40:20

**ASKED** [4] - 12:25, 38:19, 41:4, 45:3

**ASKING** [8] - 4:3, 26:14, 33:23, 33:25, 34:2, 34:21, 37:17, 38:13

**ASPECT** [2] - 22:19, 23:7

**ASSESS** [1] - 31:3

**ASSIGNED** [3] - 38:3, 38:5, 41:4

**ASSISTANCE** [3] - 35:14, 36:1, 37:3

**ASSISTANT** [1] - 41:3

**ASSUME** [2] - 35:15, 36:10

**ASSURED** [1] - 7:19

**AT** [57] - 4:20, 5:7, 5:12, 5:13, 5:18, 5:20, 5:23, 8:13, 9:13, 9:22, 10:7, 10:10, 11:13, 12:5, 12:17, 13:2, 13:8, 13:9, 13:12, 15:22, 16:10, 17:14, 18:5, 18:7, 19:8, 19:9, 19:23, 20:2, 20:23, 22:18, 23:22, 24:16, 24:17, 24:18, 25:4, 26:15, 27:6, 33:2, 33:14, 34:17, 34:20, 36:19, 37:7, 39:4, 39:25, 41:7, 41:8,

42:15, 42:20, 42:23, 43:16, 43:23, 43:25, 44:3, 44:17, 44:21, 45:25

**ATTACHED** [1] - 6:11

**ATTACK** [1] - 28:15

**ATTENTION** [1] - 18:23

**ATTORNEY** [8] - 1:6, 1:8, 19:7, 21:4, 31:5, 34:3, 34:10, 35:1

**ATTORNEY'S** [11] - 2:3, 5:5, 8:9, 19:2, 23:23, 26:1, 26:2, 29:4, 31:17, 32:17, 36:18

**AWARE** [2] - 11:9, 27:2

**AWAY** [2] - 9:8, 44:8

## B

**BACK** [13] - 5:15, 24:2, 25:4, 25:15, 26:11, 29:1, 29:9, 33:10, 33:19, 33:20, 38:23, 42:16, 42:25

**BAIL** [4] - 46:10, 46:19, 46:20, 46:25

**BALANCE** [1] - 14:8

**BALL** [1] - 14:4

**BAR** [1] - 11:10

**BASED** [7] - 7:19, 29:20, 29:24, 35:7, 41:17, 42:20, 45:2

**BASICALLY** [2] - 30:18, 43:8

**BASING** [2] - 30:9, 30:21

**BASIS** [1] - 34:1

**BE** [41] - 3:24, 6:22, 6:23, 8:8, 9:3, 9:10, 10:13, 11:5, 11:13, 12:6, 15:9, 15:16, 15:18, 16:13, 16:15, 19:5, 20:15, 21:1, 21:3, 21:10, 21:11, 25:6, 26:6, 28:12, 29:20, 30:2, 31:7, 31:16, 32:7, 32:8, 34:15, 35:13, 36:4, 39:11, 41:9, 43:19, 44:13, 46:9, 46:11, 47:7

**BEAR** [3] - 3:11, 18:3, 26:23

**BECAUSE** [30] - 3:13, 3:24, 4:4, 7:2, 10:19, 12:7, 14:7, 19:7, 19:10, 22:25, 23:6,

24:21, 26:23, 27:23, 28:25, 29:2, 29:9, 30:15, 31:16, 31:23, 32:20, 34:10, 36:11, 36:19, 42:6, 43:18, 44:4, 44:9, 44:12, 45:21

**BECOME** [1] - 24:8

**BECOMES** [1] - 38:7

**BEEN** [20] - 7:15, 8:8, 16:9, 20:6, 22:25, 24:12, 27:5, 27:7, 27:18, 28:1, 28:24, 31:15, 32:9, 32:10, 32:15, 35:5, 35:19, 35:21, 40:15, 40:21

**BEFORE** [8] - 1:12, 5:1, 19:16, 23:9, 34:21, 47:3, 47:7, 47:12

**BEFOREHAND** [1] - 40:17

**BEGIN** [1] - 31:18

**BEGINS** [1] - 3:1

**BEHALF** [1] - 40:4

**BEING** [2] - 37:10, 45:19

**BELATEDLY** [1] - 40:14

**BELIEVE** [13] - 8:2, 8:18, 11:22, 13:25, 15:5, 23:20, 29:16, 29:19, 30:7, 37:23, 41:19, 45:12, 45:14

**BELIEVED** [3] - 28:24, 40:4, 43:24

**BENEFIT** [1] - 41:6

**BEST** [3] - 4:17, 4:18, 5:3

**BETTER** [3] - 34:16, 43:2, 43:11

**BETWEEN** [5] - 14:8, 27:21, 28:19, 29:3, 29:25

**BEYOND** [2] - 8:21, 14:22

**BINDER** [1] - 25:21

**BIT** [2] - 26:8, 26:11

**BLDG** [1] - 1:17

**BLOCK** [1] - 18:25

**BLURRY** [1] - 23:2

**BODY** [1] - 16:2

**BOOKS** [1] - 8:14

**BOTH** [6] - 4:2, 6:14, 6:19, 10:3, 34:24, 40:15

**BRADY** [5] - 34:1, 39:3, 39:20, 46:6, 46:20

**BRIEF** [5] - 21:6,

21:15, 35:3, 36:6

**BRING** [2] - 5:9, 33:20

**BRINGS** [1] - 41:15

**BROTHER** [9] - 14:15, 14:18, 14:20, 14:24, 15:10, 15:17, 16:3, 42:2

**BROTHER-IN-LAW** [3] - 14:15, 14:20, 14:24

**BROTHER-IN-LAWS** [1] - 14:18

**BROTHERS** [7] - 8:19, 10:23, 12:16, 13:1, 37:10, 37:18, 44:1

**BROWN** [2] - 38:6, 38:17

**BRUNILDA** [1] - 13:25

**BUCHANAN** [1] - 7:14

**BULLET** [1] - 4:21

**BUNCH** [2] - 3:10, 17:1

**BURN** [1] - 47:11

**BUSINESS** [1] - 39:7

**BUT** [62] - 3:18, 4:6, 4:18, 5:3, 6:20, 7:5, 10:20, 11:17, 12:13, 12:24, 14:6, 14:12, 15:12, 15:18, 17:24, 21:8, 22:1, 22:2, 22:3, 22:8, 22:17, 23:7, 23:12, 24:2, 24:8, 26:17, 27:23, 28:11, 31:19, 31:21, 31:22, 31:24, 32:4, 33:16, 34:8, 34:16, 34:19, 36:9, 37:15, 38:4, 40:13, 40:18, 41:2, 41:8, 41:10, 42:7, 42:23, 43:7, 43:20, 44:5, 44:11, 44:13, 44:18, 44:25, 45:1, 45:5, 45:13, 46:1, 46:6, 46:17, 46:18, 47:1

**BY** [18] - 1:25, 1:25, 4:15, 6:9, 7:3, 8:8, 8:10, 8:15, 10:20, 14:23, 17:13, 23:21, 38:16, 43:1, 45:21, 45:22, 46:23, 46:25

## C

**CALL** [1] - 9:24

**CAMACHO** [5] - 8:19, 10:23, 13:25, 15:16, 43:15

**CAMACHO'S** [2] - 16:3, 43:23

**CAME** [2] - 8:1, 35:16
**CAMERA** [1] - 24:19
**CAN** [34] - 3:12, 3:13, 4:10, 5:15, 6:13, 6:20, 14:13, 14:16, 14:23, 17:23, 17:25, 19:15, 19:20, 19:21, 19:22, 20:21, 20:25, 21:16, 23:9, 31:8, 35:15, 36:6, 38:2, 38:3, 39:11, 40:14, 41:11, 42:23, 45:4, 45:12, 45:16, 45:20, 46:11
**CAN'T** [7] - 5:24, 14:12, 17:24, 26:24, 27:22, 43:2, 43:12
**CANNOT** [1] - 13:12
**CARE** [1] - 48:3
**CAREFUL** [3] - 28:12, 31:2, 43:20
**CAREFULLY** [1] - 28:11
**CARLOS** [6] - 11:6, 11:14, 11:23, 16:6, 16:8, 20:10
**CAROLYN** [3] - 24:16, 24:17, 33:5
**CASE** [35] - 12:13, 14:25, 20:13, 20:24, 21:8, 21:13, 24:4, 26:21, 27:4, 27:10, 27:11, 27:14, 27:20, 28:3, 28:5, 29:24, 30:2, 30:12, 30:13, 30:15, 31:11, 32:14, 32:20, 33:16, 35:5, 35:13, 35:22, 35:25, 38:3, 39:11, 39:18, 40:7, 41:12, 42:6, 44:7
**CASES** [7] - 19:20, 27:6, 32:9, 32:22, 39:14, 44:17
**CAST** [1] - 1:17
**CATEGORY** [2] - 22:6
**CAUSED** [1] - 44:19
**CENTER** [1] - 20:15
**CERTAIN** [4] - 7:10, 24:18, 32:7, 32:8
**CERTAINLY** [13] - 7:8, 12:20, 22:13, 24:5, 33:6, 33:14, 33:16, 34:17, 39:5, 40:19, 44:21, 45:23, 46:12
**CERTAINTY** [1] - 21:17
**CERTIFY** [1] - 48:10
**CHANCE** [1] - 34:4
**CHANGE** [1] - 46:5

**CHARGE** [1] - 7:15
**CHARLES** [2] - 38:6, 38:16
**CHAT** [1] - 47:3
**CHIEF** [2] - 15:23, 15:25
**CIRCUMSTANCES** [3] - 26:16, 32:7, 32:8
**CIRCUMSTANTIALLY** [1] - 15:1
**CITE** [1] - 9:19
**CITES** [2] - 3:14, 4:21
**CITY** [1] - 21:5
**CIVIL** [3] - 1:3, 21:4, 40:15
**CLAIM** [2] - 35:10, 40:5
**CLAIMS** [1] - 44:13
**CLEAR** [3] - 14:3, 35:25, 44:17
**CLEARLY** [2] - 19:10, 42:23
**CLERK** [1] - 3:9
**CLIENT** [2] - 16:23, 40:4
**CLOSE** [1] - 11:12
**CLOSELY** [1] - 22:18
**CLOSER** [1] - 24:6
**CM** [1] - 1:21
**COLLECT** [1] - 28:5
**COLLECTIVELY** [1] - 27:12
**COME** [3] - 8:5, 33:19, 43:2
**COMFORT** [2] - 25:13, 40:19
**COMFORTABLE** [3] - 34:12, 40:6, 46:2
**COMING** [4] - 29:10, 33:17, 42:16, 42:25
**COMMENTED** [1] - 44:18
**COMMON** [1] - 24:4
**COMMONWEALTH** [3] - 22:15, 29:3, 38:21
**COMMONWEALTH'S** [2] - 14:16, 25:23
**COMMONWEALTHS** [1] - 6:20
**COMMUNICATE** [2] - 33:3, 34:15
**COMPARTMENTALIZING** [1] - 46:7
**COMPELLED** [1] - 32:11
**COMPELLING** [4] - 16:4, 22:1, 22:20, 36:3
**COMPLETE** [3] -

19:10, 24:25, 45:19
**COMPLETED** [1] - 23:19
**COMPLETELY** [3] - 23:15, 30:14, 42:9
**COMPREHENSIVE** [2] - 6:14, 25:20
**COMPUTER** [2] - 1:25, 1:25
**COMPUTER-AIDED** [1] - 1:25
**CONCEDE** [2] - 19:5, 22:22
**CONCERNING** [2] - 20:9, 20:10
**CONCERNS** [1] - 28:17
**CONCLUDE** [1] - 28:23
**CONCLUDED** [2] - 40:1, 48:6
**CONDUCTED** [2] - 17:13, 18:17
**CONFERENCE** [2] - 15:23, 19:1
**CONFIDENCE** [2] - 22:21, 46:13
**CONFIGURATION** [1] - 29:4
**CONFIRM** [3] - 7:1, 7:6, 37:22
**CONFLATE** [1] - 23:12
**CONFLICTING** [1] - 15:20
**CONFRONTED** [1] - 39:19
**CONFUSED** [1] - 15:10
**CONFUSION** [1] - 37:5
**CONJUNCTION** [1] - 46:20
**CONNECTION** [3] - 44:21, 44:22, 44:24
**CONSIDER** [1] - 28:17
**CONSIDERATIONS** [1] - 43:12
**CONSIDERED** [2] - 28:21, 29:13
**CONTACT** [2] - 19:20, 19:21
**CONTEMPORARY** [1] - 16:19
**CONTENTS** [3] - 6:4, 6:6, 18:19
**CONTEXT** [2] - 19:24, 28:21
**CONTINUE** [1] - 39:9
**CONTINUED** [3] - 2:1, 24:15, 27:16

**CONVENED** [2] - 7:9, 8:8
**CONVENING** [1] - 8:15
**CONVERSATION** [2] - 21:7, 43:17
**CONVICTED** [3] - 12:18, 13:3, 33:23
**CONVICTION** [5] - 4:16, 27:5, 33:24, 39:16, 46:13
**CONVINCED** [1] - 35:6
**CORPUS** [1] - 36:2
**CORRECT** [9] - 4:18, 5:1, 5:8, 10:2, 12:3, 12:9, 14:16, 16:24, 48:10
**CORRECTED** [1] - 20:2
**COULD** [11] - 8:24, 9:3, 12:6, 13:15, 15:9, 15:15, 17:22, 30:1, 41:12, 44:4, 46:13
**COUNSEL** [12] - 2:5, 4:15, 17:8, 17:11, 19:21, 20:14, 21:2, 21:13, 21:14, 21:22, 35:14, 45:22
**COUNSEL'S** [2] - 21:19, 37:3
**COUNTRY** [1] - 17:16
**COUNTY** [1] - 1:6
**COUPLE** [6] - 7:6, 28:4, 32:5, 40:17, 41:25, 43:13
**COURSE** [3] - 17:15, 42:14, 47:9
**COURT** [86] - 1:1, 1:21, 3:2, 3:5, 3:7, 3:21, 4:6, 4:12, 4:24, 5:15, 5:24, 6:3, 6:12, 6:21, 6:23, 7:14, 7:21, 8:22, 9:6, 9:15, 9:24, 10:3, 10:11, 11:7, 11:17, 12:5, 12:11, 12:22, 13:14, 14:3, 15:2, 15:14, 16:8, 16:22, 16:25, 17:19, 18:2, 18:10, 19:4, 19:13, 19:17, 19:23, 20:19, 21:3, 21:21, 21:25, 22:12, 23:2, 24:20, 26:4, 26:14, 26:17, 27:2, 27:10, 28:6, 28:25, 29:22, 30:10, 31:1, 31:12, 31:19, 33:17, 33:21, 34:22, 36:3,

36:25, 37:2, 37:7, 37:17, 38:1, 38:12, 38:18, 38:23, 40:3, 40:9, 41:21, 44:8, 45:7, 45:11, 47:8, 47:9, 47:17, 47:21, 47:25, 48:2, 48:16
**COURT'S** [1] - 47:6
**COURTHOUSE** [1] - 1:22
**COURTROOM** [3] - 3:8, 31:24, 40:16
**COVID-19** [1] - 39:24
**CRAZINESS** [1] - 46:21
**CRAZY** [1] - 44:4
**CREATE** [1] - 35:15
**CREATED** [1] - 35:16
**CREDIBILITY** [2] - 28:20, 29:23
**CREDIBLE** [5] - 29:20, 30:7, 31:7, 34:5, 34:20
**CREDITED** [1] - 31:16
**CRIMINAL** [3] - 20:13, 21:4, 40:16
**CRITICAL** [3] - 25:18, 35:22, 36:20
**CRITICALLY** [1] - 38:14
**CROSSED** [1] - 18:6
**CRUCIAL** [2] - 22:2, 31:19
**CUMMINGS** [40] - 2:2, 3:2, 3:6, 3:18, 3:19, 4:18, 6:16, 6:17, 7:12, 8:2, 9:1, 12:9, 12:19, 14:14, 14:22, 18:16, 18:18, 22:10, 22:13, 23:5, 24:20, 25:2, 26:7, 26:22, 29:8, 29:18, 30:4, 30:10, 30:19, 31:8, 32:3, 34:13, 38:21, 39:2, 42:13, 44:15, 47:4, 47:5, 47:15, 48:4
**CUT** [1] - 18:12

## D

**D-E-Y-N-E** [1] - 38:8
**D.A** [5] - 27:13, 28:15, 34:10, 34:25, 41:3
**D.A.'S** [9] - 3:6, 4:2, 8:11, 31:5, 32:23, 36:19, 38:24, 45:23, 46:16
**DATE** [2] - 11:23, 48:15

**DAY** [6] - 11:1, 11:19, 12:1, 42:16, 43:14, 44:3
**DAYS** [1] - 40:17
**DEAL** [1] - 43:11
**DEALING** [1] - 43:21
**DEALINGS** [1] - 34:11
**DECADES** [1] - 7:15
**DECEASED** [1] - 17:11
**DECIDED** [2] - 26:20, 29:5
**DECIDING** [2] - 33:7, 46:5
**DECISION** [11] - 26:9, 26:25, 27:12, 28:22, 29:14, 30:8, 30:9, 32:19, 34:25, 46:1, 46:25
**DECISION-MAKING** [1] - 32:19
**DECLARATION** [1] - 21:10
**DEDUCE** [1] - 14:25
**DEE** [1] - 7:14
**DEFENDANT** [4] - 12:17, 13:3, 40:21, 42:19
**DEFENDANTS** [1] - 43:10
**DEFENDER** [1] - 33:4
**DEFENDERS'** [1] - 24:10
**DEFENSE** [11] - 3:7, 4:3, 5:7, 17:8, 19:7, 20:14, 20:16, 21:4, 21:20, 35:13, 45:22
**DEFER** [1] - 18:16
**DEFINITELY** [1] - 15:8
**DEFINITIVELY** [2] - 14:23, 15:24
**DEGREE** [1] - 33:24
**DEJESUS** [3] - 11:25, 12:6, 13:11
**DELBALSO** [1] - 1:5
**DEPENDING** [1] - 15:11
**DEPENDS** [2] - 31:10
**DEPUTY** [1] - 3:8
**DESCRIBED** [1] - 21:15
**DETECTIVE** [5] - 33:3, 38:6, 38:7, 38:9, 42:7
**DETECTIVES** [11] - 7:24, 8:6, 15:23, 23:16, 25:21, 38:2, 38:19, 39:4, 39:6, 40:20, 41:4
**DETERIORATED** [2] -

28:18, 29:2
**DETERMINATION** [2] - 29:23, 31:6
**DETERMINE** [1] - 27:16
**DETERMINED** [1] - 30:1
**DEYNE** [6] - 38:7, 38:8, 38:9, 41:13, 41:18, 44:10
**DIAZ** [7] - 11:6, 11:14, 11:23, 16:7, 16:8, 16:13, 37:24
**DIAZ'S** [1] - 20:10
**DID** [30] - 12:12, 13:5, 13:11, 13:22, 13:23, 14:4, 14:18, 15:19, 19:1, 21:21, 21:22, 21:24, 22:20, 24:8, 26:5, 27:2, 28:10, 30:7, 33:1, 34:22, 36:11, 37:11, 37:14, 37:19, 37:21, 37:22, 39:23, 39:24, 40:1, 43:3
**DIDN'T** [3] - 34:9, 38:25, 39:8
**DIED** [1] - 41:18
**DIFFERENT** [4] - 28:4, 30:15, 42:9, 42:24
**DIFFICULT** [9] - 3:24, 7:2, 7:4, 17:10, 19:5, 19:18, 19:19, 19:21, 30:22
**DIGEST** [1] - 14:7
**DIGITIZED** [1] - 19:3
**DILIGENT** [1] - 31:2
**DIRECT** [2] - 3:13, 18:23
**DISAGREE** [1] - 12:18
**DISAGREEING** [1] - 34:24
**DISAGREES** [1] - 46:16
**DISCLOSED** [12] - 4:22, 4:23, 5:6, 14:6, 17:17, 20:14, 27:19, 35:7, 35:12, 35:25, 36:10, 36:17
**DISCLOSING** [1] - 24:4
**DISCOUNT** [1] - 30:23
**DISCOURSE** [1] - 28:1
**DISCOVERY** [10] - 17:14, 17:23, 24:7, 24:11, 24:24, 24:25, 25:3, 25:7, 26:14, 40:16
**DISCUSSED** [1] - 20:8
**DISCUSSION** [1] -

20:22
**DISTRICT** [14] - 1:1, 1:2, 1:6, 2:3, 5:4, 8:9, 19:2, 23:23, 26:1, 26:2, 29:4, 31:17, 32:17, 36:18
**DIVIDING** [1] - 40:6
**DO** [33] - 3:18, 7:16, 8:16, 9:2, 12:14, 18:13, 18:14, 18:19, 18:21, 18:22, 23:20, 24:22, 25:20, 26:12, 29:12, 29:19, 29:22, 30:6, 32:2, 33:12, 33:14, 33:22, 33:25, 34:2, 39:12, 39:14, 40:23, 40:25, 44:6, 45:12, 45:13, 46:17, 47:13
**DOCKET** [1] - 46:24
**DOCUMENT** [12] - 6:11, 6:13, 6:18, 8:17, 9:16, 9:18, 10:6, 11:15, 17:5, 17:22, 18:25
**DOCUMENTATION** [1] - 7:25
**DOCUMENTED** [1] - 8:6
**DOCUMENTS** [20] - 4:1, 4:2, 4:6, 4:7, 4:12, 4:13, 4:14, 4:19, 4:22, 5:6, 7:9, 7:22, 8:4, 11:20, 17:5, 17:18, 18:15, 45:11, 45:13
**DOES** [15] - 3:16, 6:6, 9:16, 13:6, 14:19, 15:2, 15:15, 24:22, 35:20, 41:23, 42:5, 42:10, 42:11, 44:22, 46:12
**DOING** [2] - 33:14, 34:12
**DON'T** [27] - 6:18, 9:2, 9:7, 12:20, 14:22, 15:9, 22:4, 22:5, 22:7, 23:10, 23:19, 31:8, 32:20, 33:13, 34:5, 34:14, 34:19, 34:23, 36:16, 37:23, 39:15, 41:1, 41:6, 41:7, 45:1, 45:6, 47:10
**DONE** [4] - 8:13, 8:14, 25:4, 43:25
**DONTIA** [3] - 27:10, 28:3
**DOUBT** [1] - 41:6
**DOWN** [7] - 3:23, 11:8,

17:1, 17:24, 29:17, 43:3
**DRAG** [1] - 16:2
**DRUG** [2] - 8:20, 43:21
**DUE** [2] - 35:21, 36:14
**DURING** [1] - 25:25

**E**

**E-MAIL** [2] - 9:7, 46:24
**EACH** [1] - 3:23
**EARLY** [1] - 24:9
**EASTERN** [1] - 1:2
**EASY** [3] - 41:2, 41:22, 44:23
**EGREGIOUS** [2] - 34:1, 46:6
**EIGHT** [3] - 19:25, 20:1, 20:3
**EITHER** [8] - 8:24, 9:25, 15:3, 15:11, 21:22, 37:10, 38:18, 40:11
**ELOQUENT** [1] - 32:16
**ELSA** [2] - 8:19, 9:21
**ELSE** [10] - 7:4, 16:4, 16:12, 30:21, 44:12, 44:13, 47:2, 47:17, 47:25
**EMERGENCY** [1] - 14:9
**EMPLOYEE** [1] - 29:6
**END** [4] - 39:15, 42:15, 44:3, 46:25
**ENFORCEMENT** [2] - 43:5, 43:8
**ENLIGHTENING** [1] - 43:18
**ENTIRE** [3] - 17:14, 21:14, 28:22
**ENTITLED** [2] - 34:7, 48:12
**ESCORTED** [1] - 28:2
**ESQUIRE** [3] - 1:16, 2:2, 2:3
**ESSENTIALLY** [2] - 8:16, 36:21
**ESTABLISHED** [1] - 40:5
**EVEN** [11] - 14:25, 24:13, 28:19, 29:17, 30:3, 30:14, 32:24, 33:25, 34:2, 36:9, 36:16
**EVENING** [1] - 48:5
**EVENT** [1] - 11:17
**EVENTUALLY** [1] - 24:15

**EVER** [7] - 7:17, 20:12, 23:21, 28:19, 32:21, 40:2, 45:1
**EVERY** [2] - 10:17, 17:15
**EVERYBODY** [1] - 39:6
**EVERYONE** [9] - 3:11, 3:12, 3:16, 7:3, 13:6, 15:2, 17:25, 24:23, 31:23
**EVERYTHING** [2] - 5:22, 35:7
**EVIDENCE** [20] - 7:17, 7:18, 12:24, 13:21, 16:11, 16:17, 16:21, 17:12, 20:9, 20:12, 22:21, 25:11, 25:14, 28:24, 29:20, 35:12, 35:21, 35:22, 35:25, 45:18
**EVIDENTLY** [1] - 14:14
**EVOLUTION** [1] - 26:25
**EXACT** [1] - 12:13
**EXACTLY** [1] - 14:2
**EXAMPLE** [3] - 17:6, 32:12, 40:11
**EXCEPT** [2] - 5:22, 20:22
**EXCULPATORY** [13] - 14:5, 16:11, 16:17, 16:21, 19:6, 20:12, 20:23, 22:6, 23:8, 25:11, 27:7, 27:18, 28:9
**EXCUSE** [1] - 36:25
**EXHAUSTIVE** [1] - 7:16
**EXHIBITS** [1] - 18:20
**EXPECT** [1] - 20:15
**EXPERIENCE** [1] - 27:4
**EXPLAIN** [2] - 11:21, 18:17
**EXPLANATION** [22] - 11:2, 12:6, 23:10, 26:21, 29:7, 30:1, 30:3, 30:14, 30:16, 30:23, 31:4, 31:7, 32:1, 34:1, 34:3, 34:9, 35:1, 38:19, 39:1, 39:12, 41:5, 43:3
**EXTENSIVE** [1] - 20:21
**EXTENSIVELY** [1] - 22:16
**EXTRAORDINARY** [1]

- 33:22
**EYE** [1] - 14:4
**EYEWITNESS** [6] -
16:20, 20:10, 37:25,
43:20, 44:11, 44:13

## F

**FACIE** [1] - 35:13
**FACT** [15] - 7:13, 7:17,
8:6, 8:8, 13:2, 13:3,
13:4, 14:8, 14:24,
17:10, 19:2, 22:24,
32:9, 34:19, 36:10
**FACTOR** [1] - 33:7
**FACTORS** [1] - 29:13
**FACTS** [6] - 30:15,
31:11, 35:12, 35:22,
40:8, 42:17
**FAILURE** [1] - 21:19
**FAIR** [1] - 21:25
**FAIRLY** [1] - 39:12
**FALL** [1] - 44:25
**FAMILIAR** [1] - 21:3
**FAMILY** [4] - 8:20,
43:15, 43:22, 43:23
**FAR** [7] - 12:12, 24:3,
25:4, 25:8, 36:9,
44:24, 46:4
**FCRR** [1] - 1:21
**FEDERAL** [1] - 40:3
**FEEL** [3] - 9:7, 26:24,
39:24
**FEELS** [1] - 41:5
**FEINBERG** [51] - 1:16,
1:16, 3:6, 4:9, 4:10,
4:25, 9:9, 9:16, 10:2,
10:8, 11:4, 11:11,
11:22, 13:7, 13:19,
15:5, 16:6, 16:17,
16:18, 16:24, 17:3,
17:9, 17:19, 18:1,
18:8, 18:13, 18:14,
19:3, 19:5, 19:8,
19:12, 19:15, 19:18,
21:24, 22:1, 22:16,
22:19, 35:3, 37:1,
37:4, 37:5, 37:12,
37:23, 38:5, 38:17,
40:4, 41:11, 45:9,
47:25, 48:1
**FEINBERG'S** [2] -
6:19, 40:9
**FELT** [4] - 28:22,
32:11, 39:20, 40:6
**FIGHT** [1] - 24:14
**FIGURE** [3] - 14:17,
31:24, 39:17
**FILE** [16] - 11:3, 17:14,
19:1, 19:2, 21:14,

21:16, 21:23, 22:8,
22:18, 26:1, 26:3,
30:25, 31:16, 35:18,
40:3, 45:23
**FILED** [3] - 17:15,
21:6, 39:23
**FILES** [1] - 18:17
**FILLED** [1] - 23:15
**FIND** [10] - 3:14, 9:19,
16:11, 28:11, 30:7,
30:22, 39:15, 41:22,
43:5, 43:15
**FINDING** [1] - 27:17
**FINGERS** [1] - 28:10
**FIRM** [1] - 29:6
**FIRST** [13] - 3:25, 7:5,
11:4, 12:25, 13:7,
13:22, 17:12, 20:6,
20:7, 22:22, 33:24,
41:12, 43:15
**FIT** [1] - 34:18
**FIVE** [1] - 22:5
**FOCUS** [3] - 14:3,
41:15, 44:8
**FOLKS** [4] - 9:6, 16:3,
31:25, 45:7
**FOLLOW** [1] - 13:24
**FOLLOWED** [1] - 8:10
**FOLLOWING** [2] -
12:1, 12:20
**FOOTNOTE** [1] - 27:3
**FOR** [43] - 1:2, 2:5,
3:6, 3:15, 3:23, 4:15,
5:22, 6:4, 7:4, 7:15,
8:23, 9:12, 11:1,
11:2, 11:20, 12:1,
12:6, 12:7, 17:3,
17:20, 23:18, 24:11,
26:21, 27:9, 29:3,
29:6, 33:18, 34:6,
35:5, 36:23, 37:5,
38:19, 38:25, 39:9,
40:21, 41:4, 42:1,
42:21, 43:3, 43:24,
45:15, 46:15, 48:3
**FOREGOING** [1] -
48:10
**FORGIVE** [1] - 10:14
**FORM** [1] - 11:14
**FORMAL** [2] - 23:17,
25:10
**FORMER** [2] - 26:6,
29:6
**FORWARD** [1] - 31:22
**FOUND** [2] - 19:1,
35:23
**FOUR** [2] - 22:4, 32:12
**FREDDY** [13] - 14:11,
14:12, 14:13, 14:14,
14:23, 15:3, 15:7,

15:8, 15:9, 15:15,
15:16, 15:17
**FREE** [2] - 36:13, 40:5
**FREE-STANDING** [2] -
36:13, 40:5
**FROM** [35] - 3:6, 4:6,
8:4, 13:25, 16:18,
20:11, 22:8, 22:24,
23:17, 23:25, 25:21,
28:15, 30:24, 31:1,
31:4, 31:5, 31:14,
31:16, 32:6, 32:14,
33:17, 34:3, 34:9,
34:17, 35:1, 39:2,
39:3, 39:4, 41:8,
44:8, 45:15, 46:19,
47:10, 48:11
**FRONT** [10] - 3:12,
3:16, 7:10, 7:17, 9:2,
18:18, 18:21, 34:23,
39:15, 43:6
**FRUSTRATING** [1] -
26:18
**FUENTES** [4] - 5:23,
6:2, 38:11, 38:12
**FULLY** [1] - 35:6
**FUNDAMENTALLY**
[1] - 20:12
**FURTHER** [2] - 46:14,
46:17
**FUSS** [1] - 24:11

## G

**GAETA** [23] - 2:3, 3:2,
3:4, 3:5, 4:17, 5:2,
5:8, 5:17, 6:1, 6:5,
9:2, 9:5, 9:12, 14:21,
18:9, 18:16, 18:22,
25:17, 31:13, 36:6,
47:17, 47:19, 47:23
**GALLAGHER** [1] -
18:6
**GATHERED** [1] -
30:24
**GENERAL** [1] - 1:8
**GENTLEMAN** [1] -
46:19
**GET** [26] - 3:12, 3:13,
6:13, 10:12, 14:9,
14:18, 17:2, 22:24,
23:17, 26:17, 28:10,
33:8, 33:9, 34:9,
34:25, 41:22, 42:18,
42:21, 43:11, 43:12,
45:1, 45:7, 46:19,
46:20, 46:23, 47:7
**GETS** [2] - 36:1, 40:16
**GETTING** [1] - 40:2
**GILSON** [3] - 32:13,

32:14, 32:20
**GIVE** [8] - 8:24, 23:9,
26:24, 29:12, 30:2,
40:19, 43:6, 46:24
**GIVEN** [2] - 33:15,
40:7
**GIVES** [2] - 30:17,
42:1
**GIVING** [3] - 34:4,
41:5, 43:8
**GLOBAL** [1] - 42:22
**GO** [13] - 5:15, 7:5,
13:7, 17:25, 20:1,
22:9, 26:11, 29:5,
31:22, 38:23, 39:9,
43:5
**GO-ROUND** [1] - 7:5
**GOES** [3] - 7:3, 10:20,
18:10
**GOING** [23] - 7:13,
9:1, 10:13, 10:22,
11:18, 17:4, 17:7,
19:5, 30:13, 30:17,
31:22, 33:12, 34:8,
40:3, 42:8, 42:22,
43:3, 43:19, 44:12,
45:7, 46:1, 46:17,
46:24
**GOLDBERG** [1] - 1:12
**GONE** [1] - 43:7
**GOOD** [3] - 32:21,
39:12, 48:5
**GORDON** [1] - 15:24
**GOT** [6] - 18:18,
24:15, 28:2, 32:21,
33:5, 47:9
**GRAND** [21] - 7:8,
7:10, 7:11, 7:15,
7:18, 7:23, 8:1, 8:7,
8:12, 8:14, 8:16,
9:20, 10:6, 10:9,
22:23, 22:24, 23:4,
23:6, 23:11, 43:1,
43:7
**GRANDMOTHER** [1] -
47:23
**GRANTING** [1] - 46:14
**GREAT** [2] - 31:12,
43:16
**GUARANTEE** [1] -
21:16
**GUESS** [1] - 7:23
**GUIDE** [2] - 4:17, 4:18
**GUN** [2] - 12:8, 15:19
**GUYS** [1] - 10:23

## H

**HABEAS** [3] - 35:10,
36:2, 46:10

**HAD** [28] - 8:7, 8:8,
12:19, 14:18, 17:24,
21:6, 22:16, 22:24,
22:25, 24:12, 24:16,
27:18, 27:23, 27:25,
28:1, 28:7, 28:24,
31:15, 31:17, 32:15,
35:24, 36:10, 38:10,
40:4, 40:20, 43:18,
43:20, 44:21
**HALF** [1] - 40:14
**HAND** [1] - 43:8
**HANDLE** [2] - 14:9,
14:10
**HANDS** [1] - 43:25
**HANDWRITING** [1] -
18:6
**HANDWRITTEN** [1] -
10:9
**HANG** [1] - 47:3
**HANGING** [2] - 19:4,
24:23
**HAPPEN** [2] - 44:5,
44:6
**HAPPENED** [5] -
24:10, 24:13, 24:14,
42:6, 44:6
**HAPPY** [3] - 13:7,
21:1, 21:10
**HARD** [3] - 12:20,
22:7, 22:15
**HAS** [16] - 7:3, 7:14,
7:15, 7:19, 10:21,
22:19, 27:6, 27:7,
30:14, 32:22, 35:19,
36:21, 40:21, 40:23,
44:2, 44:19
**HAVE** [105] - 3:5, 3:7,
3:8, 3:10, 3:16, 5:5,
6:3, 6:4, 6:6, 6:14,
6:18, 6:25, 7:6, 8:11,
9:2, 9:7, 9:19, 11:21,
14:7, 14:10, 14:19,
15:15, 15:19, 15:23,
16:8, 17:12, 17:21,
18:13, 18:19, 18:21,
20:5, 20:6, 20:12,
21:17, 21:18, 21:21,
21:22, 22:3, 22:4,
23:10, 23:14, 23:20,
24:22, 25:20, 26:7,
26:24, 27:5, 27:6,
27:9, 28:12, 29:21,
29:23, 29:25, 30:2,
30:24, 31:2, 31:21,
31:23, 32:5, 32:9,
32:10, 32:11, 32:20,
33:1, 33:13, 33:19,
35:5, 35:7, 35:21,
35:23, 35:25, 36:6,

36:11, 37:9, 38:4, 39:22, 40:15, 40:25, 41:3, 41:4, 41:17, 41:23, 41:25, 42:1, 42:2, 42:3, 42:5, 42:7, 42:11, 42:13, 42:17, 42:23, 44:4, 44:11, 44:14, 44:20, 44:22, 45:5, 47:1, 47:10, 48:4
**HAVING** [1] - 28:21
**HE** [54] - 9:3, 10:16, 10:19, 10:20, 10:21, 11:9, 11:12, 12:7, 13:15, 13:17, 13:22, 14:19, 15:4, 15:6, 15:16, 15:17, 16:14, 21:7, 21:9, 21:12, 22:17, 23:4, 28:2, 28:7, 28:13, 30:1, 30:5, 30:6, 30:17, 30:20, 31:19, 32:22, 32:23, 33:6, 34:5, 35:17, 35:23, 35:24, 36:11, 37:15, 39:13, 41:13, 41:14, 44:25, 46:19
**HE'S** [1] - 32:21
**HEAD** [5] - 9:8, 23:2, 33:19, 43:12, 44:2
**HEADED** [1] - 23:6
**HEAR** [3] - 6:5, 12:12, 31:4
**HEARD** [3] - 11:18, 30:3, 35:8
**HEARING** [6] - 3:1, 30:18, 32:6, 33:25, 34:3, 48:6
**HEAVY** [1] - 32:19
**HELP** [3] - 9:3, 9:10, 44:10
**HELPED** [1] - 7:16
**HELPFUL** [4] - 6:22, 6:24, 21:11, 47:2
**HER** [7] - 7:19, 16:1, 23:16, 23:17, 25:9, 43:18, 43:23
**HERE** [6] - 17:2, 24:21, 31:21, 35:17, 36:4, 37:7
**HERIBERTO** [1] - 15:14
**HERNANDEZ** [8] - 10:16, 10:21, 11:5, 11:8, 11:11, 13:3, 16:5, 16:13
**HEY** [1] - 40:20
**HIGH** [1] - 46:3
**HIGHLIGHTS** [1] - 4:21

**HIM** [11] - 10:22, 13:16, 26:6, 27:1, 28:15, 30:5, 32:21, 33:12, 34:11, 41:8, 44:10
**HIS** [17] - 8:18, 9:21, 13:22, 15:10, 15:17, 21:8, 30:3, 30:21, 36:11, 40:4, 40:5, 42:2, 43:25, 44:24, 46:10, 46:20
**HISTORICAL** [3] - 23:22, 32:17, 32:21
**HISTORY** [1] - 20:24
**HOLD** [4] - 3:14, 17:2, 17:19
**HOLE** [1] - 34:19
**HOMICIDE** [11] - 8:6, 8:19, 15:24, 15:25, 23:16, 24:13, 25:21, 27:13, 32:22, 33:3
**HONESTLY** [1] - 33:13
**HONESTY** [1] - 21:8
**HONOR** [19] - 4:11, 9:5, 11:4, 11:22, 16:19, 17:9, 18:8, 18:15, 18:23, 20:5, 26:22, 31:13, 35:17, 36:8, 36:16, 36:21, 37:6, 37:15, 48:1
**HONOR'S** [1] - 35:8
**HONORABLE** [1] - 1:12
**HOPE** [1] - 33:19
**HOPEFULLY** [1] - 46:25
**HOURS** [1] - 32:13
**HOW** [11] - 3:3, 17:4, 17:7, 29:22, 31:21, 34:8, 34:14, 36:17, 43:2, 44:4, 45:16
**HOWEVER** [3] - 25:7, 35:7, 39:18
**HYPOTHETICAL** [1] - 35:16

## I

**I'M** [60] - 4:3, 5:24, 8:22, 9:1, 10:13, 10:22, 11:7, 11:18, 12:3, 12:23, 13:4, 13:7, 14:7, 14:16, 16:14, 18:1, 18:2, 18:3, 20:1, 23:5, 23:12, 24:20, 24:21, 24:25, 25:7, 25:12, 28:25, 29:9, 30:4, 30:8, 30:13, 30:18, 30:19, 30:20, 31:20,

33:18, 33:22, 34:11, 34:12, 34:13, 34:24, 35:6, 36:4, 37:17, 38:13, 41:6, 42:7, 42:8, 42:21, 43:19, 45:1, 45:12, 46:1, 46:2, 46:4, 46:7, 46:17, 46:18, 46:24, 47:13
**I'VE** [1] - 18:18
**I.D** [2] - 37:10, 37:20
**I.D'ED** [2] - 10:16, 10:21
**I.D.'S** [1] - 16:14
**IDEA** [3] - 23:17, 40:18, 41:23
**IDEALLY** [1] - 39:13
**IDENTIFICATION** [1] - 16:12
**IDENTIFIED** [3] - 11:12, 20:3, 27:9
**IDENTIFY** [2] - 13:15, 37:14
**IDENTIFYING** [2] - 16:20, 17:16
**IF** [56] - 3:10, 3:12, 3:13, 3:19, 3:22, 6:16, 6:21, 7:12, 7:16, 8:2, 9:3, 9:6, 11:13, 12:3, 12:13, 14:16, 16:10, 17:25, 19:12, 20:4, 20:14, 21:2, 21:10, 21:15, 25:17, 28:18, 29:10, 29:15, 29:17, 30:4, 30:20, 31:9, 31:13, 31:22, 31:24, 32:21, 33:10, 33:11, 34:9, 34:14, 35:11, 35:24, 35:25, 36:6, 36:8, 36:9, 36:16, 39:22, 40:20, 41:11, 43:15, 45:3, 45:23, 46:2
**IMMEDIATE** [1] - 35:8
**IMPORTANT** [8] - 10:5, 10:24, 23:7, 23:22, 32:8, 36:22, 42:17, 45:18
**IN** [158] - 1:1, 3:12, 3:16, 3:24, 4:1, 4:5, 4:7, 4:16, 5:3, 5:11, 6:25, 7:4, 7:10, 7:13, 7:14, 7:15, 7:16, 7:17, 8:8, 8:10, 8:12, 8:13, 8:24, 9:2, 10:3, 10:23, 11:2, 11:17, 11:20, 12:15, 12:24, 13:2, 13:3, 13:4, 13:22, 14:15, 14:18, 14:20, 14:24, 17:10,

17:15, 17:16, 18:6, 18:18, 18:21, 19:1, 19:2, 19:19, 19:24, 20:13, 20:16, 20:17, 20:18, 20:19, 21:5, 21:7, 21:10, 21:15, 21:16, 21:20, 22:18, 22:20, 22:23, 23:2, 23:12, 24:2, 24:3, 24:6, 24:17, 24:18, 25:8, 25:10, 25:11, 25:12, 25:14, 26:2, 26:9, 27:3, 27:4, 27:5, 27:9, 27:11, 27:12, 27:22, 27:24, 28:1, 28:5, 28:21, 28:23, 29:1, 29:13, 30:2, 30:11, 30:13, 30:15, 30:24, 31:9, 31:23, 32:7, 32:8, 32:9, 32:10, 32:13, 32:16, 32:17, 32:19, 32:23, 32:24, 33:7, 33:8, 33:15, 33:19, 34:18, 34:23, 35:10, 35:11, 35:16, 35:18, 35:19, 36:10, 36:11, 36:18, 36:20, 37:8, 37:12, 38:6, 38:9, 39:4, 39:6, 39:13, 39:15, 39:18, 39:23, 40:3, 40:7, 40:15, 40:16, 40:21, 41:14, 41:15, 41:18, 43:4, 43:6, 43:10, 44:2, 44:7, 44:16, 44:19, 45:17, 45:23, 46:13, 46:15, 46:20, 46:21, 48:11
**INCLUDE** [1] - 6:7
**INCLUDED** [3] - 5:5, 21:16, 25:24
**INCLUDING** [1] - 13:25
**INCOMPLETE** [2] - 22:3, 26:19
**INCONSISTENT** [1] - 14:2
**INCORRECT** [1] - 12:4
**INCORRECTLY** [1] - 12:21
**INCREDIBLE** [1] - 30:2
**INCREDIBLY** [1] - 22:20
**INDEED** [1] - 14:19
**INDEPENDENT** [3] - 31:6, 46:17, 46:18
**INDICATE** [1] - 23:10
**INDICATED** [4] - 13:1,

14:1, 15:6, 33:12
**INDICATES** [1] - 9:19
**INDICATING** [1] - 36:22
**INDIVIDUAL** [2] - 15:8, 31:11
**INDULGENCE** [1] - 47:6
**INEFFECTIVE** [3] - 35:14, 36:1, 37:3
**INEFFECTIVENESS** [1] - 21:19
**INFORMATION** [36] - 10:22, 10:24, 12:15, 14:2, 14:5, 14:16, 14:19, 16:4, 17:17, 19:6, 20:23, 21:20, 22:2, 22:6, 23:8, 23:14, 26:19, 27:8, 27:18, 27:19, 28:8, 30:23, 31:18, 35:6, 35:24, 36:9, 36:11, 36:20, 36:22, 39:5, 39:7, 40:10, 45:8, 45:20, 46:3, 46:23
**INITIALLY** [1] - 38:5
**INKLING** [1] - 42:5
**INNOCENCE** [2] - 39:10, 40:6
**INQUIRED** [1] - 28:6
**INQUIRY** [1] - 46:14
**INSIDE** [1] - 11:9
**INSTEAD** [1] - 39:9
**INTEGRITY** [1] - 27:5
**INTENT** [1] - 29:11
**INTERESTED** [1] - 43:10
**INTERRUPT** [2] - 8:22, 24:21
**INTERVIEW** [2] - 11:24, 12:6
**INTERVIEWED** [3] - 23:3, 23:4, 26:6
**INTERVIEWS** [1] - 41:14
**INTO** [4] - 27:16, 34:18, 41:15, 46:7
**INTRODUCED** [1] - 7:24
**INVESTIGATE** [3] - 8:18, 9:21, 39:14
**INVESTIGATED** [1] - 32:10
**INVESTIGATING** [1] - 8:7
**INVESTIGATION** [18] - 4:16, 8:16, 9:12, 9:20, 10:9, 11:23, 17:13, 23:11, 25:13, 27:16, 30:24, 37:13,

38:7, 40:7, 41:19, 43:2, 43:14, 45:2
**INVOLVED** [3] - 27:19, 33:5, 40:15
**IRON** [1] - 1:17
**IS** [217] - 3:3, 3:19, 3:24, 3:25, 4:1, 4:9, 4:11, 4:19, 4:21, 5:2, 5:8, 5:11, 6:4, 6:8, 6:13, 6:17, 7:8, 7:9, 7:11, 7:13, 7:25, 8:3, 8:5, 8:11, 8:12, 8:15, 8:18, 9:9, 9:11, 9:13, 9:20, 9:22, 10:5, 10:6, 10:8, 10:17, 10:21, 10:24, 11:1, 11:2, 11:9, 11:11, 11:19, 11:20, 12:3, 12:5, 12:8, 14:3, 14:4, 14:5, 14:11, 14:12, 14:13, 14:14, 14:20, 14:24, 14:25, 15:3, 15:4, 15:8, 15:10, 15:12, 15:20, 15:22, 15:25, 16:1, 16:6, 16:16, 16:21, 17:3, 17:10, 17:11, 17:12, 17:18, 18:6, 18:7, 18:11, 18:12, 18:19, 18:24, 18:25, 19:6, 19:10, 19:11, 19:13, 19:19, 19:23, 19:24, 20:7, 20:8, 20:11, 20:16, 20:17, 20:18, 20:19, 20:21, 20:22, 21:1, 21:2, 21:3, 21:13, 22:3, 22:6, 22:8, 22:22, 23:1, 23:2, 23:4, 23:5, 23:7, 23:13, 23:14, 23:15, 23:20, 23:22, 24:10, 24:23, 24:25, 25:3, 25:11, 25:13, 25:20, 25:22, 25:24, 25:25, 26:13, 26:14, 26:17, 26:19, 27:2, 27:6, 27:15, 28:16, 28:18, 28:20, 29:9, 29:17, 29:18, 30:6, 30:14, 30:17, 30:18, 30:19, 31:7, 31:9, 31:19, 31:25, 32:1, 32:6, 32:12, 32:16, 33:16, 33:17, 33:22, 34:1, 34:5, 34:6, 34:8, 34:13, 34:16, 34:19, 34:20, 34:23, 35:9, 35:10, 35:11, 35:17, 35:20, 36:2, 36:3, 36:13, 36:14, 36:21, 37:8,

37:11, 37:23, 38:10, 38:14, 39:17, 40:17, 41:1, 41:13, 41:15, 41:19, 42:14, 42:16, 42:18, 42:19, 43:5, 44:9, 44:19, 44:20, 44:23, 44:25, 45:18, 45:23, 46:3, 46:9, 46:12, 47:12, 48:10
**ISN'T** [2] - 31:3, 31:5
**ISSUE** [6] - 22:11, 24:5, 24:8, 25:25, 31:24, 42:8
**ISSUED** [2] - 11:1, 11:20
**ISSUES** [2] - 23:12, 28:20
**IT** [109] - 3:3, 3:19, 6:21, 7:22, 8:10, 8:13, 8:14, 8:17, 8:18, 8:25, 9:24, 10:7, 11:8, 11:14, 11:25, 12:21, 12:22, 14:8, 14:9, 14:10, 17:10, 17:24, 18:5, 18:12, 18:21, 19:3, 19:10, 19:13, 19:14, 20:11, 20:15, 20:17, 20:18, 20:19, 21:11, 22:3, 22:5, 22:25, 23:2, 23:4, 23:15, 23:19, 24:7, 25:8, 28:9, 28:12, 28:14, 29:15, 30:7, 30:14, 30:17, 30:22, 31:3, 31:5, 31:7, 31:10, 31:16, 31:24, 32:4, 33:3, 33:5, 33:16, 33:19, 33:20, 34:6, 34:15, 34:16, 34:17, 34:18, 34:19, 35:18, 35:20, 37:21, 37:22, 38:14, 38:16, 39:21, 40:10, 40:11, 40:12, 40:13, 40:19, 41:5, 41:8, 41:22, 42:9, 42:15, 42:19, 43:13, 43:19, 44:3, 44:6, 44:22, 45:3, 45:5, 45:8, 45:20, 45:21, 45:22, 46:12, 47:6, 47:12, 47:13, 47:24
**IT'S** [23] - 4:4, 7:1, 7:4, 14:3, 14:7, 15:12, 16:19, 19:5, 19:18, 19:19, 19:21, 22:7, 26:18, 29:5, 29:10, 36:15, 41:2, 41:21, 44:3, 46:15, 47:14, 47:24

**ITEM** [1] - 20:2
**ITEMS** [3] - 6:14, 19:25, 45:9
**ITS** [2] - 25:11, 39:21

## J

**JAIL** [1] - 40:21
**JFEINBERG@ KRLAWPHILA. COM** [1] - 1:19
**JOB** [3] - 31:3, 31:5, 34:6
**JOHN** [1] - 18:6
**JOINT** [1] - 45:16
**JONATHAN** [3] - 1:16, 4:9, 9:9
**JOSE** [2] - 11:24, 13:11
**JUDGE** [42] - 3:18, 4:5, 4:9, 6:8, 6:16, 7:12, 8:2, 9:1, 13:19, 18:9, 19:12, 19:15, 20:18, 22:10, 22:25, 23:5, 24:16, 25:2, 25:17, 26:7, 28:10, 29:8, 30:4, 30:11, 31:8, 32:3, 33:20, 35:3, 35:23, 38:9, 38:22, 39:2, 41:2, 41:11, 42:13, 43:19, 44:14, 44:18, 45:22, 47:5, 47:15, 47:19
**JUMPED** [1] - 15:22
**JURY** [21] - 7:8, 7:10, 7:11, 7:15, 7:18, 7:23, 8:1, 8:7, 8:12, 8:14, 8:16, 9:20, 10:6, 10:9, 22:23, 22:25, 23:4, 23:6, 23:11, 43:1, 43:7
**JUST** [39] - 3:11, 5:9, 7:1, 7:5, 9:5, 11:17, 12:19, 14:6, 14:10, 16:25, 17:5, 22:7, 22:17, 23:3, 26:11, 26:13, 26:24, 28:14, 28:18, 28:20, 29:16, 30:5, 30:20, 31:20, 32:15, 34:25, 36:4, 37:21, 38:14, 39:3, 40:8, 41:11, 41:23, 42:10, 43:11, 45:14, 47:1, 47:5

## K

**KAIRYS** [1] - 1:16
**KEEP** [2] - 45:12, 47:21

**KEPT** [2] - 42:16, 42:25
**KEY** [5] - 26:18, 37:24, 38:6, 41:13
**KILL** [2] - 10:23, 11:19
**KIND** [5] - 26:25, 29:12, 40:6, 42:22, 43:1
**KNOW** [28] - 7:14, 13:9, 22:5, 22:7, 23:19, 25:8, 27:25, 29:22, 30:11, 31:20, 33:15, 33:18, 34:14, 34:18, 36:16, 38:14, 39:13, 40:11, 40:21, 41:1, 41:6, 41:7, 41:21, 44:2, 44:3, 44:6, 46:7, 46:16
**KNOWN** [1] - 43:21
**KNOWS** [1] - 7:2

## L

**LAID** [1] - 40:8
**LARGELY** [1] - 27:19
**LAST** [5] - 10:12, 10:15, 10:16, 38:8, 47:10
**LATE** [2] - 24:3, 47:10
**LATER** [2] - 35:23, 38:6
**LAW** [10] - 3:9, 4:20, 5:2, 8:15, 14:15, 14:20, 14:24, 29:6, 43:5, 43:8
**LAWS** [1] - 14:18
**LAWYER** [6] - 29:3, 30:12, 30:14, 30:15, 40:15
**LAWYERS** [5] - 4:8, 12:12, 12:14, 34:24, 46:7
**LEARNED** [1] - 32:14
**LEAST** [6] - 13:8, 16:10, 25:4, 33:3, 41:9, 43:23
**LEAVING** [1] - 33:18
**LEFT** [1] - 44:4
**LENGTH** [1] - 43:17
**LENS** [1] - 42:24
**LET** [11] - 3:22, 5:1, 5:9, 7:5, 7:13, 8:22, 35:2, 36:5, 37:7, 38:23, 41:10
**LET'S** [5] - 9:24, 11:17, 17:5, 19:8, 35:15
**LETTER** [12] - 17:23, 18:4, 18:12, 19:23, 22:3, 22:4, 22:9,

24:24, 24:25, 35:18, 40:12, 45:17
**LETTERS** [2] - 17:15, 25:4
**LEVEL** [3] - 22:21, 25:13, 40:20
**LIGHT** [1] - 17:10
**LIGHTLY** [1] - 30:8
**LIKE** [17] - 9:7, 14:8, 19:13, 22:8, 26:24, 28:22, 32:4, 37:21, 39:14, 41:5, 41:8, 44:3, 44:5, 44:6, 46:12, 47:10
**LIKELIHOOD** [1] - 46:4
**LIKELY** [1] - 31:17
**LIN** [1] - 1:16
**LIST** [9] - 4:21, 6:14, 25:20, 25:22, 25:24, 45:9, 45:11, 45:13
**LISTED** [2] - 17:18, 20:6
**LISTEN** [1] - 30:13
**LISTS** [1] - 6:19
**LITIGATION** [1] - 20:20
**LITTLE** [3] - 26:11, 39:16, 40:19
**LIVING** [1] - 43:16
**LLP** [1] - 1:16
**LOGICAL** [2] - 3:25, 4:4
**LONG** [1] - 22:15
**LONGER** [1] - 24:2
**LOOK** [14] - 10:7, 11:13, 12:5, 19:8, 19:23, 20:2, 23:22, 24:16, 24:18, 34:9, 37:7, 42:23, 45:25, 46:12
**LOOKED** [2] - 22:17, 27:6
**LOOKING** [10] - 9:12, 16:1, 17:14, 18:5, 18:7, 19:9, 26:15, 34:17, 39:4, 42:21
**LOOKS** [1] - 19:13
**LOSING** [1] - 24:21
**LOST** [1] - 33:17
**LOT** [7] - 12:24, 14:7, 19:13, 24:6, 24:23, 42:14, 46:13
**LOUD** [1] - 41:24
**LOW** [1] - 27:25

## M

**MADE** [6] - 21:17, 26:9, 27:12, 28:22,

29:23, 40:10
**MAIL** [2] - 9:7, 46:24
**MAIN** [4] - 9:25, 10:3, 11:15, 38:2
**MAKE** [10] - 14:6, 14:10, 20:21, 30:8, 31:6, 35:9, 38:4, 42:22, 45:20, 46:1
**MAKES** [1] - 44:4
**MAKING** [2] - 29:13, 32:19
**MANDATED** [1] - 8:15
**MANUEL** [1] - 15:11
**MANY** [1] - 19:19
**MARCH** [3] - 10:16, 10:25, 11:23
**MARIA** [7] - 16:1, 16:15, 20:9, 23:10, 25:8, 25:19, 25:23
**MARIE** [2] - 13:25, 23:13
**MARK** [2] - 32:13, 32:14
**MARKET** [1] - 1:22
**MARTINEZ** [24] - 1:3, 4:15, 4:16, 11:1, 11:20, 11:25, 12:7, 13:4, 13:13, 21:20, 35:24, 36:23, 39:10, 39:25, 40:24, 42:4, 42:6, 42:18, 44:9, 44:20, 44:22, 44:23, 46:9
**MARTINEZ'S** [2] - 9:22, 36:14
**MASSA** [2] - 5:12, 5:18
**MATERIAL** [1] - 21:15
**MATERIALS** [3] - 17:17, 21:17, 37:8
**MATTER** [4] - 17:15, 30:16, 35:20, 48:12
**MAY** [18] - 5:5, 6:16, 7:12, 8:2, 11:12, 18:5, 19:12, 21:3, 22:10, 25:17, 26:20, 31:7, 31:13, 32:3, 32:7, 32:8, 35:3, 47:1
**MAYBE** [6] - 9:12, 32:15, 34:14, 44:23, 45:17, 47:6
**MCKEE** [4] - 4:5, 35:23, 44:18, 45:22
**MCKEE'S** [2] - 20:18, 38:9
**ME** [58] - 3:11, 3:22, 4:25, 5:1, 5:9, 7:4, 7:5, 8:22, 8:24, 9:3, 9:6, 10:14, 12:3,

12:13, 12:19, 12:25, 14:13, 14:16, 15:22, 17:22, 18:3, 18:12, 18:19, 21:7, 21:9, 21:12, 21:14, 22:9, 26:23, 29:18, 30:5, 30:13, 30:16, 30:20, 32:1, 32:25, 33:6, 33:23, 33:25, 34:2, 34:4, 34:10, 34:24, 35:2, 36:5, 36:25, 37:7, 38:3, 38:23, 40:19, 41:10, 42:12, 45:8, 45:14, 45:16, 45:21, 46:23
**MEAN** [11] - 15:21, 21:25, 22:5, 30:16, 34:6, 34:8, 40:14, 41:3, 41:7, 42:7, 46:2
**MEETING** [1] - 32:13
**MEMORANDUM** [2] - 4:20, 5:2
**MEMORIALIZED** [3] - 25:9, 25:10, 25:12
**MEMORY** [6] - 21:8, 29:18, 30:6, 30:21, 32:22, 40:25
**MENTION** [4] - 20:16, 20:17, 20:18, 20:19
**MENTIONED** [6] - 11:5, 20:5, 22:20, 43:13, 45:21, 45:22
**MESSING** [1] - 1:16
**MET** [2] - 27:23, 32:21
**MICHAEL** [2] - 5:12, 5:18
**MIDDLE** [1] - 39:23
**MIDNIGHT** [1] - 47:11
**MIGEL** [1] - 15:11
**MIGHT** [8] - 4:18, 9:10, 11:5, 14:25, 34:15, 34:18, 44:20, 47:5
**MIGUEL** [3] - 38:7, 38:8, 41:18
**MIND** [2] - 46:5, 46:16
**MINE** [1] - 18:10
**MINUTE** [2] - 17:2, 33:18
**MISPRONOUNCE** [1] - 47:24
**MISPRONOUNCING** [1] - 47:22
**MISS** [3] - 23:6, 37:11, 37:22
**MISSED** [1] - 11:3
**MISSING** [1] - 25:1
**MITCHELL** [1] - 1:12
**MOMENT** [1] - 9:5

**MORE** [10] - 19:14, 19:21, 27:17, 27:18, 29:16, 32:24, 39:10, 39:22, 40:19, 45:24
**MORNING** [2] - 47:7, 47:12
**MOST** [7] - 20:11, 22:1, 22:2, 23:8, 36:22, 45:18
**MOTION** [1] - 21:18
**MOTIVE** [3] - 20:11, 37:25, 42:1
**MOUTH** [1] - 29:1
**MOVE** [3] - 35:2, 36:8, 41:10
**MR** [117] - 3:2, 3:4, 3:6, 3:7, 4:9, 4:15, 4:16, 4:17, 4:25, 5:2, 5:8, 5:17, 6:1, 6:5, 6:19, 9:2, 9:5, 9:9, 9:12, 9:16, 9:22, 10:2, 10:8, 10:21, 11:1, 11:4, 11:11, 11:22, 13:3, 13:4, 13:7, 13:13, 13:19, 13:21, 13:22, 13:23, 14:1, 14:21, 15:5, 15:6, 16:6, 16:17, 16:18, 16:24, 17:3, 17:9, 17:19, 18:1, 18:8, 18:9, 18:13, 18:14, 18:16, 18:22, 19:3, 19:4, 19:8, 19:12, 19:15, 19:18, 21:3, 21:7, 21:20, 21:22, 21:24, 22:1, 22:16, 22:19, 25:17, 26:10, 27:7, 27:17, 27:23, 27:24, 28:1, 28:19, 29:17, 29:18, 29:24, 29:25, 31:13, 31:15, 31:25, 32:1, 32:20, 35:3, 35:16, 35:24, 36:6, 36:10, 36:14, 36:17, 36:23, 36:25, 37:4, 37:5, 37:12, 37:13, 37:14, 37:15, 37:23, 38:5, 38:17, 39:25, 40:4, 40:9, 40:24, 41:11, 42:4, 44:22, 45:9, 46:9, 47:17, 47:19, 47:23, 47:25, 48:1
**MS** [39] - 3:2, 3:6, 3:8, 3:18, 4:18, 6:8, 6:16, 7:12, 8:2, 9:1, 12:9, 12:19, 14:14, 14:22, 18:16, 18:18, 22:10, 22:13, 23:5, 24:20, 25:2, 26:7, 26:22,

29:8, 29:18, 30:4, 30:10, 30:19, 31:8, 32:3, 34:13, 38:21, 39:2, 42:13, 44:15, 47:4, 47:5, 47:15, 48:4
**MUCH** [6] - 9:3, 36:17, 43:21, 47:20, 48:3, 48:4
**MULTIPLE** [4] - 12:15, 12:23, 14:18, 23:25
**MURDER** [2] - 19:20, 33:24
**MURDERS** [1] - 43:24
**MY** [46] - 3:8, 3:9, 3:22, 3:25, 4:17, 6:13, 7:21, 8:4, 11:9, 13:15, 14:4, 15:18, 16:18, 16:25, 19:19, 21:12, 23:2, 23:9, 23:25, 24:9, 24:22, 27:4, 27:13, 28:10, 29:11, 29:18, 30:5, 31:3, 31:5, 32:19, 33:17, 33:19, 34:6, 35:2, 35:19, 36:5, 37:7, 41:10, 43:12, 44:2, 45:17, 46:5, 46:15, 46:16, 47:23
**MYRIAD** [1] - 29:13
**MYSELF** [1] - 27:22

## N

**NAME** [8] - 7:2, 10:20, 11:5, 11:12, 11:13, 15:10, 38:8, 47:22
**NAMES** [1] - 38:4
**NATURE** [1] - 25:11
**NECESSARILY** [1] - 36:15
**NECESSARY** [3] - 21:2, 32:9, 33:16
**NEED** [8] - 3:11, 3:14, 3:23, 9:6, 12:13, 29:15, 33:21, 36:16
**NEEDS** [1] - 44:9
**NEGLECTED** [1] - 26:12
**NEITHER** [1] - 16:22
**NEVER** [10] - 17:8, 22:25, 23:19, 24:4, 25:9, 31:17, 42:23, 45:21, 45:22
**NEW** [2] - 28:15, 46:15
**NEXT** [3] - 12:11, 35:2, 39:17
**NEXT..** [1] - 41:10
**NICKNAMES** [1] - 7:3
**NIGHT** [1] - 47:10

**NO** [21] - 3:25, 4:11, 6:8, 6:25, 7:2, 11:7, 18:11, 18:24, 19:11, 20:16, 20:17, 20:18, 20:19, 21:24, 24:1, 30:16, 47:13, 47:14, 47:19, 48:1
**NOLLE** [2] - 27:14, 27:20
**NONE** [1] - 7:20
**NONSENSE** [1] - 28:14
**NOON** [1] - 47:12
**NOR** [1] - 30:8
**NORMAL** [1] - 21:12
**NOT** [118] - 3:18, 3:24, 4:3, 4:4, 4:8, 4:19, 4:22, 4:23, 5:6, 5:11, 6:15, 7:13, 8:3, 9:16, 12:13, 12:16, 12:23, 13:2, 13:11, 13:15, 13:17, 13:23, 14:4, 14:6, 14:17, 15:3, 15:8, 15:19, 17:18, 18:2, 18:19, 19:6, 19:10, 21:24, 22:1, 22:15, 22:20, 22:23, 23:12, 23:15, 23:20, 24:8, 24:13, 24:25, 25:15, 25:24, 26:2, 26:10, 26:13, 26:20, 27:1, 27:17, 27:18, 27:23, 28:7, 28:9, 28:10, 28:25, 29:5, 29:9, 29:11, 29:19, 30:2, 30:7, 30:8, 30:12, 30:13, 30:16, 30:17, 30:19, 31:15, 32:5, 32:15, 33:1, 33:8, 33:14, 34:11, 34:12, 34:13, 34:16, 34:20, 34:22, 34:25, 35:6, 35:18, 35:20, 36:11, 36:15, 36:19, 37:11, 37:16, 37:21, 37:22, 38:13, 38:21, 38:23, 39:6, 39:23, 40:2, 41:4, 41:5, 41:6, 41:21, 42:6, 42:7, 42:10, 42:21, 43:20, 45:14, 45:23, 46:3, 46:12, 46:14, 47:13, 47:24
**NOTE** [1] - 11:9
**NOTED** [1] - 36:21
**NOTES** [4] - 10:9, 13:15, 37:7, 40:23
**NOTHING** [4] - 30:21, 40:17, 40:23, 48:1
**NOTICE** [2] - 9:11,

10:4

**NOW** [12] - 3:14, 7:15, 15:15, 17:1, 19:9, 32:25, 34:21, 40:17, 41:3, 42:8, 47:14

**NUMBER** [9] - 1:3, 5:6, 5:14, 5:19, 5:21, 5:23, 8:24, 23:1

**NUMBERS** [1] - 9:8

## O

**OBLIGATION** [1] - 24:7

**OBSERVATION** [1] - 24:23

**OBVIOUSLY** [5] - 4:12, 10:5, 10:24, 17:17, 25:6

**OCCURRED** [1] - 46:6

**OF** [226] - 1:2, 1:6, 1:7, 1:8, 3:10, 3:12, 3:17, 4:1, 4:5, 4:7, 4:15, 4:20, 5:1, 5:2, 5:6, 5:11, 5:13, 5:18, 5:19, 5:20, 5:23, 6:1, 6:4, 6:6, 6:14, 7:6, 7:10, 7:11, 7:15, 7:17, 7:18, 7:21, 8:15, 8:19, 8:20, 9:2, 9:8, 9:11, 9:13, 9:14, 9:20, 9:23, 10:4, 10:10, 10:15, 10:25, 11:6, 11:8, 11:9, 11:12, 11:13, 11:23, 12:15, 13:2, 13:12, 13:17, 13:20, 14:13, 14:15, 14:24, 15:3, 15:22, 15:23, 15:25, 16:12, 16:16, 16:22, 17:1, 17:10, 17:12, 17:15, 18:17, 18:18, 18:19, 18:21, 19:1, 20:2, 20:4, 20:15, 20:16, 20:17, 20:18, 20:19, 20:20, 20:22, 20:24, 21:8, 21:9, 21:18, 21:19, 21:20, 22:2, 22:4, 22:9, 22:21, 23:11, 23:23, 24:4, 24:6, 24:7, 24:9, 24:11, 24:23, 25:7, 25:11, 25:21, 25:23, 26:1, 26:15, 26:19, 26:25, 27:10, 27:11, 28:2, 28:4, 28:5, 28:14, 28:16, 28:21, 29:2, 29:4, 29:6, 29:13, 29:20, 29:24, 30:23, 30:25, 31:11, 31:14, 31:15,

31:20, 31:23, 32:5, 32:12, 32:14, 32:15, 32:17, 32:18, 32:19, 32:25, 33:6, 33:7, 33:15, 33:17, 33:24, 34:3, 34:24, 35:13, 35:14, 35:16, 35:22, 35:25, 36:5, 36:10, 36:13, 36:14, 36:17, 36:20, 36:22, 37:3, 37:9, 37:10, 37:12, 37:13, 37:19, 38:18, 39:7, 39:11, 39:12, 39:14, 39:24, 40:1, 40:4, 40:6, 40:12, 40:14, 40:17, 40:18, 40:19, 40:21, 40:25, 41:6, 41:24, 41:25, 42:15, 42:22, 43:1, 43:6, 43:12, 43:14, 43:17, 43:21, 43:25, 44:3, 44:17, 44:20, 45:8, 45:9, 45:11, 45:13, 45:18, 46:4, 46:10, 46:13, 46:25, 47:9, 48:11

**OFF** [3] - 18:6, 18:12, 41:20

**OFFICE** [32] - 2:3, 3:6, 4:2, 7:14, 8:9, 8:11, 17:16, 19:2, 23:24, 24:1, 24:2, 24:10, 26:1, 26:9, 27:22, 27:25, 28:1, 28:2, 28:20, 29:4, 29:25, 31:5, 31:17, 32:17, 32:23, 32:24, 34:4, 36:18, 36:19, 38:24, 41:8, 46:16

**OFFICE'S** [1] - 26:3

**OFFICER** [5] - 41:13, 41:14, 41:15, 41:19

**OFFICIAL** [2] - 1:21, 48:16

**OFTENTIMES** [1] - 32:25

**OH** [3] - 5:17, 30:11, 43:15

**OIL** [1] - 47:11

**OKAY** [6] - 3:21, 6:12, 9:24, 26:4, 47:1, 47:7

**OLD** [1] - 20:13

**ON** [60] - 3:15, 3:19, 7:19, 9:7, 10:25, 11:19, 11:24, 12:1, 12:12, 14:2, 14:4, 14:9, 14:10, 15:11, 17:2, 17:18, 17:23, 18:25, 20:6, 21:2,

24:24, 25:23, 25:24, 26:13, 28:10, 29:20, 30:21, 31:10, 32:19, 35:5, 35:7, 35:22, 36:9, 37:25, 38:2, 39:15, 39:21, 40:4, 40:5, 40:12, 40:17, 41:10, 41:12, 41:17, 42:2, 42:20, 43:7, 43:9, 44:11, 44:18, 45:2, 45:16, 45:20, 46:1, 46:10, 46:17, 46:25, 47:11

**ONE** [37] - 5:12, 5:19, 6:18, 7:2, 9:5, 10:15, 10:17, 12:16, 14:25, 19:23, 19:25, 20:1, 20:15, 22:2, 22:19, 23:1, 25:3, 25:20, 28:7, 28:18, 31:4, 32:4, 32:23, 35:3, 36:6, 37:25, 38:10, 39:14, 39:20, 42:14, 42:18, 43:7, 43:17, 43:25, 44:25, 45:8, 46:9

**ONLY** [7] - 6:3, 12:25, 18:15, 18:25, 19:24, 22:16, 37:12

**ONTO** [2] - 35:2, 44:9

**OPINION** [6] - 20:18, 20:19, 34:7, 34:8, 38:9, 45:17

**OPINIONS** [1] - 4:5

**OPPORTUNITY** [1] - 33:20

**OR** [34] - 4:15, 4:22, 7:3, 7:4, 9:25, 10:15, 11:12, 12:18, 13:16, 14:17, 15:11, 18:16, 19:25, 21:22, 22:4, 22:5, 23:4, 25:5, 27:16, 28:9, 33:8, 36:12, 37:11, 37:19, 37:24, 40:9, 40:13, 40:22, 41:1, 46:3

**ORDER** [3] - 4:1, 6:25, 46:14

**ORIGINAL** [2] - 10:5, 10:10

**OTHER** [26] - 3:23, 4:14, 8:21, 13:12, 14:24, 17:1, 19:19, 20:4, 20:23, 22:19, 25:18, 25:25, 27:6, 28:12, 28:20, 31:21, 36:23, 37:25, 39:22, 43:4, 43:9, 43:14, 45:8, 45:19, 47:1, 47:21

**OTHERS** [2] - 13:13, 44:10

**OUGHT** [1] - 35:9

**OUR** [22] - 4:20, 4:22, 5:2, 7:14, 22:18, 22:21, 25:13, 26:9, 27:3, 28:19, 30:24, 31:16, 34:5, 35:10, 39:2, 39:13, 40:7, 43:14, 45:2

**OURSELVES** [2] - 39:15, 40:2

**OUT** [18] - 4:12, 9:8, 13:16, 14:17, 15:22, 16:1, 16:2, 16:4, 23:15, 28:2, 31:24, 33:18, 37:15, 39:17, 40:8, 41:24, 43:12, 46:18

**OUTCOME** [1] - 46:10

**OUTLINE** [1] - 9:22

**OUTLINED** [2] - 4:19, 22:17

**OUTSIDE** [1] - 34:18

**OVER** [31] - 3:20, 4:3, 4:8, 5:11, 5:16, 6:15, 6:21, 10:13, 17:8, 19:7, 21:13, 22:23, 22:25, 24:7, 24:14, 25:6, 25:15, 28:8, 29:19, 31:15, 32:22, 39:5, 39:7, 40:11, 40:13, 40:16, 41:1, 42:14, 45:14, 45:19, 46:3

**OWN** [1] - 39:21

## P

**PA** [4] - 1:11, 1:18, 1:23, 2:4

**PAGE** [16] - 5:14, 5:18, 5:21, 5:23, 8:24, 9:13, 9:22, 10:10, 17:25, 18:11, 19:11, 20:6, 22:4, 25:23, 40:12

**PAGES** [5] - 4:20, 4:24, 4:25, 5:1, 11:16

**PANDEMIC** [1] - 31:23

**PAPER** [1] - 18:13

**PARAGRAPHS** [1] - 19:25

**PARCEL** [1] - 40:1

**PARDON** [2] - 4:25, 12:19

**PART** [11] - 4:4, 13:20, 14:12, 14:15, 23:11, 31:14, 32:14, 36:14,

37:12, 39:25, 43:14

**PARTICULAR** [6] - 6:25, 24:3, 27:4, 27:9, 32:20, 40:7

**PATRICIA** [3] - 2:2, 3:19, 6:17

**PATRICIA. CUMMINGS@ PHILA.GOV** [1] - 2:6

**PATTERSON** [3] - 27:10, 27:17, 28:3

**PATTERSON'S** [1] - 27:11

**PAUSE** [1] - 44:19

**PCRA** [1] - 27:11

**PENDING** [1] - 46:10

**PENNSYLVANIA** [1] - 1:2

**PEOPLE** [8] - 16:20, 24:1, 27:22, 27:24, 32:24, 41:7, 41:22, 42:20

**PERCENT** [1] - 21:16

**PERMISSION** [1] - 22:24

**PERPETRATOR** [2] - 27:20, 28:8

**PERSON** [4] - 15:4, 15:15, 42:9

**PERSONAL** [2] - 27:4, 28:15

**PERSONALLY** [1] - 27:23

**PERSPECTIVE** [1] - 16:18

**PETITION** [3] - 14:9, 35:10, 46:11

**PETITIONER** [3] - 1:3, 1:20, 6:9

**PHASE** [2] - 33:2, 33:4

**PHILADELPHIA** [9] - 1:7, 1:11, 1:18, 1:23, 2:3, 2:4, 23:23, 32:10, 41:18

**PHOTO** [4] - 37:10, 37:13, 37:20, 37:24

**PICTURE** [2] - 13:17, 41:15

**PIECE** [11] - 7:5, 7:22, 14:12, 16:16, 17:12, 26:18, 36:20, 36:22, 45:8, 45:18

**PIECES** [2] - 12:15, 22:2

**PLACE** [2] - 10:13, 36:1

**PLAY** [1] - 41:2

**POCKET** [1] - 35:19

**POINT** [16] - 4:21, 12:5, 12:16, 14:2,

15:19, 19:19, 20:7, 20:8, 20:21, 20:25, 24:15, 24:17, 35:4, 36:7, 40:2, 40:9
**POINTED** [3] - 13:13, 16:4, 37:15
**POINTING** [1] - 13:21
**POINTS** [4] - 4:11, 19:22, 22:1, 25:18
**POPPA** [1] - 7:3
**POSITION** [2] - 5:3, 28:23
**POSSESSION** [3] - 36:11, 36:19, 36:20
**POSSIBILITY** [2] - 15:12, 44:20
**POSSIBLE** [1] - 40:13
**POSSIBLY** [1] - 44:23
**POST** [5] - 4:16, 20:20, 21:2, 21:13, 21:18
**POST-TRIAL** [4] - 20:20, 21:2, 21:13, 21:18
**PRACTICE** [4] - 21:12, 24:4, 24:12, 32:17
**PRACTICES** [1] - 23:23
**PRACTICING** [1] - 21:4
**PREEXISTING** [1] - 38:10
**PREFACE** [1] - 32:4
**PRESENT** [6] - 12:16, 13:2, 13:18, 15:7, 26:2, 29:4
**PRESENTATION** [3] - 9:23, 20:16, 31:3
**PRESS** [1] - 28:13
**PRETTY** [5] - 21:8, 27:15, 32:21, 46:4, 46:5
**PREVIOUS** [2] - 15:18, 37:2
**PREVIOUSLY** [1] - 20:9
**PRIMA** [1] - 35:13
**PRIME** [1] - 43:9
**PRIOR** [7] - 4:15, 5:7, 6:15, 29:24, 30:12, 30:15, 34:11
**PROBABLY** [5] - 5:2, 6:20, 23:7, 32:24, 38:14
**PROBLEM** [4] - 33:13, 44:14, 47:14, 47:24
**PROCEEDINGS** [2] - 1:25, 48:11
**PROCESS** [3] - 23:18, 32:25, 36:14

**PRODUCE** [1] - 8:5
**PRODUCED** [4] - 1:25, 4:15, 4:19, 23:21
**PRODUCING** [1] - 32:18
**PRONOUNCE** [1] - 3:3
**PROS** [2] - 27:14, 27:21
**PROSECUTE** [1] - 27:17
**PROSECUTED** [1] - 45:1
**PROSECUTION** [1] - 17:13
**PROSECUTOR** [2] - 32:7, 32:12
**PROSECUTOR'S** [2] - 17:16, 24:6
**PROSECUTORS** [4] - 24:1, 25:22, 33:1, 33:2
**PROVE** [3] - 17:4, 17:7, 19:6
**PROVIDE** [2] - 19:22, 21:14
**PROVIDED** [4] - 5:4, 14:1, 19:3, 20:5
**PROVING** [1] - 14:4
**PUBLICLY** [1] - 28:3
**PULL** [2] - 9:8, 13:5
**PULLED** [2] - 12:8, 12:18
**PURPOSE** [2] - 8:15, 9:20
**PURSUANT** [1] - 25:6
**PUSH** [2] - 29:1, 29:8
**PUT** [8] - 6:20, 7:10, 7:17, 21:10, 29:1, 40:23, 41:20, 46:13
**PUTS** [1] - 42:2
**PUTTING** [3] - 24:10, 24:23, 39:25

## Q

**QUARTERBACK** [1] - 41:2
**QUASHES** [1] - 40:18
**QUESTION** [20] - 3:25, 4:4, 12:11, 12:20, 13:20, 17:3, 17:21, 23:9, 26:5, 26:10, 33:10, 36:17, 38:15, 39:3, 39:11, 41:24, 46:18
**QUESTIONED** [2] - 28:9, 41:9
**QUESTIONING** [1] - 35:8

**QUESTIONS** [12] - 3:10, 3:22, 7:1, 7:6, 9:7, 17:1, 22:14, 31:21, 36:5, 45:4, 47:1
**QUICK** [2] - 16:25, 45:20
**QUICKLY** [1] - 6:21
**QUIT** [1] - 43:3
**QUITE** [2] - 20:20, 26:8
**QUOTE** [2] - 28:12

## R

**RAISE** [1] - 21:19
**RAMIERZ** [1] - 15:19
**RAMIERZ'S** [1] - 15:14
**RAMIREZ** [2] - 14:11, 14:24
**RAMIREZ'S** [1] - 15:6
**RAMOS** [6] - 13:14, 13:22, 14:1, 37:14
**REACHED** [1] - 27:25
**READ** [3] - 7:1, 10:15, 15:12
**READING** [1] - 7:21
**REAL** [4] - 7:2, 27:25, 28:16, 44:25
**REALITIES** [1] - 39:19
**REALIZE** [2] - 19:19, 22:7
**REALLY** [3] - 15:21, 24:8, 39:25
**REASON** [6] - 15:9, 23:20, 31:14, 34:21, 34:23, 36:15
**REASONS** [1] - 23:18
**RECEIVED** [1] - 18:16
**RECENTLY** [1] - 38:13
**RECORD** [5] - 21:1, 22:18, 28:22, 40:18, 48:11
**RECORDED** [2] - 1:25, 8:13
**RECORDS** [1] - 21:9
**REFERENCE** [4] - 9:17, 10:23, 19:24, 33:9
**REFERENCED** [1] - 14:23
**REFERENCES** [1] - 11:14
**REFERRING** [2] - 11:6, 11:7
**REFERS** [1] - 14:11
**REFLECT** [1] - 7:9
**REGARD** [3] - 23:12, 25:8, 32:13
**REGARDING** [2] -

10:4, 10:9
**RELATIONSHIP** [6] - 27:21, 27:24, 28:19, 29:2, 38:10, 43:22
**RELATIVE** [1] - 11:12
**RELEASE** [2] - 33:23, 39:21
**RELEASED** [1] - 46:10
**RELIEF** [3] - 35:20, 40:5, 46:15
**RELY** [2] - 45:16, 45:20
**RELYING** [1] - 26:13
**REMEMBER** [2] - 33:21, 41:8
**REPORTER** [5] - 1:21, 3:7, 5:24, 36:25, 48:16
**REPRESENTING** [1] - 1:20
**REPRODUCED** [1] - 25:22
**REQUEST** [1] - 33:22
**REQUESTED** [1] - 8:7
**REQUESTING** [1] - 33:5
**REQUIRED** [1] - 25:6
**RESERVING** [1] - 46:4
**RESOLVE** [1] - 36:17
**RESONATED** [1] - 45:21
**RESPECT** [2] - 25:18, 34:8
**RESPECTING** [1] - 31:1
**RESPONDENTS** [2] - 1:9, 2:5
**RESPONSE** [1] - 35:9
**RESPONSIBLE** [2] - 11:25, 36:23
**REST** [2] - 22:8, 36:5
**RESULT** [1] - 27:11
**RESURRECT** [1] - 22:7
**RETRIED** [1] - 39:11
**REVIEW** [9] - 12:25, 17:1, 18:17, 19:1, 25:25, 30:25, 31:16, 45:2, 46:18
**REVIEWED** [2] - 12:25, 21:9
**REVIEWING** [1] - 17:13
**RICHARD** [4] - 28:13, 33:8, 34:20, 41:7
**RIGHT** [17] - 9:8, 10:7, 10:12, 10:18, 12:8, 14:7, 14:20, 16:23, 18:2, 32:25, 34:21, 38:1, 38:12, 40:5,

46:5, 47:13, 48:2
**RIGHTS** [2] - 21:4, 36:14
**RISK** [1] - 39:25
**ROCCHINO** [2] - 3:8, 6:8
**RODE** [1] - 43:3
**RODRIGUEZ** [2] - 5:13, 5:20
**ROOM** [1] - 3:24
**ROUND** [1] - 7:5
**ROUTINELY** [1] - 25:15
**RPR** [1] - 1:21
**RUDOVSKY** [1] - 1:16
**RULES** [2] - 24:7, 25:7
**RUSH** [1] - 47:13

## S

**SAID** [23] - 5:1, 8:17, 11:25, 13:17, 15:5, 15:17, 19:5, 19:7, 19:8, 21:9, 21:12, 25:11, 27:20, 28:4, 28:13, 28:14, 29:18, 30:11, 30:18, 30:20, 31:25, 33:7, 37:15
**SAM** [1] - 6:3
**SAMBO** [1] - 13:14
**SAME** [9] - 3:24, 11:1, 11:15, 11:19, 12:13, 18:13, 31:9, 33:14, 36:1
**SANTIAGO** [39] - 8:18, 8:20, 9:17, 9:21, 10:4, 10:17, 10:22, 11:10, 11:18, 12:16, 13:1, 13:17, 13:21, 13:23, 14:15, 14:18, 14:24, 15:7, 15:8, 15:18, 15:25, 16:2, 16:14, 20:11, 37:10, 37:13, 37:15, 37:18, 39:9, 42:1, 42:2, 42:8, 43:4, 43:21, 43:22, 43:25, 44:9, 44:11
**SANTIAGO'S** [3] - 10:20, 15:10, 16:2
**SANTIAGOS** [2] - 15:3, 44:24
**SAT** [1] - 29:17
**SATURNINO** [2] - 13:14, 37:14
**SAW** [5] - 10:11, 12:23, 12:24, 42:16, 43:4
**SAX** [21] - 26:6, 26:10, 27:7, 27:23, 27:24,

28:1, 28:13, 28:19, 29:17, 29:18, 29:24, 29:25, 31:15, 31:25, 32:1, 33:8, 34:20, 35:16, 36:10, 36:17, 41:7

**SAY** [25] - 11:18, 12:22, 13:10, 13:15, 14:23, 15:15, 15:24, 23:8, 25:8, 26:12, 27:22, 28:11, 28:16, 30:6, 30:11, 34:9, 34:22, 37:18, 43:19, 45:1, 46:12, 47:5, 47:18, 47:23

**SAYING** [15] - 5:25, 12:24, 19:16, 25:12, 25:14, 29:9, 30:4, 30:8, 30:9, 30:20, 33:11, 34:4, 34:14, 40:3

**SAYS** [13] - 8:15, 8:25, 10:19, 10:21, 11:9, 11:18, 12:7, 15:16, 15:19, 16:14, 18:5, 20:2, 22:5

**SCENARIOS** [1] - 31:9

**SCENE** [2] - 13:2, 42:3

**SCOTT** [1] - 18:7

**SCOTT'S** [1] - 21:22

**SEARCH** [1] - 7:16

**SEARCHES** [1] - 7:19

**SECOND** [10] - 3:15, 8:23, 13:20, 17:20, 18:11, 20:8, 20:21, 35:10, 37:3, 40:12

**SEE** [8] - 3:13, 7:16, 15:9, 37:21, 39:10, 40:2, 43:7, 43:9

**SEEMS** [3] - 14:8, 40:13, 41:8

**SEEN** [4] - 20:12, 31:2, 35:7, 41:17

**SEES** [1] - 16:2

**SEND** [2] - 6:21, 9:6

**SEPARATE** [2] - 6:10, 46:15

**SEPARATING** [1] - 46:18

**SERIOUS** [1] - 28:17

**SESSION** [1] - 8:12

**SEVERAL** [2] - 13:24, 32:9

**SHARE** [1] - 42:12

**SHARED** [2] - 25:22, 32:5

**SHE** [7] - 7:16, 7:19, 16:1, 25:11, 43:20, 43:23

**SHEET** [4] - 15:22,

23:14, 26:2, 36:12

**SHEETS** [10] - 24:5, 24:8, 24:11, 24:18, 25:12, 25:15, 26:13, 32:18, 33:1, 43:5

**SHOOTER** [4] - 15:16, 16:5, 16:12, 42:3

**SHOOTERS** [2] - 37:11, 45:1

**SHOOTING** [7] - 11:9, 12:1, 12:17, 13:2, 36:24, 37:19, 37:20

**SHOOTS** [1] - 16:3

**SHORT** [1] - 26:24

**SHOT** [1] - 15:16

**SHOULD** [6] - 10:7, 33:19, 41:9, 46:9, 46:19

**SHOULDN'T** [1] - 32:2

**SHOW** [3] - 35:12, 35:19, 40:22

**SHOWED** [1] - 13:16

**SHOWING** [2] - 37:24, 45:18

**SHOWN** [3] - 37:9, 37:13, 37:20

**SHOWS** [1] - 37:9

**SIBLINGS** [1] - 43:16

**SIDES** [1] - 6:15

**SIGN** [1] - 13:23

**SIGNATURE** [3] - 18:11, 18:24, 19:11

**SIGNIFICANT** [1] - 27:15

**SIGNING** [1] - 46:14

**SILLY** [1] - 38:14

**SIMPLE** [1] - 34:16

**SINCE** [2] - 27:4, 32:10

**SISTERS** [1] - 43:17

**SITTING** [1] - 30:5

**SITUATION** [1] - 39:16

**SLEEP** [1] - 45:25

**SLIM** [1] - 21:8

**SLOW** [2] - 3:23

**SMALL** [1] - 5:5

**SO** [70] - 3:10, 3:14, 5:10, 6:3, 6:25, 7:4, 7:8, 7:21, 8:13, 9:3, 9:24, 10:3, 10:14, 11:2, 12:12, 13:21, 14:3, 14:6, 14:9, 15:8, 15:19, 16:10, 16:25, 17:2, 17:22, 18:4, 18:15, 18:19, 18:23, 19:18, 20:21, 22:7, 22:9, 23:11, 23:19, 24:15, 25:12, 28:21, 28:25, 29:1, 29:2, 30:13, 31:20,

32:18, 32:24, 33:6, 33:18, 34:5, 35:2, 35:5, 36:14, 39:15, 39:21, 40:6, 40:18, 41:18, 41:19, 41:21, 41:25, 42:24, 43:7, 43:11, 43:21, 44:2, 44:8, 44:22, 44:25, 46:23, 47:11, 47:24

**SO..** [1] - 18:2

**SOLE** [2] - 34:20, 34:23

**SOLELY** [1] - 30:21

**SOME** [6] - 3:13, 4:12, 7:6, 28:5, 36:18, 44:22

**SOMEBODY** [2] - 3:20, 14:13

**SOMEHOW** [1] - 35:18

**SOMEONE** [11] - 16:4, 16:12, 17:22, 17:23, 33:23, 34:17, 36:23, 40:20, 44:12, 44:13

**SOMETHING** [14] - 7:3, 8:12, 15:21, 21:1, 33:18, 34:15, 42:21, 42:25, 44:5, 44:10, 44:14, 44:16, 44:19, 47:9

**SONNIE** [1] - 3:8

**SOON** [1] - 46:1

**SOONER** [1] - 47:1

**SORRY** [10] - 3:19, 5:24, 8:22, 13:4, 16:15, 18:3, 20:1, 24:20, 37:5, 45:12

**SORT** [4] - 3:12, 31:20, 40:18, 41:24

**SOUTH** [1] - 1:17

**SPEAK** [4] - 5:3, 6:16, 7:12, 22:10

**SPEAKING** [1] - 28:3

**SPECIFIC** [1] - 17:21

**SPECIFICALLY** [1] - 16:20

**SPECULATING** [1] - 45:2

**SPENDING** [1] - 28:5

**SPENT** [1] - 32:12

**SPITBALLING** [1] - 31:21

**SPOKE** [5] - 3:20, 23:16, 29:17, 43:13, 43:16

**SQUARE** [1] - 30:12

**STAND** [1] - 20:2

**STANDING** [2] - 36:13, 40:5

**STANDPOINT** [1] - 39:3

**START** [1] - 5:15

**STARTED** [4] - 23:18, 24:10, 33:5, 41:12

**STATE** [1] - 13:23

**STATEMENT** [28] - 5:11, 5:13, 5:18, 5:20, 5:23, 6:1, 10:13, 10:15, 10:25, 11:6, 11:8, 13:22, 15:6, 15:11, 15:14, 20:2, 20:10, 23:17, 23:21, 25:9, 25:10, 29:19, 31:14, 36:12, 40:22, 42:22, 45:16

**STATEMENTS** [9] - 7:10, 7:23, 12:23, 13:24, 19:24, 20:3, 20:4, 24:6, 25:5

**STATES** [2] - 1:1, 1:8

**STAY** [1] - 47:1

**STE** [1] - 1:17

**STENOTYPE** [1] - 1:25

**STENOTYPE-COMPUTER** [1] - 1:25

**STEP** [1] - 39:17

**STEPHEN** [1] - 18:5

**STILL** [3] - 35:21, 36:13, 43:1

**STRAIGHT** [2] - 17:2, 30:16

**STREET** [2] - 1:17, 1:22

**STRONG** [3] - 28:23, 39:21, 42:7

**STRONGEST** [1] - 16:16

**STUCK** [1] - 44:2

**STUFF** [1] - 45:13

**SUBJECT** [1] - 21:18

**SUBMISSION** [4] - 5:5, 8:10, 9:11, 10:4

**SUBMIT** [1] - 8:11

**SUBMITTED** [2] - 6:9, 9:14

**SUBPOENA** [2] - 31:25, 43:6

**SUBPOENAED** [1] - 33:11

**SUBSEQUENTLY** [2] - 8:9, 39:8

**SUCH** [1] - 26:18

**SUMMARIZE** [2] - 29:15, 45:15

**SUMMARY** [1] - 29:17

**SUMMON** [1] - 31:23

**SUPER** [1] - 6:23

**SUPERIOR** [2] - 4:6, 20:19

**SUPPLEMENT** [3] - 19:15, 21:1, 45:24

**SUPPLEMENTAL** [12] - 5:4, 5:9, 5:10, 5:12, 5:14, 5:19, 5:21, 6:5, 6:7, 6:10, 9:25, 10:1

**SUPPRESSED** [3] - 22:22, 25:14, 28:24

**SURE** [4] - 14:6, 14:10, 33:22, 38:4

**SUSPECT** [2] - 15:25, 42:19

**SUZANNE** [2] - 1:21, 48:15

**SWITCH** [1] - 42:3

## T

**TABLE** [3] - 6:4, 6:6, 18:19

**TAKE** [4] - 21:13, 32:4, 34:5, 48:3

**TAKEN** [3] - 10:25, 39:22, 43:1

**TAKES** [1] - 44:25

**TALK** [4] - 7:23, 25:5, 27:1, 32:11

**TALKED** [6] - 22:16, 26:8, 27:3, 42:14, 43:23, 45:4

**TALKING** [8] - 6:5, 11:14, 23:25, 24:2, 24:17, 38:20, 39:8, 43:14

**TARGET** [2] - 43:9, 44:23

**TASKING** [1] - 45:13

**TELECONFERENCE** [2] - 1:13, 3:1

**TELL** [10] - 12:13, 14:13, 17:22, 23:9, 26:25, 32:25, 38:3, 41:12, 45:5, 45:14

**TELLING** [4] - 23:13, 32:1, 32:16, 47:13

**TEMIN** [4] - 24:16, 24:17, 33:5, 44:14

**TERMS** [6] - 22:21, 24:6, 32:18, 32:19, 33:7, 44:20

**TESTIFIED** [3] - 13:9, 42:20, 44:16

**TESTIFY** [3] - 13:11, 35:17, 43:6

**THAN** [6] - 8:21, 13:12, 32:24, 36:23, 43:4, 47:21

**THANK** [6] - 9:15, 38:1, 47:15, 47:19,

48:2, 48:4

**THAT** [367] - 3:3, 4:2, 4:4, 4:7, 4:10, 4:14, 4:19, 4:22, 5:1, 5:6, 5:8, 5:11, 6:6, 6:8, 6:9, 6:11, 6:14, 6:18, 6:20, 6:21, 6:23, 7:4, 7:6, 7:8, 7:9, 7:13, 7:18, 7:19, 7:22, 8:3, 8:5, 8:7, 8:8, 8:9, 8:10, 8:12, 8:13, 8:14, 8:17, 8:21, 8:25, 9:2, 9:3, 9:13, 9:14, 9:16, 9:19, 9:22, 10:5, 10:22, 10:24, 11:2, 11:3, 11:13, 11:21, 11:22, 11:24, 12:3, 12:6, 12:14, 12:15, 12:16, 12:17, 13:1, 13:6, 13:8, 13:10, 13:12, 13:13, 13:22, 13:23, 13:24, 14:1, 14:2, 14:5, 14:8, 14:19, 14:20, 14:22, 14:23, 14:25, 15:2, 15:6, 15:9, 15:11, 15:12, 15:19, 15:21, 16:4, 16:6, 16:9, 16:11, 16:13, 16:15, 16:16, 16:21, 16:25, 17:4, 17:10, 17:11, 17:19, 17:20, 17:21, 17:22, 18:7, 18:12, 18:16, 18:24, 18:25, 19:6, 19:7, 19:22, 20:3, 20:6, 20:7, 20:12, 20:14, 20:15, 20:16, 20:21, 20:22, 20:25, 21:2, 21:7, 21:12, 21:15, 21:16, 21:17, 22:3, 22:9, 22:10, 22:14, 22:19, 22:20, 22:21, 22:22, 22:25, 23:1, 23:3, 23:4, 23:5, 23:15, 23:18, 23:20, 23:21, 23:22, 24:12, 24:13, 24:23, 25:6, 25:14, 25:15, 25:18, 25:22, 25:24, 26:1, 26:8, 26:10, 26:14, 26:17, 26:18, 27:6, 27:7, 27:14, 27:16, 27:18, 27:19, 27:21, 28:5, 28:7, 28:10, 28:11, 28:13, 28:14, 28:16, 28:17, 28:21, 28:22, 28:23, 28:24, 29:5, 29:9, 29:10, 29:13, 29:15, 29:19, 29:20, 29:22,

29:24, 30:1, 30:5, 30:6, 30:7, 30:8, 30:9, 30:11, 30:12, 30:17, 30:18, 30:19, 30:20, 30:22, 30:24, 31:6, 31:9, 31:14, 31:15, 31:17, 32:2, 32:4, 32:5, 32:6, 32:9, 32:12, 32:18, 32:23, 33:6, 33:7, 33:9, 33:12, 33:14, 33:15, 33:16, 33:22, 33:25, 34:1, 34:2, 34:6, 34:8, 34:10, 34:12, 34:13, 34:16, 34:18, 34:19, 34:22, 34:23, 35:6, 35:9, 35:10, 35:11, 35:12, 35:15, 35:16, 35:19, 35:23, 36:2, 36:3, 36:10, 36:12, 36:14, 36:15, 36:16, 36:20, 36:22, 36:25, 37:8, 37:9, 37:11, 37:18, 37:20, 37:22, 39:6, 39:10, 39:13, 39:14, 39:15, 39:20, 39:21, 39:22, 39:23, 39:24, 39:25, 40:1, 40:3, 40:4, 40:18, 40:23, 41:13, 41:19, 42:2, 42:6, 42:12, 42:15, 42:20, 42:23, 42:24, 42:25, 43:3, 43:10, 43:12, 43:14, 43:22, 43:23, 43:24, 44:2, 44:5, 44:6, 44:15, 44:16, 44:17, 44:18, 44:19, 44:23, 44:25, 45:1, 45:5, 45:11, 45:13, 45:17, 45:24, 45:25, 46:2, 46:4, 46:5, 46:7, 46:12, 46:18, 46:21, 46:23, 47:2, 47:6, 47:7, 47:16, 47:23, 48:10

**THAT'S** [2] - 10:2, 12:9

**THE** [527] - 1:1, 1:2, 1:6, 1:8, 1:12, 1:17, 1:20, 2:5, 3:2, 3:5, 3:6, 3:7, 3:12, 3:14, 3:16, 3:21, 3:24, 4:1, 4:2, 4:5, 4:7, 4:11, 4:17, 4:18, 4:19, 4:21, 4:24, 5:3, 5:4, 5:7, 5:9, 5:10, 5:11, 5:13, 5:15, 5:18, 5:19, 5:20, 5:22, 6:1, 6:3, 6:6, 6:7, 6:8, 6:9, 6:10, 6:12, 6:19,

6:21, 6:23, 7:5, 7:10, 7:11, 7:13, 7:15, 7:17, 7:21, 8:6, 8:8, 8:10, 8:11, 8:12, 8:13, 8:14, 8:15, 8:19, 8:20, 8:21, 8:22, 9:6, 9:13, 9:14, 9:15, 9:19, 9:20, 9:22, 9:23, 9:24, 9:25, 10:3, 10:4, 10:8, 10:9, 10:10, 10:11, 10:12, 10:13, 10:15, 10:23, 10:25, 11:2, 11:5, 11:6, 11:7, 11:9, 11:10, 11:12, 11:13, 11:15, 11:17, 11:19, 11:20, 11:23, 11:24, 12:1, 12:3, 12:5, 12:6, 12:7, 12:11, 12:12, 12:14, 12:15, 12:17, 12:18, 12:22, 12:24, 12:25, 13:1, 13:2, 13:3, 13:5, 13:9, 13:14, 13:20, 14:3, 14:4, 14:8, 14:15, 14:23, 14:24, 14:25, 15:2, 15:3, 15:11, 15:14, 15:16, 15:22, 15:23, 15:25, 16:5, 16:8, 16:11, 16:12, 16:16, 16:22, 16:25, 17:5, 17:10, 17:12, 17:13, 17:14, 17:16, 17:19, 17:23, 18:2, 18:4, 18:10, 18:12, 18:13, 18:15, 18:17, 18:19, 18:24, 18:25, 19:1, 19:4, 19:7, 19:13, 19:17, 19:22, 19:23, 19:24, 19:25, 20:4, 20:7, 20:8, 20:11, 20:15, 20:17, 20:18, 20:20, 20:21, 20:23, 20:24, 20:25, 21:1, 21:3, 21:5, 21:8, 21:15, 21:17, 21:21, 21:25, 22:1, 22:2, 22:3, 22:4, 22:8, 22:9, 22:12, 22:15, 22:18, 22:23, 22:24, 23:2, 23:6, 23:8, 23:11, 23:12, 23:17, 23:19, 23:22, 23:23, 24:1, 24:2, 24:3, 24:5, 24:7, 24:8, 24:9, 24:10, 24:11, 24:12, 24:13, 24:14, 24:15, 24:17, 24:20, 24:21, 24:24, 25:1, 25:7, 25:10,

25:14, 25:21, 25:22, 25:23, 25:25, 26:1, 26:2, 26:4, 26:13, 26:14, 26:15, 26:17, 26:21, 26:25, 27:2, 27:3, 27:5, 27:10, 27:13, 27:20, 27:21, 27:22, 27:23, 27:24, 28:1, 28:2, 28:3, 28:6, 28:8, 28:11, 28:13, 28:15, 28:18, 28:20, 28:21, 28:22, 28:24, 28:25, 29:3, 29:4, 29:13, 29:15, 29:16, 29:20, 29:22, 30:10, 30:14, 30:15, 30:23, 30:25, 31:1, 31:4, 31:5, 31:9, 31:10, 31:11, 31:12, 31:14, 31:17, 31:19, 32:7, 32:11, 32:13, 32:16, 32:17, 32:23, 32:24, 32:25, 33:1, 33:2, 33:3, 33:4, 33:14, 33:15, 33:17, 33:20, 33:21, 34:1, 34:3, 34:9, 34:10, 34:19, 34:20, 34:22, 34:23, 34:25, 35:1, 35:5, 35:6, 35:8, 35:11, 35:12, 35:13, 35:17, 35:18, 35:21, 35:22, 36:1, 36:2, 36:3, 36:5, 36:9, 36:10, 36:14, 36:17, 36:18, 36:19, 36:21, 36:23, 37:2, 37:3, 37:5, 37:7, 37:8, 37:9, 37:10, 37:12, 37:17, 37:18, 37:19, 37:24, 37:25, 38:1, 38:2, 38:5, 38:6, 38:10, 38:12, 38:16, 38:18, 38:21, 38:23, 38:24, 39:3, 39:4, 39:6, 39:7, 39:11, 39:15, 39:17, 39:20, 39:22, 39:23, 40:7, 40:9, 40:12, 40:14, 40:16, 40:17, 41:3, 41:5, 41:6, 41:8, 41:12, 41:13, 41:15, 41:19, 41:21, 42:3, 42:6, 42:14, 42:15, 42:16, 42:19, 43:1, 43:4, 43:6, 43:7, 43:9, 43:13, 43:15, 43:17, 43:21, 43:22, 43:24, 43:25, 44:3, 44:8, 44:12, 44:15, 44:17, 44:24, 44:25,

45:5, 45:7, 45:11, 45:15, 45:17, 45:18, 45:23, 46:2, 46:6, 46:10, 46:13, 46:16, 46:19, 46:20, 46:25, 47:6, 47:8, 47:9, 47:11, 47:17, 47:21, 47:25, 48:2, 48:10, 48:11

**THEIR** [6] - 18:17, 21:14, 34:10, 38:3, 43:8, 44:16

**THEM** [14] - 3:13, 3:14, 3:17, 4:1, 24:14, 38:4, 38:25, 39:8, 40:8, 41:4, 41:5, 43:5, 43:6

**THEMSELVES** [2] - 42:21, 43:10

**THEN** [34] - 3:22, 8:9, 10:6, 10:25, 12:1, 15:16, 15:21, 16:1, 16:2, 18:11, 19:7, 19:25, 20:1, 20:3, 20:6, 24:14, 25:4, 25:16, 28:2, 30:23, 33:1, 33:4, 35:13, 37:20, 38:6, 41:14, 42:1, 42:3, 42:25, 43:9, 43:12, 44:13, 45:15, 46:4

**THERE** [71] - 3:25, 4:12, 4:14, 4:20, 5:3, 6:13, 7:8, 7:9, 7:11, 7:13, 7:17, 7:19, 7:22, 7:25, 9:11, 9:18, 9:25, 10:6, 10:8, 11:2, 11:20, 11:24, 12:2, 12:14, 13:4, 13:8, 13:15, 13:16, 13:23, 13:24, 14:5, 15:22, 17:25, 18:1, 18:11, 18:24, 19:10, 19:13, 20:3, 20:16, 20:17, 20:18, 20:19, 20:22, 23:20, 24:4, 25:17, 27:6, 28:1, 28:16, 28:18, 32:9, 35:9, 36:13, 37:8, 37:11, 37:13, 37:16, 37:17, 37:19, 37:23, 40:17, 41:17, 41:20, 43:16, 44:20, 45:23, 46:3, 46:12

**THEREFORE** [2] - 30:1, 44:11

**THERESA** [1] - 1:5

**THESE** [12] - 9:7, 9:8, 10:23, 17:4, 21:9, 31:25, 35:19, 38:18,

39:14, 40:20, 41:7, 41:22

**THEY** [24] - 8:7, 13:16, 15:23, 15:24, 17:7, 18:15, 18:17, 20:6, 21:25, 22:14, 24:15, 25:4, 33:2, 33:4, 33:5, 37:19, 41:8, 42:11, 43:3, 43:7, 43:24, 45:3, 45:15

**THING** [1] - 6:3

**THINGS** [9] - 7:6, 25:2, 28:4, 32:5, 43:11, 44:6, 45:12, 46:8, 46:15

**THINK** [63] - 4:10, 4:17, 5:2, 5:8, 5:10, 5:22, 6:18, 11:5, 11:14, 12:2, 12:3, 12:9, 13:12, 14:5, 14:22, 15:9, 15:13, 16:3, 16:6, 21:10, 22:20, 22:22, 23:6, 23:13, 23:15, 24:5, 25:3, 25:10, 25:18, 26:12, 27:15, 29:16, 31:8, 31:10, 31:14, 33:13, 33:15, 34:5, 34:19, 34:23, 35:8, 36:12, 36:15, 39:2, 39:5, 39:7, 39:10, 39:12, 39:18, 40:1, 40:14, 44:4, 44:5, 44:6, 44:15, 44:17, 44:18, 44:21, 44:22, 45:16

**THINKING** [1] - 41:24

**THINKING-OUT-LOUD** [1] - 41:24

**THIRD** [3] - 13:11, 15:15, 20:25

**THIS** [70] - 3:19, 3:24, 4:9, 4:18, 5:3, 6:17, 7:4, 7:21, 8:1, 8:16, 9:9, 10:21, 14:4, 14:7, 17:3, 17:17, 18:25, 19:6, 19:23, 20:9, 20:22, 20:25, 21:6, 21:10, 21:20, 22:21, 24:3, 24:17, 24:22, 26:12, 27:4, 28:14, 30:2, 30:13, 31:15, 31:22, 31:23, 31:25, 32:19, 33:15, 33:22, 34:3, 35:9, 35:11, 35:13, 35:22, 35:25, 38:3, 38:13, 39:5, 39:18, 40:7, 40:10, 40:18, 40:21, 40:22, 40:23, 40:25,

41:1, 44:7, 44:19, 46:1, 46:7, 46:17, 46:21, 46:24, 47:7, 47:11

**THOMAS** [2] - 2:3, 3:5

**THOMAS.GAETA@ PHILA.GOV** [1] - 2:6

**THOROUGH** [1] - 36:4

**THOSE** [5] - 4:6, 10:11, 17:18, 21:17, 43:11

**THOUGH** [3] - 11:15, 14:25, 30:14

**THOUGHT** [4] - 17:20, 17:24, 22:15, 33:18

**THOUGHTFUL** [1] - 31:3

**THOUGHTS** [1] - 42:11

**THREAD** [2] - 24:21, 25:1

**THREE** [2] - 19:22, 22:4

**THROUGH** [8] - 11:16, 16:9, 19:25, 20:1, 33:2, 33:4, 33:6, 42:24

**THROUGHOUT** [1] - 20:23

**TIME** [15] - 5:7, 8:13, 12:20, 20:23, 27:21, 28:5, 33:14, 36:19, 37:19, 39:17, 39:22, 40:22, 44:17, 47:12, 48:3

**TIMELINE** [1] - 12:3

**TO** [263] - 3:11, 3:13, 3:14, 3:23, 3:24, 4:1, 4:17, 4:19, 4:20, 4:22, 5:1, 5:3, 5:7, 6:14, 6:15, 6:21, 7:1, 7:5, 7:12, 7:13, 7:16, 7:22, 7:25, 8:1, 8:5, 8:11, 8:12, 8:16, 8:17, 9:1, 9:2, 9:6, 9:7, 9:10, 9:19, 9:20, 10:12, 10:13, 10:22, 10:23, 11:6, 11:7, 11:18, 12:13, 12:16, 12:21, 12:25, 13:7, 13:13, 13:20, 13:21, 14:6, 14:7, 14:8, 14:9, 14:10, 14:11, 14:17, 15:9, 15:18, 15:24, 16:11, 17:2, 17:4, 17:7, 17:8, 18:10, 18:12, 18:16, 18:17, 18:24, 19:3, 19:5, 19:14, 19:22, 19:24, 20:1, 20:5,

20:14, 20:24, 21:1, 21:9, 21:10, 21:12, 21:14, 21:19, 22:7, 22:10, 22:16, 22:17, 22:24, 22:25, 23:9, 23:10, 23:12, 23:16, 23:17, 23:19, 23:20, 23:25, 24:7, 24:15, 24:16, 24:18, 24:20, 24:22, 25:6, 25:7, 25:8, 25:13, 25:18, 26:6, 26:9, 26:11, 26:12, 26:20, 26:25, 27:1, 27:13, 27:17, 27:25, 28:2, 28:5, 28:11, 28:12, 28:13, 28:16, 28:23, 29:1, 29:5, 29:12, 29:15, 29:17, 29:18, 30:6, 30:13, 30:17, 30:20, 30:22, 31:3, 31:4, 31:5, 31:6, 31:18, 31:21, 31:22, 31:23, 31:25, 32:4, 32:11, 32:13, 32:25, 33:8, 33:9, 33:10, 33:12, 33:20, 33:21, 33:23, 33:25, 34:2, 34:4, 34:5, 34:7, 34:8, 34:14, 34:15, 34:18, 34:24, 34:25, 35:9, 35:12, 35:17, 35:19, 36:1, 36:4, 36:8, 36:9, 36:16, 37:13, 37:20, 37:21, 38:3, 38:4, 38:14, 38:19, 38:23, 39:8, 39:9, 39:12, 39:14, 39:17, 40:2, 40:3, 40:5, 40:8, 40:22, 40:23, 41:2, 41:10, 41:22, 42:3, 42:5, 42:8, 42:9, 42:12, 42:15, 42:16, 42:21, 42:22, 42:23, 42:25, 43:5, 43:6, 43:10, 43:13, 43:15, 43:19, 44:10, 44:12, 44:13, 45:5, 45:7, 45:12, 45:13, 45:21, 45:24, 45:25, 46:1, 46:5, 46:7, 46:11, 46:17, 46:24, 47:3, 47:7, 47:11, 47:13, 47:18

**TODAY** [2] - 6:21, 32:16

**TOGETHER** [6] - 6:20, 7:5, 7:22, 14:12, 40:23, 46:22

**TOLD** [6] - 10:22, 21:7, 24:12, 30:5,

34:10, 43:18

**TOM** [4] - 14:16, 14:20, 18:21, 40:1

**TOMORROW** [3] - 47:6, 47:11, 47:12

**TONY** [2] - 12:7, 12:8

**TOO** [2] - 44:3, 47:24

**TOP** [1] - 11:13

**TORRES** [19] - 16:1, 16:15, 17:5, 20:9, 23:3, 23:6, 23:7, 23:11, 23:13, 23:21, 25:8, 25:19, 25:23, 31:18, 36:12, 37:21, 37:24, 40:10, 41:14

**TORRES'S** [1] - 46:2

**TOTALITY** [2] - 26:15, 33:15

**TOTALLY** [1] - 43:1

**TRAIN** [1] - 33:17

**TRANSCRIPT** [3] - 1:25, 7:11, 48:11

**TRANSCRIPTION** [2] - 1:25, 7:18

**TRANSCRIPTS** [1] - 20:17

**TRANSMITTAL** [10] - 17:14, 17:23, 18:4, 18:12, 24:24, 24:25, 25:3, 35:18, 40:12, 45:17

**TRANSMITTALS** [1] - 26:14

**TRANSMITTED** [3] - 19:9, 19:10, 35:20

**TRANSPARENT** [1] - 46:11

**TRIAL** [22] - 13:10, 13:12, 17:11, 19:21, 20:17, 20:20, 21:2, 21:13, 21:14, 21:18, 21:19, 21:21, 29:3, 31:4, 32:11, 34:3, 34:10, 35:1, 40:15, 42:20, 44:17, 46:15

**TRIALS** [1] - 40:14

**TRIED** [6] - 14:17, 26:21, 29:16, 32:22, 39:12, 42:15

**TRIGGER** [2] - 12:18, 13:5

**TROUBLES** [1] - 22:9

**TRUST** [1] - 42:23

**TRY** [2] - 34:18, 43:6

**TRYING** [12] - 7:21, 14:8, 23:12, 25:7, 26:12, 28:5, 28:25, 29:12, 33:9, 36:4, 43:10, 43:15

**TUESDAY** [1] - 1:10

**TUNED** [1] - 47:2

**TURN** [2] - 22:25, 24:7

**TURNED** [20] - 4:3, 4:8, 5:11, 6:15, 17:8, 19:6, 22:23, 25:6, 25:15, 28:8, 29:19, 31:15, 39:5, 40:11, 40:13, 40:16, 41:1, 45:14, 45:19, 46:3

**TURNING** [2] - 24:14, 39:7

**TWO** [20] - 8:19, 12:17, 13:9, 16:20, 22:4, 23:1, 25:2, 25:17, 37:24, 38:18, 39:19, 40:20, 41:3, 42:13, 42:17, 42:20, 45:12, 45:15, 46:8, 46:15

**TWOFOLD** [2] - 8:17, 28:17

## U

**ULTIMATELY** [6] - 8:5, 27:13, 27:20, 42:18, 42:19, 44:16

**UNCLEAR** [1] - 15:12

**UNDER** [1] - 24:7

**UNDERSCORE** [1] - 16:10

**UNDERSTAND** [7] - 5:25, 15:18, 22:14, 25:14, 32:6, 33:16, 42:15

**UNDERSTANDING** [5] - 4:17, 4:23, 8:4, 23:25, 24:9

**UNDERSTOOD** [2] - 10:19, 33:10

**UNFAVORABLE** [1] - 34:11

**UNFORTUNATELY** [1] - 44:5

**UNIT** [4] - 24:13, 27:5, 27:13

**UNITED** [2] - 1:1, 1:8

**UNLESS** [1] - 11:8

**UNLIKELY** [1] - 40:13

**UNNECESSARILY** [1] - 39:24

**UNSEALED** [1] - 23:1

**UNTIL** [1] - 24:9

**UP** [9] - 5:9, 8:5, 20:24, 24:10, 40:7, 42:10, 43:2, 43:8, 47:3

**UPON** [1] - 29:24

**US** [5] - 7:16, 7:19, 34:14, 36:1, 44:19

USE [2] - 17:5, 33:9
USING [1] - 40:10

## V

VACATED[2] - 27:11, 39:16
VARIOUS [2] - 27:22, 27:24
VEASY [1] - 32:14
VERSUS [1] - 1:4
VERY [23] - 6:20, 7:2, 7:4, 22:17, 23:13, 28:3, 30:22, 31:2, 32:16, 32:19, 36:3, 36:6, 39:16, 43:18, 43:20, 44:23, 47:2, 47:19, 48:2, 48:4
VICTIM [1] - 11:19
VICTOR [5] - 10:16, 11:8, 11:11, 16:5, 16:13
VIEW [1] - 46:16
VIOLATION [4] - 34:2, 36:13, 39:20, 46:21
VIOLATIONS [1] - 46:6
VIS [2] - 7:24
VIS-A-VIS [1] - 7:24

## W

WAIT [1] - 42:7
WANT [23] - 3:13, 7:1, 12:21, 14:6, 14:9, 14:10, 28:11, 31:4, 34:5, 37:21, 38:4, 38:14, 40:22, 42:11, 44:10, 45:24, 45:25, 46:2, 46:6, 46:11, 47:3, 47:18
WANTED [4] - 16:10, 17:2, 33:8, 44:16
WANTS [2] - 36:8, 44:14
WARRANT[5] - 11:1, 11:19, 12:2, 12:7, 42:9
WARRANTED[1] - 39:21
WAS [140] - 5:3, 5:11, 6:9, 6:10, 6:11, 7:13, 7:17, 7:19, 7:22, 8:9, 8:13, 8:14, 8:17, 9:12, 9:18, 9:25, 10:16, 10:20, 10:25, 11:23, 11:24, 11:25, 12:2, 12:17, 13:3, 13:4, 13:15, 13:17, 13:19, 13:23, 14:5,

14:6, 15:7, 15:17, 15:22, 16:4, 16:5, 16:11, 16:25, 19:8, 19:16, 20:14, 20:20, 21:2, 21:8, 22:8, 22:21, 22:23, 23:3, 23:4, 23:11, 23:15, 23:17, 23:18, 23:19, 23:21, 24:4, 24:12, 24:13, 25:6, 25:8, 25:9, 25:14, 26:2, 26:12, 27:11, 27:12, 27:20, 28:1, 28:2, 28:4, 28:7, 28:9, 28:12, 28:13, 28:14, 28:19, 29:11, 29:12, 30:5, 30:6, 30:12, 30:15, 30:20, 31:16, 32:15, 32:23, 33:7, 33:23, 33:24, 35:6, 35:12, 35:18, 35:20, 35:25, 36:18, 36:19, 36:23, 36:25, 37:4, 37:13, 37:16, 37:20, 38:5, 38:16, 39:4, 39:5, 39:20, 39:21, 39:22, 39:25, 40:11, 40:12, 40:13, 41:1, 41:13, 41:17, 41:20, 42:6, 42:24, 43:14, 43:18, 43:20, 44:17, 44:23, 44:24, 45:8, 45:18, 45:21, 46:3, 47:2
WASN'T [1] - 45:19
WAY [5] - 8:10, 12:22, 29:10, 29:15, 38:16
WE [110] - 3:5, 3:7, 3:8, 3:22, 3:23, 6:18, 6:20, 8:4, 11:14, 13:9, 14:17, 14:18, 14:23, 15:15, 16:8, 17:12, 18:4, 18:7, 19:1, 19:4, 19:9, 20:5, 20:8, 22:5, 22:7, 22:14, 22:16, 22:17, 22:22, 22:24, 23:7, 23:10, 23:14, 23:18, 23:19, 24:2, 24:16, 25:8, 25:20, 26:7, 26:9, 26:13, 26:15, 26:23, 27:2, 27:3, 27:6, 27:17, 28:22, 28:23, 29:13, 29:17, 29:20, 30:24, 31:21, 31:24, 32:10, 33:8, 33:15, 34:5, 34:21, 35:15, 36:9, 38:2, 38:20, 39:3, 39:10, 39:12, 39:13, 39:14, 39:15, 39:18,

39:20, 39:22, 39:23, 39:24, 40:1, 40:2, 40:3, 40:6, 40:11, 40:20, 42:14, 42:16, 42:18, 42:25, 43:4, 43:13, 44:4, 44:5, 44:11, 45:3, 45:4, 45:5, 46:21, 47:3, 47:7, 47:15
WEEK [1] - 46:25
WEIGHED [1] - 32:18
WEIGHT [1] - 24:24
WEIRD [1] - 22:3
WELL [10] - 5:10, 16:19, 17:9, 19:3, 19:8, 23:2, 34:4, 34:9, 40:9, 43:15
WENT [4] - 33:2, 33:4, 33:6, 43:5
WERE [45] - 4:3, 4:8, 4:14, 4:19, 4:22, 4:23, 5:6, 6:15, 7:10, 7:23, 8:5, 12:16, 13:1, 13:8, 17:7, 17:17, 20:5, 21:15, 24:2, 24:6, 25:4, 25:15, 26:15, 27:17, 28:23, 31:22, 33:12, 34:11, 35:12, 35:17, 36:9, 37:9, 37:18, 38:3, 38:18, 39:4, 39:6, 39:18, 39:24, 40:2, 43:7, 43:16, 43:24, 45:7, 45:14
WHAT [60] - 4:24, 5:25, 7:1, 7:25, 8:4, 8:15, 9:12, 17:16, 18:7, 19:8, 19:9, 19:16, 22:8, 22:17, 23:8, 23:13, 24:9, 24:14, 24:22, 25:5, 25:7, 25:11, 25:12, 25:21, 26:12, 27:15, 29:9, 29:12, 30:10, 30:11, 30:16, 30:17, 30:18, 30:19, 31:2, 31:20, 31:22, 31:24, 31:25, 32:1, 32:14, 32:15, 33:11, 33:15, 34:13, 36:18, 38:16, 38:20, 39:17, 41:1, 41:17, 42:16, 43:4, 45:14, 45:18, 45:19, 47:12
WHATEVER [2] - 31:7, 44:24
WHEN [13] - 10:12, 12:5, 19:23, 21:8, 21:13, 23:16, 23:22, 24:2, 24:13, 39:13,

41:12, 42:18, 43:13
WHENEVER [1] - 47:13
WHERE [16] - 8:25, 19:20, 22:8, 23:5, 24:15, 27:3, 27:6, 27:25, 28:2, 32:11, 33:2, 33:4, 33:17, 35:23, 40:2
WHETHER [8] - 14:17, 22:5, 23:3, 27:16, 28:9, 31:6, 33:8, 40:25
WHICH [27] - 4:12, 4:21, 5:5, 8:10, 9:18, 9:19, 10:5, 10:24, 13:22, 14:1, 14:5, 15:3, 16:3, 16:22, 17:15, 19:23, 20:20, 28:13, 32:6, 32:16, 33:21, 35:18, 35:21, 36:1, 36:21, 40:13, 43:5
WHILE [3] - 29:5, 32:22, 46:12
WHITE [2] - 1:21, 48:15
WHO [25] - 11:25, 12:17, 13:9, 13:10, 13:11, 14:4, 14:11, 14:13, 15:15, 15:17, 16:14, 20:4, 24:1, 24:16, 24:18, 26:21, 30:11, 33:23, 37:24, 38:2, 38:10, 41:14, 41:15, 41:18
WHOEVER [1] - 40:10
WHOLE [1] - 3:10
WHOSE [1] - 33:24
WHY [12] - 26:20, 31:14, 32:1, 34:21, 34:23, 36:15, 38:23, 38:25, 39:8, 41:23, 42:5, 43:3
WIFE [2] - 8:18, 9:21
WILL [9] - 3:23, 9:18, 12:22, 17:9, 29:8, 33:19, 43:19, 46:23, 46:24
WILLIAM [2] - 10:17, 10:20
WILLIE [1] - 32:13
WILSON [23] - 8:18, 9:17, 9:21, 10:17, 10:19, 10:20, 10:21, 10:22, 14:15, 14:17, 15:6, 15:8, 15:10, 15:17, 15:18, 15:19, 15:25, 16:14, 20:11, 43:21, 43:25

WINDOW [1] - 16:1
WISH [1] - 45:4
WITH [58] - 3:11, 4:21, 5:4, 8:5, 8:20, 9:3, 11:24, 13:6, 15:7, 15:10, 15:17, 15:23, 18:3, 18:24, 21:3, 21:7, 21:14, 21:16, 23:6, 24:22, 25:18, 25:22, 26:23, 27:24, 30:5, 30:12, 30:13, 30:16, 30:21, 31:18, 31:22, 32:5, 32:13, 33:3, 33:6, 33:13, 34:11, 34:24, 38:10, 38:21, 39:16, 39:19, 40:24, 42:12, 43:2, 43:4, 43:13, 43:17, 43:18, 43:22, 44:14, 44:24, 45:24, 46:16, 46:20, 47:6, 47:8
WITHHELD [1] - 27:7
WITHIN [1] - 24:1
WITHOUT [4] - 33:25, 34:2, 45:17, 46:14
WITNESS [13] - 11:18, 19:24, 23:3, 23:21, 24:5, 25:5, 25:10, 31:20, 33:9, 37:20, 42:1, 42:2, 42:8
WITNESSES [8] - 13:9, 20:4, 37:9, 37:18, 37:25, 41:25, 44:15
WONDER [1] - 45:3
WONDERED [1] - 45:4
WORD [1] - 34:6
WORDS [2] - 29:1, 39:4
WORKED [2] - 7:14, 32:23
WORKING [4] - 3:19, 27:5, 35:5, 41:12
WORKS [1] - 8:10
WORTH [1] - 29:5
WOULD [39] - 3:11, 6:22, 6:23, 9:3, 13:8, 13:21, 16:13, 16:15, 20:6, 20:15, 21:1, 21:10, 21:11, 21:17, 21:18, 22:22, 23:8, 24:18, 25:5, 29:20, 30:2, 30:7, 30:10, 30:22, 31:15, 32:3, 32:4, 33:2, 33:13, 35:13, 35:21, 35:23, 36:16, 39:6, 39:22, 40:19, 47:7, 47:23
WRITE [1] - 34:15
WRITTEN [2] - 17:24,

23:17
**WRONG** [2] - 11:9, 14:17
**WROTE** [2] - 11:8, 17:1

## Y

**YATVIN** [5] - 21:3, 21:7, 21:21, 21:22
**YEAH** [5] - 19:17, 30:6, 37:18, 47:11
**YEAR** [1] - 35:6
**YEARS** [2] - 35:19, 43:24
**YES** [18] - 3:4, 5:8, 6:23, 10:11, 12:10, 13:21, 14:21, 16:8, 16:18, 18:8, 18:9, 22:12, 26:17, 26:22, 31:19, 41:21, 45:3
**YET** [2] - 24:24, 32:6
**YOU** [129] - 3:3, 5:15, 5:25, 8:11, 8:23, 8:24, 9:6, 9:7, 9:15, 10:12, 11:4, 11:5, 11:13, 12:5, 12:13, 12:24, 15:5, 15:12, 16:3, 17:4, 17:7, 18:13, 18:21, 18:24, 19:20, 19:23, 20:1, 21:10, 21:15, 21:22, 22:3, 22:4, 22:17, 23:9, 23:22, 26:20, 26:24, 26:25, 27:25, 29:5, 29:12, 29:16, 29:22, 29:23, 29:25, 30:2, 30:10, 30:11, 30:17, 30:18, 31:18, 31:20, 31:23, 32:5, 32:16, 32:21, 33:11, 33:12, 33:14, 33:20, 33:21, 33:22, 33:23, 33:25, 34:2, 34:4, 34:5, 34:7, 34:14, 34:18, 34:21, 34:23, 34:24, 35:16, 35:25, 38:1, 38:3, 38:25, 39:8, 39:13, 40:8, 40:21, 40:22, 40:23, 40:25, 41:3, 41:4, 41:5, 41:25, 42:1, 42:3, 42:22, 42:23, 43:13, 43:19, 44:2, 44:3, 44:4, 44:14, 45:3, 45:5, 45:7, 45:12, 45:13, 45:14, 45:16, 45:20, 45:24, 46:23, 46:25, 47:3, 47:7, 47:10, 47:13,

47:15, 47:17, 47:19, 48:2, 48:4
**YOUR** [42] - 4:11, 9:5, 9:8, 11:4, 11:22, 12:20, 13:20, 16:19, 16:22, 17:9, 18:8, 18:15, 18:23, 20:5, 22:14, 23:9, 26:22, 29:1, 29:5, 29:6, 29:25, 31:1, 31:13, 32:1, 33:10, 34:1, 34:3, 34:7, 34:8, 34:25, 35:8, 35:17, 36:8, 36:16, 36:21, 37:6, 37:15, 47:22, 48:1, 48:3