**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ANTONIO MARTINEZ,** | ) | |
| **Petitioner** | ) | **No. 2:19-cv-05606-MSG** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THERESA DELBALSO, et al.,** | ) | |
| **Respondents.** | ) | |

### [PROPOSED] ORDER

**AND NOW** this _____ day of January 2021, upon consideration of amici's Motion

for Leave to File Amici Curiae Brief for Legal Practitioners and Legal Scholars, for good cause

shown, **IT IS ORDERED** that the Motion is **GRANTED**. The amicus brief and accompanying

exhibit attached to the Motion shall be deemed filed as of the date of this Order.

_____
Hon. Mitchell S. Goldberg, U.S.D.J.

1