# EXHIBIT A

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0530631-1989**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Martinez Antonio

Page 1 of 9

## CASE INFORMATION

Cross Court Docket Nos:  1469 EDA 2005, 1085 EDA 2011, 2886 EDA 2017

| | |
|---|---|
| Judge Assigned: Brandeis-Roman, Tracy | Date Filed: 05/23/1989    Initiation Date: 05/23/1989 |
| OTN: M 390191-4    LOTN: | Originating Docket No: MC-51-CR-0324591-1989 |
| Initial Issuing Authority: | Final Issuing Authority: |
| Arresting Agency:  Philadelphia Pd | Arresting Officer:  Affiant |
| Complaint/Incident #: | |

| Case Local Number Type(s) | Case Local Number(s) |
|---|---|
| Legacy Docket Number | C8905306311 |
| District Control Number | 8526008892 |
| Police Incident Number | 8526008892 |
| Legacy Microfilm Number | 02013057 |

## STATUS INFORMATION

| Case Status: | Active | Status Date | Processing Status | Arrest Date: | 03/25/1989 |
|---|---|---|---|---|---|
| | | 10/23/2020 | Awaiting Trial | | |
| | | 10/23/2020 | Completed | | |
| | | 10/23/2020 | Awaiting Trial - Conviction Reversed | | |
| | | 10/23/2020 | Awaiting Trial | | |
| | | 12/26/2018 | Awaiting PCRA Decision | | |
| | | 07/27/2018 | Appeal Decided | | |
| | | 07/06/2018 | Awaiting PCRA Decision | | |
| | | 09/01/2017 | Awaiting Appellate Court Decision | | |
| | | 02/02/2012 | Completed | | |
| | | 04/22/2011 | Awaiting Appellate Court Decision | | |
| | | 03/31/2011 | Completed | | |
| | | 05/16/2008 | Awaiting PCRA Decision | | |
| | | 05/02/2007 | Completed | | |
| | | 12/04/2006 | Awaiting Appellate Court Decision | | |
| | | 04/28/2005 | Completed | | |
| | | 08/14/1991 | Migrated Final Disposition | | |
| | | 05/23/1989 | Migrated Case (Active) | | |

Complaint Date:    05/23/1989

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



Docket Number: CP-51-CR-0530631-1989
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Martinez Antonio

Page 2 of 9

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Post Conviction Relief Act | 03/21/2005 | 8:30 am | 200 | | Scheduled |
| Post Conviction Relief Act | 03/21/2005 | 8:30 am | 206 | | Scheduled |
| Post Conviction Relief Act | 04/28/2005 | 8:30 am | 200 | | Scheduled |
| PCRA | 01/25/2011 | 9:00 am | 1105 | Judge Benjamin Lerner | Continued |
| PCRA | 02/08/2011 | 9:00 am | 1105 | Judge Benjamin Lerner | Continued |
| PCRA | 03/07/2011 | 9:00 am | 1105 | Judge Benjamin Lerner | Continued |
| PCRA | 03/31/2011 | 9:00 am | 1105 | Judge Benjamin Lerner | Scheduled |
| PCRA | 12/28/2018 | 7:30 am | 220 | Judge Genece E. Brinkley | Moved |
| PCRA | 04/26/2019 | 7:00 am | 201 | Judge Genece E. Brinkley | Moved |
| PCRA | 12/27/2019 | 7:00 am | 201 | Judge Genece E. Brinkley | Moved |
| PCRA | 04/24/2020 | 7:00 am | 201 | Judge Tracy Brandeis-Roman | Moved |
| PCRA | 09/25/2020 | 7:00 am | 201 | Judge Tracy Brandeis-Roman | Moved |
| PCRA | 09/25/2020 | 9:00 am | 908 | Judge Tracy Brandeis-Roman | Continued |
| PCRA | 10/23/2020 | 9:00 am | 908 | Judge Tracy Brandeis-Roman | Scheduled |

### DEFENDANT INFORMATION

Date Of Birth:        09/05/1947        City/State/Zip:  PHILA., PA  19134

Alias Name
Alicea, Padro
Alicea, Pedro A.
Martinez, Antonio

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Antonio, Martinez |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 3 | 3 | F2 | 18 § 2503 | VOLUNTARY MANSLAUGHTER | 02/19/1985 | M 390191-4 |
| 4 | 4 | | 18 § 907 | POSSESSING INSTRUMENTS OF CRIME | 02/19/1985 | M 390191-4 |
| 5 | 5 | | 18 § 907 | POSSESSING INSTRUMENTS OF CRIME WEAPON | 02/19/1985 | M 390191-4 |
| 10 | 10 | | 18 § 2502 | MURDER-1ST DEGREE | 02/19/1985 | M 390191-4 |

Printed:  12/15/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0530631-1989**
## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Martinez Antonio

Page 3 of 9

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Migrated Disposition**

| Migrated Dispositional Event | 08/14/1991 | Not Final | |
|---|---|---|---|
| 3 / VOLUNTARY MANSLAUGHTER | Guilty | F2 | 18 § 2503 |
| McKee, Theodore A. | 08/14/1991 | | |
| Confinement | Min of 5.00 Years | | |
| | Max of 10.00 Years | | |
| 4 / POSSESSING INSTRUMENTS OF CRIME | Guilty | | 18 § 907 |
| McKee, Theodore A. | 08/14/1991 | | |
| Confinement | Min of 1.00 Years | | |
| | Max of 2.00 Years | | |
| 5 / POSSESSING INSTRUMENTS OF CRIME WEAPON | Guilty | | 18 § 907 |
| McKee, Theodore A. | 08/14/1991 | | |
| 10 / MURDER-1ST DEGREE | Guilty | | 18 § 2502 |
| McKee, Theodore A. | 08/14/1991 | | |
| Confinement | LIFE | | |

**Proceed to Court (Conviction Reversed)**

| PCRA | 10/23/2020 | Not Final | |
|---|---|---|---|
| 3 / VOLUNTARY MANSLAUGHTER | Nolle Prossed | F2 | 18 § 2503 |
| 4 / POSSESSING INSTRUMENTS OF CRIME | Nolle Prossed | | 18 § 907 |
| 5 / POSSESSING INSTRUMENTS OF CRIME WEAPON | Nolle Prossed | | 18 § 907 |
| 10 / MURDER-1ST DEGREE | Nolle Prossed | | 18 § 2502 |

**Nolle Prossed**

| PCRA | 10/23/2020 | Final Disposition | |
|---|---|---|---|
| 3 / VOLUNTARY MANSLAUGHTER | Nolle Prossed | F2 | 18 § 2503 |
| 4 / POSSESSING INSTRUMENTS OF CRIME | Nolle Prossed | | 18 § 907 |
| 5 / POSSESSING INSTRUMENTS OF CRIME WEAPON | Nolle Prossed | | 18 § 907 |
| 10 / MURDER-1ST DEGREE | Nolle Prossed | | 18 § 2502 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0530631-1989**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Martinez Antonio

Page 4 of 9

| COMMONWEALTH INFORMATION | | ATTORNEY INFORMATION | |
|---|---|---|---|
| Name: | Philadelphia County District Attorney's Office | Name: | Jonathan Howard Feinberg |
| | Prosecutor | | Private |
| Supreme Court No: | | Supreme Court No: | 088227 |
| Phone Number(s): | | Rep. Status: | Active |
| 215-686-8000 | (Phone) | Phone Number(s): | |
| Address: | | Address: | |
| 3 South Penn Square | | | |
| Philadelphia, PA 19107 | | | |
| Name: | Thomas Charles Gaeta | | |
| | Private | | |
| Supreme Court No: | 308786 | | |
| Address: | | | |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/23/1989 | | Unknown Filer |
| Held for Court | | | |
| 1 | 08/14/1991 | | Migrated, Filer |
| Migrated Automatic Registry Entry (Disposition) Text | | | |
| 2 | 08/14/1991 | | Migrated, Filer |
| Disposition Filed | | | |
| 3 | 08/14/1991 | | Migrated, Filer |
| Migrated Sentence | | | |
| 1 | 12/20/2004 | | Migrated, Filer |
| PCRA CASE ENTRY  SUFFIX B | | | |
| 1 | 01/03/2005 | | Migrated, Filer |
| PCRA FILE MAINT.  SUFFIX B | | | |
| 2 | 01/03/2005 | | Migrated, Filer |
| PCRA NEXT ACT/DISP  SUFFIX B | | | |
| 3 | 03/21/2005 | | Migrated, Filer |
| PCRA NEXT ACT/DISP  SUFFIX B | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0530631-1989**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Martinez Antonio

Page 5 of 9

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 04/28/2005 | | Migrated, Filer |
| PCRA NEXT ACT/DISP  SUFFIX B | | | |
| 1 | 05/19/2005 | | Unknown Filer |
| Notice of Appeal to the Superior Court | | | |
| 1 | 05/20/2005 | | Migrated, Filer |
| APPEAL CASE FILED  SUFFIX C | | | |
| 1 | 06/01/2005 | | Migrated, Filer |
| APPL FILE MAINT  SUFFIX C | | | |
| 1 | 01/10/2006 | | Migrated, Filer |
| APPL FILE MAINT  SUFFIX C | | | |
| 1 | 02/02/2006 | | Migrated, Filer |
| APPL FILE MAINT  SUFFIX C | | | |
| 1 | 05/16/2006 | | Migrated, Filer |
| APPL FILE MAINT  SUFFIX C | | | |
| 1 | 11/20/2006 | | Supreme Court of Pennsylvania - Eastern District |
| Allocatur Data Sheet | | | |
| 1 | 04/30/2007 | 10/23/2006 | Superior Court of Pennsylvania - Eastern District |
| Appeal of Denial of PCRA Affirmed | | | |
| 2 | 04/30/2007 | 10/23/2006 | Supreme Court of Pennsylvania - Eastern District |
| Petition for Allowance of Appeal Denied - Supreme Court | | | |
| D1/D1A/1 | 05/16/2008 | | Antonio, Martinez |
| Post-Conviction Relief Act Petition Filed | | | |
| 3 | 02/08/2011 | | Lerner, Benjamin |
| PCRA Continued | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0530631-1989**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Martinez Antonio

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| D2/1 | 03/02/2011 | | Lerner, Benjamin |
| PCRA - Dismissal Notice Under Rule 907 Filed | | | |
| 3 | 03/07/2011 | | Lerner, Benjamin |
| PCRA - Continued | | | |
| D3/1 | 03/18/2011 | | Antonio, Martinez |
| Response to PCRA Dismissal Notice Under Rule 907 Filed | | | |
| D4/1 | 03/31/2011 | | Lerner, Benjamin |
| Order Denying PCRA Petition as Untimely | | | |
| 2 | 03/31/2011 | | Lerner, Benjamin |
| PCRA Dismissed | | | |
| D5/1 | 04/22/2011 | | Antonio, Martinez |
| Notice of Appeal to the Superior Court | | | |
| 1 | 04/27/2011 | | Court of Common Pleas - Philadelphia County |
| Preliminary Docket Entries Prepared | | | |
| D6/1 | 05/05/2011 | | Lerner, Benjamin |
| Opinion | | | |
| D7/2 | 05/05/2011 | | Court of Common Pleas - Philadelphia County |
| Notice to Superior Court Prothonotary - Reconstructed Record | | | |
| 3 | 05/05/2011 | | Court of Common Pleas - Philadelphia County |
| Appeal Docket Entries and Served | | | |
| 4 | 05/05/2011 | | Court of Common Pleas - Philadelphia County |
| Certificate and Transmittal of Record to Appellate Court | | | |
| 1 | 12/15/2011 | | Superior Court of Pennsylvania - Eastern District |
| Appeal of Denial of PCRA Affirmed | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



Docket Number: CP-51-CR-0530631-1989
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Martinez Antonio

Page 7 of 9

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/26/2016 | | Antonio, Martinez |
| Petition for Writ of Habeas Corpus | | | |
| 1 | 04/01/2016 | | Antonio, Martinez |
| Amended Petition for Writ of Habeas Corpus | | | |
| 1 | 02/19/2017 | | Antonio, Martinez |
| Inmate Document Request | | | |
| 1 | 06/12/2017 | | Brandeis-Roman, Tracy |
| PCRA - Dismissal Notice Under Rule 907 Filed | | | |
| 1 | 06/29/2017 | | Brandeis-Roman, Tracy |
| PCRA - Dismissal Notice Under Rule 907 Filed | | | |
| 1 | 07/14/2017 | | Antonio, Martinez |
| Response to PCRA - Dismissal Notice - Rule 907 Filed | | | |
| 1 | 08/21/2017 | | Brandeis-Roman, Tracy |
| Order Dismissing PCRA Petition as Untimely | | | |

Antonio, Martinez
    08/21/2017          Cert/Rest Return Delivery

| | | | |
|---|---|---|---|
| 1 | 09/01/2017 | | Antonio, Martinez |
| Notice of Appeal to the Superior Court | | | |
| 1 | 09/13/2017 | | Superior Court of Pennsylvania - Eastern District |
| Docketing Statement from Superior Court | | | |
| 1 | 12/05/2017 | | Brandeis-Roman, Tracy |
| Opinion | | | |
| 1 | 01/13/2018 | | Court of Common Pleas - Philadelphia County |
| Notice of Reconstructed Record to Superior Court Prothonotary | | | |
| 1 | 01/16/2018 | | Court of Common Pleas - Philadelphia County |
| Appeal Docket Entries and Served | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0530631-1989**
# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Martinez Antonio

Page 8 of 9

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 01/16/2018 | | Court of Common Pleas - Philadelphia County |
| Full Docket Sheet Sent to Inmate | | | |
| 3 | 01/16/2018 | | Court of Common Pleas - Philadelphia County |
| Certificate and Transmittal of Record to Appellate Court | | | |
| 1 | 07/06/2018 | | Antonio, Martinez |
| Subsequent PCRA Filed | | | |
| 1 | 07/27/2018 | | Superior Court of Pennsylvania - Eastern District |
| Superior Court Decision | | | |
| 2 | 07/27/2018 | | Superior Court of Pennsylvania - Eastern District |
| Superior Court Opinion | | | |
| 3 | 07/27/2018 | | Superior Court of Pennsylvania - Eastern District |
| Appeal of Denial of PCRA Affirmed | | | |
| 1 | 03/26/2019 | | Antonio, Martinez |
| PCRA - Amended PCRA Petition Filed | | | |
| 1 | 07/02/2020 | | Court of Common Pleas - Philadelphia County |
| PCRA - Dismissal Notice Under Rule 907 Filed | | | |
| 1 | 07/15/2020 | | Antonio, Martinez |
| Response to PCRA - Dismissal Notice - Rule 907 Filed | | | |
| 4 | 09/25/2020 | | Brandeis-Roman, Tracy |
| Defense Request For Continuance For Attorney To Be Appointed | | | |
| 1 | 09/28/2020 | | Dolfman, Douglas Lee |
| Entry of Appearance | | | |
| 1 | 10/14/2020 | | Feinberg, Jonathan Howard |
| Entry of Appearance | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0530631-1989**
## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Martinez Antonio

Page 9 of 9

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/17/2020 | | Gaeta, Thomas Charles |
| Memorandum of Law | | | |
| 2 | 10/17/2020 | | Gaeta, Thomas Charles |
| Commonwealth's Response to PCRA | | | |
| 3 | 10/17/2020 | | Feinberg, Jonathan Howard |
| Supplement PCRA Amended PCRA Petition Filed | | | |
| 1 | 10/23/2020 | | Brandeis-Roman, Tracy |
| Order Granting PCRA Petition - Sentence Vacated, New Trial Ordered | | | |
| 4 | 10/23/2020 | | Brandeis-Roman, Tracy |
| Nolle Prosequi | | | |
| 5 | 10/23/2020 | | Brandeis-Roman, Tracy |
| Order Granting PCRA Petition - Sentence Vacated, New Trial Ordered | | | |
| 6 | 10/23/2020 | | Brandeis-Roman, Tracy |
| Order to Comply | | | |
| 1 | 11/03/2020 | | Philadelphia County Office of Judicial Records |
| Order Granting Motion for Counsel Fees | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.